**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Southern Produce Distributors, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **56-0793360** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **111 West Center Street North Faison, NC 28341** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Duplin** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **southern-produce.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Southern Produce Distributors, Inc.**                                   Case number (*if known*) _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor    **Southern Produce Distributors, Inc.**                          Case number (*if known*) _____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Southern Produce Distributors, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 20, 2018**
MM / DD / YYYY

**X** **/s/ Randy W. Swartz**                                    **Randy W. Swartz**
Signature of authorized representative of debtor               Printed name

Title   **President & CEO**

**18. Signature of attorney**

**X** **/s/ Gregory B. Crampton**          Date   **April 20, 2018**
Signature of attorney for debtor                MM / DD / YYYY

**Gregory B. Crampton**
Printed name

**Nicholls & Crampton, PA**
Firm name

**3700 Glenwood Avenue**
**Suite 500**
**Raleigh, NC 27612**
Number, Street, City, State & ZIP Code

Contact phone   **919-781-1311**          Email address   **gcrampton@nichollscrampton.com**

**991 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Southern Produce Distributors, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April 20, 2018**          X **/s/ Randy W. Swartz**
                                              Signature of individual signing on behalf of debtor

                                              **Randy W. Swartz**
                                              Printed name

                                              **President & CEO**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Southern Produce Distributors, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Blueview Farms 122 Dairy Road Dunn, NC 28334 | Miles Jackson bvjack4@gmail.com 910-590-6346 | Trade Debt | | | | $401,200.00 |
| D & T Farms Inc. 8008 NC Hwy 96 S Benson, NC 27504 | Timmy McLamb jdfarmer8520@aol.com 919-207-8148 | Trade Debt | | | | $400,848.39 |
| Warren Farming Partnership PO Box 223 Newton Grove, NC 28366 | George Warren warrenfarms@embarqmail.com 910-594-1701 | Trade Debt | | | | $358,147.56 |
| Robert Fann Farming 220 Oscar Tate Road Salemburg, NC 28385 | Robert Fann fannfarms@gmail.com 910-249-2339 | Trade Debt | | | | $317,046.99 |
| Bass Boyz Family Farm 618 Emmett Jackson Road Faison, NC 28341 | Mark Bass 910-590-7950 | Trade Debt | | | | $261,394.22 |
| Keith Smith 2515 Lakewood Road Four Oaks, NC 27524 | Keith Smith keithsmithfarms@aol.com 919-730-7692 | Trade Debt | | | | $256,707.40 |
| Independent Container Line, LTD. 5620 Cox Road Glen Allen, VA 23060 | Sophie Brown sophie.brown@icl-ltd.com 704-651-3789 | Trade Debt | | | | $234,134.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Southern Produce Distributors, Inc.** | Case number *(if known)* |
|--------|------------------------------------------|--------------------------|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CMS Farms Strickland Organics 891 Country Club Road Salemburg, NC 28385** | **Brandon Strickland** brandon.strickland 82@gmail.com 910-249-3559 | **Trade Debt** | | | | $190,127.11 |
| **Dewitt Produce PO Box 129 Morven, GA 31638** | **April Dewitt** april@dewittprodu ce.com 229-263-5000 | **Trade Debt** | | | | $152,443.22 |
| **Strickland Farming Partnership 671 Hollingsworth Road Mount Olive, NC 28365** | **Reggie Strickland** reggie@sfgnc.net 910-594-0011 | **Trade Debt** | | | | $143,954.89 |
| **Bernie Langdon P O Box 848 Selma, NC 27576** | **Bernie Langdon** berniesfarm48@gm ail.com 919-291-8162 | **Trade Debt** | | | | $136,725.32 |
| **John S. Connor, Inc. PO Box 791384 Baltimore, MD 21279-1384** | **Paige Thornton** paiget@jsconnor.c om 757-627-3910 | **Trade Debt** | | | | $118,795.00 |
| **Total Quality Logisitics PO Box 634558 Cincinnati, OH 45263-4558** | **Kendall Johnson** kjjohnson@tql.com 630-750-2831 | **Trade Debt** | | | | $103,467.00 |
| **Johnny Hope 305 Malpass Farm Lane Clinton, NC 28328** | **Johnny Hope** lhope@intrstar.net 910-590-8990 | **Trade Debt** | | | | $98,734.88 |
| **Scott Farms, Inc. 7965-A Simpson Rd. Lucama, NC 27851** | **Sonny Scott** kim@scottfarms.co m 919-284-4030 | **Trade Debt** | | | | $93,816.00 |
| **William Gary Adams 1075 Adams Road Benson, NC 27504** | **Gary Adams** tammydadams62@ gmail.com 919-894-2920 | **Trade Debt** | | | | $78,656.40 |
| **John Bean Technologies Corp. 7009 Solutions Center Chicago, IL 60677-7000** | **863-683-5411** | **Trade Debt** | | | | $68,481.82 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Southern Produce Distributors, Inc.**                          Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hagan Electronics, Inc.** **PO Box 17385** **Reno, NV 89511** | **Jim Hagan** **hagan2_pyramid@ att.net** **775-853-5100** | **Trade Debt** | | | | **$64,450.95** |
| **Woody Thornton** **395 Noah Road** **Benson, NC 27504** | **Woody Thornton** **woody.thornton@y ahoo.com** **919-291-7246** | **Trade Debt** | | | | **$63,984.30** |
| **Rankin Truck Brokers, LLC** **159 Point South Drive** **Yemassee, SC 29945** | **Brenda** **rankintruckbrokers @gmail.com** **843-726-4306** | **Trade Debt** | | | | **$63,965.75** |

**Fill in this information to identify the case:**

Debtor name  **Southern Produce Distributors, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................ $     **8,010,792.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................... $     **19,113,358.94**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................... $     **27,124,150.94**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **14,740,462.24**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a.** Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     **0.00**

   **3b.** Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **5,222,165.34**

4. Total liabilities ........................................................................................................................
   Lines 2 + 3a + 3b

   $     **19,962,627.58**

**Fill in this information to identify the case:**

Debtor name    **Southern Produce Distributors, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Southern Bank** | **checking** | 3295 | $4,138.00 |
| 3.2. | **Southern Bank** | **payroll** | 3316 | $5,518.00 |
| 3.3. | **PNC operating** | **checking** | 3664 | $568,493.00 |
| 3.4. | **Wells Fargo** | **lockbox** | 5171 | $136,555.00 |
| 3.5. | **BB&T Profit Sharing Plan** | **checking** | 5171 | $6,312.00 |
| 3.6. | **Southern Bank escrow Barra Farm** | **savings** | 5448 | $22,439.00 |

4.       **Other cash equivalents** *(Identify all)*

| Debtor | **Southern Produce Distributors, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**5.** **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $743,455.00 |

---

**Part 2:** **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**7.1.** **John Beam Technologies Corp. security deposit** — $15,000.00

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**8.1.** **Workers Comensation insurance (NC Policy #KEY0137321)** — $11,823.25

**8.2.** **Workers Compensation insurance (LA Policy #KEY0137320)** — $83.59

**8.3.** **Officer Liability & Employment insurance (BB&T policy)** — $493.34

**8.4.** **Ocean/Inand Marine insurance (BB&T policy)** — $3,750.00

**8.5.** **Commercial Liability insurance (Fireman's Fund policy)** — $12,168.09

**8.6.** **Property, Equipment, Auto & EMB insurance (BB&T policy)** — $4,166.67

**8.7.** **Product Liability insurance (BB&T policy)** — $2,500.00

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $49,984.94 |

---

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable**

---

Debtor    **Southern Produce Distributors, Inc.**                                    Case number *(If known)*  _____
Name

| 11a. 90 days old or less: | **4,987,209.00** | - | **0.00** | = .... | **$4,987,209.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **409,948.00** | - | **0.00** | =.... | **$409,948.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    | **$5,397,157.00** |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**Sweet Potatoes** | 08/31/2017 | **$6,561,039.00** | **Contract pricing** | **$6,561,039.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>**Goods held for resale -**<br>**Packed Sweet Potatoes** | 03/31/2018 | **$487,637.00** | **Direct cost** | **$487,637.00** |
| 22. | **Other inventory or supplies**<br>**Packing Materials,**<br>**Cardboard Boxing** | 08/31/2017 | **$466,659.00** | **Invoice pricing** | **$466,659.00** |
| | **Sweet Potato Sprouts** | 08/31/17 | **$108,715.00** | **Invoice pricing** | **$108,715.00** |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.                    | **$7,624,050.00** |

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value    **186506**  Valuation method    **Invoice pricing**    Current Value    **186506**

Debtor    **Southern Produce Distributors, Inc.**                    Case number *(If known)* _____
Name

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** **Office furniture, fixtures, and equip. - Owned Desks, Office Furniture, Computers, Servers (valuation: book-straight line depreciation)** | **$9,168.00** | Book | **$9,168.00** |
| 40.    **Office fixtures** **(see #39 above)** | **$0.00** | | **$0.00** |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software (see #39 above)** | **$0.00** | | **$0.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| **$9,168.00** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **Southern Produce Distributors, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **1993 International, VIN 1HVBDPLN9PH485208 (no lienholder)** | $0.00 | | $1,000.00 |
| 47.2. | **1994 Ford Truck, VIN 1FDXJ75C2RVA15182 (no lienholder)** | $0.00 | | $1,000.00 |
| 47.3. | **1993 International, VIN 1HVBDPLN5PH485223 (no lienholder)** | $0.00 | | $1,000.00 |
| 47.4. | **1979 Chevrolet Truck, VIN C16DA9V137137 (no lienholder)** | $0.00 | | $1,000.00 |
| 47.5. | **2000 Cadillac Escalade, VIN 1GYEK635YR198640 (no lienholder)** | $0.00 | | $3,154.00 |
| 47.6. | **2008 Chevrolet Tahoe C1500, VIN 1GNFC13J58J211820 (no lienholder)** | $0.00 | | $11,200.00 |
| 47.7. | **1997 International 3000, VIN 1HVBBABP6VH510925 (no lienholder)** | $0.00 | | $1,000.00 |
| 47.8. | **2009 Chevrolet Silverado Truck, VIN 1GBHC43K59F104075 (no lienholder)** | $0.00 | | $13,479.00 |
| 47.9. | **2011 Dodge Ram Truck, VIN 3D7JB1EP9BG559125 (no lienholder)** | $0.00 | | $20,000.00 |
| 47.10. | **2013 Chevrolet MP, VIN 1GNSCJE04DR109939 (no lienholder)** | $0.00 | | $18,757.00 |
| 47.11. | **2014 Ford LGT Conventional Truck, VIN 1FTFX1EF9EFB82519 (no lienholder)** | $0.00 | | $14,143.00 |
| 47.12. | **1992 THMS School Bus, VIN 1T79R3B22N1112655 (no lienholder)** | $0.00 | | $1,000.00 |
| 47.13. | **1998 International 3000, VIN 1HVBBABN0WH636388 (no lienholder)** | $0.00 | | $1,000.00 |
| 47.14. | **1998 Internatioinal 3000, VIN 1HVBJABN4WA086494 (no lienholder)** | $0.00 | | $1,000.00 |
| 47.15. | **2000 Ford Excursion, VIN 1FMNU40L6YED54627 (no lienholder)** | $0.00 | | $5,577.00 |

Schedule A/B Assets - Real and Personal Property

| Debtor | **Southern Produce Distributors, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.16. | **2000 Cadillac Escalade, VIN 1GYEK13R0YR144861 (no lienholder)** | $0.00 | $3,154.00 |
| 47.17. | **2016 Cadillac Escalade, VIN 1GYS4CKJ8GR181448 (no lienholder)** | $0.00 | $52,692.00 |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Packing Lines, Conveyors, Storage Racks, Bins**     $2,608,284.00     FMV     $3,939,388.00

51.     **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.     | $4,089,544.00 |

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **2434 N. NC 50 & 403 Faison, NC 28341 Duplin County PIN #02-2559 9.94 acres (Warehouse 1)** | Fee Simple | $0.00 | Tax value | $3,361,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Southern Produce Distributors, Inc.**                    Case number *(If known)* _____
Name

| 55.2. | **2436 N. NC 50 & 403**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-629**<br>**11.13 acres**<br>**(Warehouse 2)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | | $280,000.00 |
| 55.3. | **Highway 403**<br>**Faison, NC 28341**<br>**Duplin County PIN**<br>**#02-643**<br>**56.24 acres**<br>**(Warehouse 3)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | | $350,000.00 |
| 55.4. | **Off 403**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-638**<br>**1.12 acres**<br>**(value - estimate**<br>**considering tax**<br>**value)**<br>**(Warehouse 4)** | Fee Simple | $0.00 | | $10,000.00 |
| 55.5. | **111 N. West Center**<br>**Faison, NC 28341**<br>**Duplin County PIN**<br>**#02-1844**<br>**(Office Building)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | | $60,000.00 |
| 55.6. | **108 N. Sampson**<br>**Street**<br>**Faison, NC 28341**<br>**Duplin County PIN**<br>**#02-2280**<br>**(Vacan Lot, Behind**<br>**Office)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | | $5,000.00 |

Debtor   **Southern Produce Distributors, Inc.**                                      Case number *(If known)*   _____
                     Name

| | | | | |
|---|---|---|---|---|
| 55.7. | **109 W. Center Street**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-70**<br>**(Office Building)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | $10,000.00 |
| 55.8. | **Warren Road &**<br>**Solomon Street**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-2502**<br>**2.6 acres**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | $15,000.00 |
| 55.9. | **2435 N. NC 50 & 403**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-927**<br>**15.05 acres**<br>**(value - estimate**<br>**considering tax**<br>**value)**<br>**(Ellis Farm near**<br>**warehouse)** | Fee Simple | $0.00 | $100,000.00 |
| 55.10<br>. | **Hwy 117**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-2278**<br>**104.3 acres**<br>**(Carroll Jackson**<br>**Farm)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | $250,000.00 |
| 55.11<br>. | **159 Park Circle**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-1842**<br>**(Log Cabin)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | $50,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

| Debtor | **Southern Produce Distributors, Inc.** | | Case number *(If known)* | |
| | Name | | | |

| 55.12 | **Off Hwy 117**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-706**<br>**70.69 acres**<br>**(value - estimate**<br>**considering tax**<br>**value)**<br>**(Woodland)** | Fee Simple | $0.00 | | $100,000.00 |
| 55.13 | **417 N. Faison Drive**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-196**<br>**1.52 acres**<br>**(Mobile Home)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | | $10,000.00 |
| 55.14 | **Corner Warren &**<br>**Solomon**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-2516**<br>**7.62 acres**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | | $30,000.00 |
| 55.15 | **306 W. College Street**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-610**<br>**1.13 acres**<br>**(Denning House)** | Fee Simple | $0.00 | | $56,700.00 |
| 55.16 | **108 N. E. Center**<br>**Street**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-2562**<br>**(equipment storage)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | | $0.00 |
| 55.17 | **1890 N. NC 50 & 117**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-727**<br>**21.4 acres**<br>**(Mobile Home &**<br>**Horse Stable)**<br>**(Newhart)**<br>**[Deed of Trust - Cape**<br>**Fear]** | Fee Simple | $0.00 | Tax value | $162,100.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Southern Produce Distributors, Inc.**                    Case number *(If known)* _____
           Name

| | | | |
|---|---|---|---|
| 55.18. | **Lot 5 Coptsias Tract**<br>**6906 Doe Hill Rd.**<br>**Cumberland County**<br>**PIN #0493-25-3619**<br>**25.37 acres**<br>**(Woodland)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | | $50,000.00 |
| 55.19. | **Spencer Road**<br>**Sampson County**<br>**PIN #13014124004**<br>**154.03 acres**<br>**(Brown Farm)** | Fee Simple | $0.00 | Est. of value | $130,000.00 |
| 55.20. | **8207 Hwy. 17**<br>**Forest, LA 71263**<br>**West Carroll Parish**<br>**(Allsbrook Farm)** | Fee Simple | $0.00 | Est. of value | $1,500,000.00 |
| 55.21. | **Spencer Road**<br>**Sampson County**<br>**PIN #13094960010**<br>**1.45 acres** | Fee Simple | $0.00 | Est. of value | $85,000.00 |
| 55.22. | **214 Armory Road**<br>**Clinton, NC**<br>**Sampson County**<br>**PIN #12011309201**<br>**19.45 acres**<br>**(Warehouse)** | Fee Simple | $0.00 | Est. of value | $1,395,992.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.          | $8,010,792.00 |
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**SOUTHERN PRODUCE DISTRIBUTORS, INC.**
**Attachment to Schedule D: Creditors Who Have Claims Secured by Property**

<u>**2.2**</u>

<u>*Creditor's Name*</u>
**Ares Management**, successor to FCC, LLC d/b/a First Capital and ACF FinCo I LP
800 Corporate Pointe, 4th Floor
Los Angeles, CA 90230

**Loan #1-Revolver**

<u>*Amount of Claim*</u>
$7,633,770.00

<u>*Value of Collateral owned by the Debtor*</u>
**$16,960,595.00**:
(1)  $5,397,157 - Accounts.  See Asset #12;
(2)  $7,624,050 - Inventory.  See Asset #23;
(3)  $3,939,388 - Other Machinery - See Asset #50.

<u>*Describe the Lien*</u>
UCC perfected security interest in accounts, inventory, and machinery.  First priority position pursuant to Intercreditor Agreement with Ridgestone/Byline Bank.

<u>*Describe debtor's property that is subject to a lien*</u>
•All personal property, including accounts, machinery, and equipment. (UCC 20130089792B, Assignment 20150048598).

<u>*Collateral owned by Third Party*</u>
•Also secured by Mortgage on condominium located at 400 S US Hwy 1, #504, Jupiter, Palm Beach County, FL, owned by Estate of David S. Precythe, having an appraised value of **$1,400,000** per statement of Lender account representative, Sean Spring.  Not included in total collateral value (Mortgage, Book 28425, Page 831).

<u>*Do multiple creditors have an interest in the same property?*</u>
YES
<u>*Specify each creditor, including this creditor and its relative priority*</u>
Byline Bank, successor to Ridgestone Bank.  Subject to Intercreditor Agreement.

### 2.3

*Creditor's Name*
**Ares Management**, successor to FCC, LLC d/b/a First Capital and ACF FinCo I LP
800 Corporate Pointe, 4th Floor
Los Angeles, CA 90230

**Loan #5**

*Amount of Claim*
$186,079.00

*Value of Collateral owned by Debtor*
**$16,960,595.00**:
(1) $5,397,157 - Accounts.  See Asset #12;
(2) $7,624,050 - Inventory.  See Asset #23;
(3) $3,939,388 - Other Machinery - See Asset #50.

*Describe the Lien*
UCC perfected security interest in accounts, inventory, and machinery.  First priority position pursuant to Intercreditor Agreement with Ridgestone/Byline Bank.

*Describe debtor's property that is subject to a lien*
•All personal property, including accounts, machinery, and equipment (UCC 20130089792B, Assignment 20150048598).

*Collateral owned by Third Party*
•Also secured by Mortgage on condominium located at 400 S US Hwy 1, #504, Jupiter, Palm Beach County, FL, owned by Estate of David S. Precythe, having an appraised value of **$1,400,000** per statement of Lender account representative, Sean Spring.  Not included in total collateral value (Mortgage, Book 28425, Page 831).

*Do multiple creditors have an interest in the same property?*
YES
*Specify each creditor, including this creditor and its relative priority*
Byline Bank, successor to Ridgestone Bank.  Subject to Intercreditor Agreement.

**2.4**

*Creditor's Name*
**Byline Bank**, successor to Ridgestone Bank
500 W. Elm Grove Road, Suite 104
Elm Grove, WI 53122

**Loan #1**

*Amount of Claim*
$4,297,721.00

*Value of Collateral owned by Debtor*
**$21,831,595.00**:
(1) $5,397,157 - Accounts.  See Asset #12;
(2) $7,624,050 - Inventory.  See Asset #23;
(3) $3,939,388 - Other Machinery - See Asset #50;
(4) $3,361,000 - 1st Deed of Trust on Warehouse, 9.94 acres - See Asset #55.1;
(5) $60,000 - 1st Deed of Trust on Office Building in Faison, NC.  See Asset #55.5;
(6) $250,000 - 1st Deed of Trust on Carroll Jackson Farm - See Asset #55.10
(7) $1,200,000 - proceeds of life insurance held in escrow by Byline Bank.

*Describe the Lien*
UCC perfected security interest in accounts, inventory, and machinery.  First real estate Deeds of Trust on Debtor owned property referenced below.

*Describe debtor's property that is subject to a lien*
•2434 N. NC 50 & 403, Faison, Duplin County, NC, 9.94 acres (Deed of Trust, Book 1701, Page 707).
•111 N West Center, Faison, Duplin County, NC (Office) .25 acre (Deed of Trust Book 1701, Page 707).
•Hwy 117, Faison, Duplin County, NC (Carroll Jackson Farm) 104.3acres (Modification Agreement to Deed of Trust Book 1802, Page 404).
•All personal property, including accounts, machinery, and equipment (UCC 20160004871M, Assignment 20170051381K).
•$1,200,000 proceeds of life insurance on D. Stewart Precythe, held in escrow by Byline Bank.

*Collateral owned by Third Party*
•Third Party Real Estate subject to first Deeds of Trust in favor of Byline Bank, having an approx. value of at least **$3,000,000** (not included in collateral value total):
(1)  1st Deed of Trust on Little Brown Farm, Cumberland County (owned by Precythe Properties, LLC);
(2)  1st Deed of Trust on 7960 Sutton Town Road, Faison, NC (owned by Precythe Properties, LLC and Estate of D. Stewart Precythe);
(3)  1st Deed of Trust on Sowell Farm, West Carroll Parish, LA (owned by Estate of D. Stewart Precythe);
(4)  1st Deed of Trust on Crosby Warehouse, Oak Grove, LA (owned by Estate of D. Stewart Precythe);
(5)  1st Deed of Trust on McIntosh Roberts Tract, McIntosh, LA (owned by Estate of D. Stewart Precythe);
(6)  1st Deed of Trust on Tracts 1, 2, 3 in Chicot, AZ (owned by Estate of D. Stewart Precythe);
(7)  1st Deed of Trust on 72 Juniors Lucas Road, Faison, NC (owned by Carolina Vegetables, Inc.).

*Do multiple creditors have an interest in the same property?*
YES
*Specify each creditor, including this creditor and its relative priority*
Ares Management, successor to FCC, LLC d/b/a First Capital and ACF FinCo I LP.  Subject to Intercreditor Agreement.

**2.5**

*Creditor's Name*
**Byline Bank**, successor to Ridgestone Bank
500 W. Elm Grove Road, Suite 104
Elm Grove, WI 53122

**Loan #2**

*Amount of Claim*
$2,453,411.00

*Value of Collateral owned by Debtor*
**$23,047,587.00**:
(1) $5,397,157 - Accounts.  See Asset #12;
(2) $7,624,050 - Inventory.  See Asset #23;
(3) $3,939,388 - Other Machinery - See Asset #50;
(4) $3,361,000 - 1st Deed of Trust on Warehouse, 9.94 acres - See Asset #55.1;
(5) $130,000 - 1st Deed of Trust on Brown Farm.  See Asset #55.19;
(6) $1,395,992 - 1st Deed of Trust on Wachovia in Clinton, NC, 19.45 acres.  See Asset #55.22;
(7) $1,200,000 - proceeds of life in insurance held in escrow by Byline Bank.

*Describe the Lien*
UCC perfected security interest in accounts, inventory, and machinery.  First real estate Deeds of Trust on
Debtor owned property referenced below.

*Describe debtor's property that is subject to a lien*
•2434 N. NC 50 & 403, Faison, Duplin County, NC, 9.94 acres (Deed of Trust, Book 1815, Page 723).
•Spencer Road, Sampson County, (Brown Farm), 154.03 acres (Deed of Trust Book 1935, Page 384).
•214 Armory Road, Clinton, Sampson County, NC, (Warehouse) 19.45 acres (Deed of Trust Book 1953,
Page 115 and Book 1953, Page 138)
•All personal property, including accounts, machinery, and equipment (UCC 20160004871M, Assignment
20170051381K).
•$1,200,000 proceeds of life insurance on D. Stewart Precythe, held in escrow by Byline Bank.

*Collateral owned by Third Party*
•Third Party Real Estate subject to first Deeds of Trust in favor of Byline Bank, having an approx. value of
**$2,500,000** (not included in collateral value total):
(1)  1st Deed of Trust on 7960 Sutton Town Road, Faison, NC (owned by Precythe Properties, LLC and
Estate of D. Stewart Precythe);
(2)  1st Deed of Trust on 72 Juniors Lucas Road, Faison, NC (owned by Carolina Vegetables, Inc.);
(3)  1st Deed of Trust on Little Brown Farm, Cumberland County (owned by Precythe Properties, LLC);
(4)  1st Deed of Trust on Sowell Farm, West Carroll Parish, LA (owned by Estate of D. Stewart Precythe);
(5)  1st Deed of Trust on Crosby Warehouse, Oak Grove, LA (owned by Estate of D. Stewart Precythe);
(6)  1st Deed of Trust on McIntosh Roberts Tract, McIntosh, LA (owned by Estate of D. Stewart Precythe);
(7)  1st Deed of Trust on Tracts 1, 2, 3 in Chicot, AZ (owned by Estate of D. Stewart Precythe).

*Do multiple creditors have an interest in the same property?*
YES
*Specify each creditor, including this creditor and its relative priority*
Ares Management, successor to FCC, LLC dba First Capital & to ACF FinCo 1 LP.  Subject to
Intercreditor Agreement.

Debtor    **Southern Produce Distributors, Inc.**                                    Case number *(If known)* _____
　　　　　　Name

61.　　　**Internet domain names and websites**

62.　　　**Licenses, franchises, and royalties**

63.　　　**Customer lists, mailing lists, or other compilations**

64.　　　**Other intangibles, or intellectual property**
　　　　　**Trademarks -**
　　　　　**Southern Produce**
　　　　　**Pointer Brand (A Pointer on Quality), Serial**
　　　　　**#73511812**
　　　　　**Chef's Pride, Serial #75468523**
　　　　　**Southern's Cajun Supreme (Southern's Cajun**
　　　　　**Supreeme), Serial #75468373**　　　　　**$0.00**　　　　　　　　**Unknown**

65.　　　**Goodwill**

66.　　　**Total of Part 10.**　　　　　　　　　　　　　　　　　　　　　　　**$0.00**
　　　　　Add lines 60 through 65. Copy the total to line 89.

67.　　　**Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
　　　　　■ No
　　　　　☐ Yes

68.　　　**Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
　　　　　■ No
　　　　　☐ Yes

69.　　　**Has any of the property listed in Part 10 been appraised by a professional within the last year?**
　　　　　■ No
　　　　　☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
　　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　　☐ No.  Go to Part 12.
　　　■ Yes Fill in the information below.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Current value of**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**debtor's interest**

71.　　　**Notes receivable**
　　　　　Description (include name of obligor)

72.　　　**Tax refunds and unused net operating losses (NOLs)**
　　　　　Description (for example, federal, state, local)

73.　　　**Interests in insurance policies or annuities**

74.　　　**Causes of action against third parties (whether or not a lawsuit**
　　　　　**has been filed)**

75.　　　**Other contingent and unliquidated claims or causes of action of**
　　　　　**every nature, including counterclaims of the debtor and rights to**
　　　　　**set off claims**

76.　　　**Trusts, equitable or future interests in property**

77.　　　**Other property of any kind not already listed** *Examples:* Season tickets,
　　　　　country club membership

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Southern Produce Distributors, Inc.**                    Case number *(If known)* _____
         Name

| | |
|---|---|
| **Interest in $1,200,000 life insurance proceeds payable to the Debtor, in which Byline Bank has asserted a security interest, which funds are presently held in escrow by Byline Bank.** | **$1,200,000.00** |

78.   **Total of Part 11.**                                                    **$1,200,000.00**

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Southern Produce Distributors, Inc.**          Case number *(If known)* _____
          <sub>Name</sub>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $743,455.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $49,984.94 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,397,157.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,624,050.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,168.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,089,544.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $8,010,792.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,200,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $19,113,358.94 | + 91b. $8,010,792.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $27,124,150.94 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Rev. 3/2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:

**Southern Produce Distributors, Inc.**
    Debtor(s).

CASE NUMBER:

SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I,   **Randy W. Swartz**  , claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law: **(Attach additional sheets if necessary)**.

1. NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $60,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

Debtor's Age: _____
Name of former co-owner: _____

**VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1):  $     0.00**

2. NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500).

| Model, Year Style of Auto | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3):  $     0.00**

3. NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents). The number of dependents for exemption purposes is  **0** .

| Description of Property | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4):  $     0.00**

4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(5):  $     0.00**

5. NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | | Cash Value |
|---|---|---|
| **-NONE-** | | |

Schedule C-1 - Property Claimed as Exempt - 3/2016

6.  NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
| --- |
| -NONE- |

7.  NCGS 1C-1601(a)(8)  COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
| --- |
| -NONE- |

8.  NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
| --- | --- | --- | --- | --- | --- | --- |
| -NONE- | | | | | | |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(2):  $        0.00**

9.  NCGS 1C-1601(a)(9) and 11 U.S.C. § 522  INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number |
| --- |
| -NONE- |

10.  NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary |
| --- |
| -NONE- |

11.  NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number |
| --- |
| -NONE- |

12.  NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED  (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds |
| --- |
| -NONE- |

13.  TENANCY BY THE ENTIRETY.  The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
| --- | --- | --- | --- | --- |
| -NONE- | | | | |

**VALUE CLAIMED AS EXEMPT:  $        0.00**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

14.  NORTH CAROLINA PENSION FUND EXEMPTIONS

| | |
|---|---|
| **-NONE-** | |

15.  OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| | |
|---|---|
| **-NONE-** | |

16.  FEDERAL PENSION FUND EXEMPTIONS

| | |
|---|---|
| **-NONE-** | |

17.  OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| | |
|---|---|
| **-NONE-** | |

18.  RECENT PURCHASES

(a).  List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

(b).  List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|---|---|
| | |

19. The debtor's property is subject to the following claims:

a.      Of the United States or its agencies as provided by federal law.

b.      Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;

c.      Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.

d.      Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.

e.      For payment of obligations contracted for the purchase of specific real property affected.

f.      For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.

g.      For statutory liens, on the specific property affected, other than judicial liens.

h.      For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.

i.      For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.

j.      Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).

k.      Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| **Cape Fear Farm Credit ACA** | **Deed of Trust, Book 1778, Page 164** | 146,972.00 | **1890 N. NC 50 & 117 Faison, NC 28341 Duplin County PIN #02-727 21.4 acres (Mobile Home & Horse Stable) (Newhart) [Deed of Trust - Cape Fear]** | 162,100.00 | 15,128.00 |
| **Alvis and Mary Lou Denning** | **Deed of Trust, Book 1747, Page 353** | 16,168.24 | **306 W. College Street Faison, NC 28341 Duplin County PIN #02-610 1.13 acres (Denning House)** | 56,700.00 | 40,531.76 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I, __**Randy W. Swartz**__ , declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 4 sheets, and that they are true and correct to the best of my knowledge, information and belief.


Executed on:  **April 20, 2018**                                **/s/ Randy W. Swartz**
                                                                          **Randy W. Swartz**
                                                                                        Debtor

**Fill in this information to identify the case:**

Debtor name    **Southern Produce Distributors, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Alvis and Mary Lou Denning**<br>Creditor's Name<br><br><br>**200 Shepherd Street<br>Raleigh, NC 27607**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred<br>2013**<br>Last 4 digits of account number | **Describe debtor's property that is subject to a lien**<br>**306 W. College Street<br>Faison, NC 28341<br>Duplin County<br>PIN #02-610<br>1.13 acres<br>(Denning House)**<br><br>**Describe the lien**<br>**Deed of Trust, Book 1747, Page 353**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$16,168.24** | **$56,700.00** |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| 2.2 | **Ares Management, successor to**<br>Creditor's Name<br>**FCC, LLC d/b/a First Capital<br>800 Corporate Pointe, 4th Floor<br>Los Angeles, CA 90230**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known | **Describe debtor's property that is subject to a lien**<br>**(See Attachment to Sch. D)**<br><br><br>**Describe the lien**<br>**Loan #1 - Revolver**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim? | **$7,633,770.00** | **$16,487,209.00** |

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 4

Debtor **Southern Produce Distributors, Inc.**                                         Case number (if known) _____
     Name

| | |
|---|---|
| **Date debt was incurred** | ☐ No |
| **2013** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Ares Management, successor to** | Describe debtor's property that is subject to a lien | $186,079.00 | $16,487,209.00 |
|---|---|---|---|---|

Creditor's Name

**FCC, LLC d/b/a First Capital**
**800 Corporate Pointe, 4th Floor**
**Los Angeles, CA 90230**
Creditor's mailing address

**(See Attachment to Sch. D)**

Describe the lien
**Loan #5**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Byline Bank, successor** | Describe debtor's property that is subject to a lien | $4,297,721.00 | $21,831,595.00 |
|---|---|---|---|---|

Creditor's Name

**to Ridgestone Bank**
**500 W. Elm Grove Road, Suite 104**
**Elm Grove, WI 53122**
Creditor's mailing address

**(See Attachment to Sch. D)**

Describe the lien
**Loan #1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2011**
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Produce Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.5** | **Byline Bank, successor**
Creditor's Name

**to Ridgestone Bank
500 W. Elm Grove Road,
Suite 104
Elm Grove, WI 53122**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2016**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien
(See Attachment to Sch. D)**

**Describe the lien
Loan #2**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,453,411.00    $23,047,587.00

---

**2.6** | **Cape Fear Farm Credit ACA**
Creditor's Name

**P.O. Box 558
Clinton, NC 28329-0558**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien
1890 N. NC 50 & 117
Faison, NC 28341
Duplin County
PIN #02-727
21.4 acres
(Mobile Home & Horse Stable) (Newhart)
[Deed of Trust - Cape Fear]**

**Describe the lien
Deed of Trust, Book 1778, Page 164**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$146,972.00    $162,100.00

---

**2.7** | **John Deere Financial**
Creditor's Name

**6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131-6600**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien
950M Zero Turn Radius Mower ID
#1TC950MCJFT040019**

**Describe the lien
UCC 20160037630K**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**

$6,341.00    $8,100.00

---

Debtor    **Southern Produce Distributors, Inc.**    Case number (if know) _____
_____
Name

**Date debt was incurred**

**03/31/2016**

**Last 4 digits of account number**

**4270**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $14,740,462.24 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **Southern Produce Distributors, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Cumberland County Tax Administrator**
**P.O. Box 449**
**Fayetteville, NC 28302**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$0.00**   Priority amount **$0.00**

**2.2** Priority creditor's name and mailing address
**Duplin County Tax Administrator**

**P.O. Box 968**
**Kenansville, NC 28349**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim **$0.00**   Priority amount **$0.00**

| Debtor | **Southern Produce Distributors, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Alamance Building, Mail Stop 24**
**4905 Koger Blvd.**
**Greensboro, NC 27407-2734**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**North Carolina Dept. of Commerce**
**Div. of Employment Security**
**P.O. Box 26504**
**Raleigh, NC 27611-6504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**North Carolina Dept. of Revenue**
**Office Services Div-Bankruptcy**
**Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Southern Produce Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Sampson County Tax
Administrator
P.O. Box 207
Clinton, NC 28329**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**West Carroll Parish Tax Assessor
P.O. Box 610
Oak Grove, LA 71263**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $765.34 |
|---|---|---|---|

**AAA Scale Company
PO Box 7056
Wilson, NC 27895-7056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Inspection and Calibration of Weight Scales**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ACF FinCo I LP
580 White Plains Road, 6th Floor
Tarrytown, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,019.12 |
|---|---|---|---|

**Aflac
1932 Wynnton Road
Columbus, GA 31993-0797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Southern Produce Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ag America Lending**
P.O. Box 933076
Cleveland, OH 44193

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,058.16 |
|---|---|---|---|

**AG- Pak, Inc.**
8416 State Street
PO Box 304
Gasport, NY 14067

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Repairs and Maintenance 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Agriculture Program Services, Inc.**
PO Box 801
Warsaw, NC 28398

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  NAP Insurance - Sweet Potatoes 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,079.00 |
|---|---|---|---|

**Allco Electric, Inc.**
PO Box 427
La Grange, NC 28551

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Parts/Supplies 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,168.24 |
|---|---|---|---|

**Alvis & Mary Lou Denning**
200 Shepherd St.
Raleigh, NC 27607

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Property Purchase Payment 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,007.09 |
|---|---|---|---|

**American Industries, Inc.**
PO Box 1405
Lumberton, NC 28359-1405

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Production Supplies 

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.26 |
|---|---|---|---|

**AT&T**
PO Box 105262
Atlanta, GA 30348-5262

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Phone Service 

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Southern Produce Distributors, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Atlantic Coast Toyota Lift**<br>**PO Box B**<br>**High Point, NC 27261** | **As of the petition filing date, the claim is:** Check all that apply. $3,865.85 |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Forklift Rentals

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Axis Corrugated Container, LLC**<br>**201 Industrial Drive**<br>**Butner, NC 27509** | **As of the petition filing date, the claim is:** Check all that apply. $57,703.36 |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Cardboard Box Supplier

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**B. C. Roberts Electric Company Inc.**<br>**411 Bill Clifton Road**<br>**Faison, NC 28341** | **As of the petition filing date, the claim is:** Check all that apply. $7,660.09 |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Production Supplies

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Bass Boyz Family Farm**<br>**618 Emmett Jackson Road**<br>**Faison, NC 28341** | **As of the petition filing date, the claim is:** Check all that apply. $261,394.22 |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sweet Potato Grower

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Bernie Langdon**<br>**P O Box 848**<br>**Selma, NC 27576** | **As of the petition filing date, the claim is:** Check all that apply. $136,725.32 |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sweet Potato Grower

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Black, Chestnut & Johnson, P.A.**<br>**PO Box 588**<br>**Clinton, NC 28329** | **As of the petition filing date, the claim is:** Check all that apply. $34,600.00 |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CPA Firm

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Blake Gary Adams**<br>**247 Five Points Road**<br>**Benson, NC 27504** | **As of the petition filing date, the claim is:** Check all that apply. $33,226.48 |

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sweet Potato Grower

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Southern Produce Distributors, Inc.**
Name

Case number *(if known)*

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $401,200.00 |
|---|---|---|---|

**Blueview Farms**
**122 Dairy Road**
**Dunn, NC 28334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _ Sweet Potato Grower _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Boone Hall Plantation & Gardens**
**1235 Long Point Road**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _ Pre Packed Sweet Potato Purchase _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,010.94 |
|---|---|---|---|

**Brian & Marcus Lee**
**758A Shaws Pond Road**
**Four Oaks, NC 27524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _ Sweet Potato Grower _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,952.49 |
|---|---|---|---|

**Can-Am Pepper Company LP**
**52999 John Wise Line**
**Aylmer, Ontario N5H 2R5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _ Pepper Grower _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Carolina Eastern-Benson, Inc.**
**8858 NC 96 South**
**Benson, NC 27504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _ Warehouse Lease _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,503.50 |
|---|---|---|---|

**Caroplast, Inc.**
**PO Box 668405**
**Charlotte, NC 28266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _ Repairs and Maintenance _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,981.40 |
|---|---|---|---|

**Carr, Riggs & Ingram, LLC**
**2805 North Park Drive**
**PO Box 10588**
**Goldsboro, NC 27532-0588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _ CPA services _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Produce Distributors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.25** Nonpriority creditor's name and mailing address
**Centraal Justitieel Incassobureau**
**Postbus 1794**
**8901 CB Leeuwarden**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Foreign License Fee**

Is the claim subject to offset? ■ No ☐ Yes

**$456.74**

---

**3.26** Nonpriority creditor's name and mailing address
**Century Link**
**PO Box 4300**
**Carol Stream, IL 60197-4300**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet/Phone Service**

Is the claim subject to offset? ■ No ☐ Yes

**$1,958.33**

---

**3.27** Nonpriority creditor's name and mailing address
**CHEP**
**8517 South Park Circle**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pallet Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$41,500.75**

---

**3.28** Nonpriority creditor's name and mailing address
**City of Duplin Economic Development**
**P.O. Box 910**
**Kenansville, NC 28349**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.29** Nonpriority creditor's name and mailing address
**Clegg's Terminte & Pest Control,LLC**
**PO Box 3089**
**Durham, NC 27715-3089**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Termite and Pest Control**

Is the claim subject to offset? ■ No ☐ Yes

**$370.09**

---

**3.30** Nonpriority creditor's name and mailing address
**CMS Farms**
**Strickland Organics**
**891 Country Club Road**
**Salemburg, NC 28385**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sweet Potato Grower**

Is the claim subject to offset? ■ No ☐ Yes

**$190,127.11**

---

**3.31** Nonpriority creditor's name and mailing address
**Convergent Technologies, Inc.**
**PO Box 513**
**Pfafftown, NC 27040-0513**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Telephone Service**

Is the claim subject to offset? ■ No ☐ Yes

**$66.72**

---

Debtor    **Southern Produce Distributors, Inc.**
_____
Name

Case number (if known)    _____

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Crop Production Services-Albertson**<br>**2954 North NC 111 & 903 Hwy**<br>**Albertson, NC 28508-9634**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  <u>Chemicals</u><br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$30.00**

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**CW Hendrix Farms**<br>**21715 Cartagena Drive**<br>**Boca Raton, FL 33428**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  <u>Pepper Grower</u><br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$9,270.00**

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**D & T Farms Inc.**<br>**8008 NC Hwy 96 S**<br>**Benson, NC 27504**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  <u>Sweet Potato Grower</u><br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$400,848.39**

| | | |
|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**D&B Welding Supplies**<br>**6274 NC 403 West**<br>**Mount Olive, NC 28365**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  <u>Production Supplies</u><br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$1,315.17**

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**David Pennington Construction**<br>**6274 NC 403 West**<br>**Mount Olive, NC 28365**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  <u>Construction of Well House</u><br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$4,000.00**

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Del Al Associates, Inc.**<br>**880 Flordon Dr.**<br>**Charlottesville, VA 22901**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  <u>Sprout Costs</u><br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$2,080.00**

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Dewitt Produce**<br>**PO Box 129**<br>**Morven, GA 31638**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  <u>Pepper Grower</u><br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$152,443.22**

| Debtor | **Southern Produce Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address
**Dillon Supply Company**
PO Box 896595
Charlotte, NC 28289-6595

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,191.59**

Date(s) debt was incurred _

Basis for the claim:  **Production Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address
**East Coast AGRI-Technologies, Inc.**
3164 Gov. Moore Rd.
Clinton, NC 28328

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$520.00**

Date(s) debt was incurred _

Basis for the claim:  **Chemicals**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address
**Edward Myrick Produce, Inc.**
1255 West Atlantic Blvd., Suite 320
Pompano Beach, FL 33069

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$17,661.80**

Date(s) debt was incurred _

Basis for the claim:  **Pepper Grower**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address
**Electric Supply CO of NC, Inc.**
PO Box 1968
Wilson, NC 27894

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,020.08**

Date(s) debt was incurred _

Basis for the claim:  **Production Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address
**Eticon Consultants Limited**
298 Gienroy Gilbert Drive, Suite 32
Ottawa, Ontario K2J 5W2
Canada

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$262.50**

Date(s) debt was incurred _

Basis for the claim:  **Consulting Fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address
**Farm Credit Leasing Services Corp.**
NW-9675
P.O. Box 1450
Minneapolis, MN 55485

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$27,562.00**

Date(s) debt was incurred _

Basis for the claim:  **Equipment Rental**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address
**Fastener Supply of Goldsboro**
1219 South US Hwy 117
PO Box 1597
Goldsboro, NC 27533

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,289.53**

Date(s) debt was incurred _

Basis for the claim:  **Production Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Southern Produce Distributors, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,461.92 |
|---|---|---|---|

**Fireman's Fund Insurance Companies**
Dept. CH 10284
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance - Property**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.14 |
|---|---|---|---|

**Fiske Union Water Systems, Inc.**
PO BOX 336
Oak Grove, LA 71263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Water Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,501.00 |
|---|---|---|---|

**Giddy Up Incorporated**
1401 Central Ave., Suite 200-B
Charlotte, NC 28205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Domestic Freight**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,300.00 |
|---|---|---|---|

**Glen Rose Transportation Management**
PO Drawer 3269 1601
Glen Rose, TX 76043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Domestic Freight**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,103.00 |
|---|---|---|---|

**Global Sensors**
P.O. BOX 750
Belmont, NC 28012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Production Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,450.95 |
|---|---|---|---|

**Hagan Electronics, Inc.**
PO Box 17385
Reno, NV 89511

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Packing Line Suppliers/Repairs**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,920.36 |
|---|---|---|---|

**Hanover Electric Motor & Supply,Inc**
602 Wellington Avenue
Wilmington, NC 28401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Production Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Produce Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,666.81**

Harvey Farms
360 Bill Smith Road
Kinston, NC 28501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Sweet Potato Grower

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,373.00**

Heiden & Associates, LLC
107 Poplar Ridge Drive
Goldsboro, NC 27534

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Construction

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$625.84**

Herc Rentals
P.O. Box 936257
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Rental Costs

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,088.17**

Hill Top Farms, Inc.
6341 Strickland's Crossroads Rd
Four Oaks, NC 27524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Sweet Potato Grower

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$397.90**

Honeycutt Enterprise, Inc.
187 Hudsontown Rd.
Dunn, NC 28334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Production Supplies

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,007.50**

Howell Farming Co., Inc.
164 Frankies Lane
Goldsboro, NC 27530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Sweet Potato Grower

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$234,134.00**

Independent Container Line, LTD.
5620 Cox Road
Glen Allen, VA 23060

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  International Freight Forwarder

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Southern Produce Distributors, Inc.**__   Case number *(if known)* _____
　　　Name

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,673.83 |
|---|---|---|---|
| | **Industrial Power, Inc.**<br>**703 Whitfield Street**<br>**Fayetteville, NC 28306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Production Supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,128.86 |
|---|---|---|---|
| | **International Paper**<br>**Lock Box 0644095**<br>**Pittsburgh, PA 15264-4095** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Cardboard Box Supplier__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,900.17 |
|---|---|---|---|
| | **iTrade Network, Inc.**<br>**PO Box 935209**<br>**Atlanta, GA 31193-5209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Computer Software Provider__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,089.00 |
|---|---|---|---|
| | **J & J Produce, Inc.**<br>**dba J & J Family of Farms**<br>**4003 Seminole Pratt Whitney Road**<br>**Loxahatchee, FL 33470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Pepper Grower__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,500.00 |
|---|---|---|---|
| | **J & S Wholesale & Rentals, LLC**<br>**PO Box 1104**<br>**Asheboro, NC 27204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Wharehouse Lease__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,130.12 |
|---|---|---|---|
| | **J C Pallet Company, Inc.**<br>**PO Box 277**<br>**Barhamsville, VA 23011-0277** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Pallet Producer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,375.00 |
|---|---|---|---|
| | **J.H. Rose Logistics, LLC**<br>**Dept 3127**<br>**PO Box 123127**<br>**Dallas, TX 75312-3127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Domestic Freight__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Southern Produce Distributors, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**John Bean Technologies Corp.**<br>**7009 Solutions Center**<br>**Chicago, IL 60677-7000**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Chemicals<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$68,481.82** |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**John Deere Financial**<br>**P.O. Box 4450**<br>**Carol Stream, IL 60197-4450**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Equipment Rental<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,341.00** |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**John Edwards Co., Inc.**<br>**5030 Smith Farm Road**<br>**P.O. Box 118**<br>**Indian Trail, NC 28079**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Production Supplies<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,439.65** |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**John S. Connor, Inc.**<br>**PO Box 791384**<br>**Baltimore, MD 21279-1384**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  International Freight Forwarder<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$118,795.00** |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Johnny Hope**<br>**305 Malpass Farm Lane**<br>**Clinton, NC 28328**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Sweet Potato Grower<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$98,734.88** |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Joshua Bailey**<br>**2450 HWY 403 & 50**<br>**Faison, NC 28341**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Employee Reimbursement<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$511.45** |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Jowat Corporation**<br>**PO Box 1368**<br>**High Point, NC 27261**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Production Supplies<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,487.16** |

| Debtor | **Southern Produce Distributors, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$256,707.40** |
| | **Keith Smith** | ☐ Contingent | |
| | **2515 Lakewood Road** | ☐ Unliquidated | |
| | **Four Oaks, NC 27524** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Sweet Potato Grower__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$300.00** |
| | **Kenansville-Duplin County Chamber** | ☐ Contingent | |
| | **of Commerce** | ☐ Unliquidated | |
| | **PO Box 358** | ☐ Disputed | |
| | **Kenansville, NC 28349** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __County Fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,877.95** |
| | **Kevin J. Lee** | ☐ Contingent | |
| | **383 Hinson Road** | ☐ Unliquidated | |
| | **Dunn, NC 28334** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Sweet Potato Grower__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,047.00** |
| | **Key Risk - StarNet Insurance Co.** | ☐ Contingent | |
| | **PO Box 18746** | ☐ Unliquidated | |
| | **Greensboro, NC 27419-8746** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Workers Comp Insurance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,666.00** |
| | **Kornegay Family Produce, LLC** | ☐ Contingent | |
| | **610 Worley Road** | ☐ Unliquidated | |
| | **Princeton, NC 27569** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Sweet Potato Grower__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$371.25** |
| | **Land Management Group, Inc.** | ☐ Contingent | |
| | **3805 Wrightsville Avenue, Suite 15** | ☐ Unliquidated | |
| | **Wilmington, NC 28403** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Farming Expense__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$153.46** |
| | **Le Bleu Central of Raleigh** | ☐ Contingent | |
| | **PO Box 98479** | ☐ Unliquidated | |
| | **Raleigh, NC 27624-8479** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Office Water Cooler/Bottles__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Southern Produce Distributors, Inc.**    Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1,139.61 |

**3.81**

**Nonpriority creditor's name and mailing address**

**Lewis Systems & Service Co., Inc.**
**140 N.Busines Court**
**Rocky Mount, NC 27804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs and Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

$1,139.61

---

**3.82**

**Nonpriority creditor's name and mailing address**

**Little Creek Produce**
**8003 Hwy 222**
**Walstonburg, NC 27888**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sweet Potato Grower**

Is the claim subject to offset? ■ No ☐ Yes

$7,990.40

---

**3.83**

**Nonpriority creditor's name and mailing address**

**Major Foy Ivey, Jr.**
**340 Daniel Chestnutt Road**
**Mount Olive, NC 28365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sweet Potato Grower**

Is the claim subject to offset? ■ No ☐ Yes

$15,080.00

---

**3.84**

**Nonpriority creditor's name and mailing address**

**Matthew Rhodes**
**1015 Crocker's Nub Rd.**
**Middlesex, NC 27557**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sweet Potato Grower**

Is the claim subject to offset? ■ No ☐ Yes

$56,737.00

---

**3.85**

**Nonpriority creditor's name and mailing address**

**MegaCorp**
**PO Box 1050**
**Wrightsville Beach, NC 28480**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Domestic Freight**

Is the claim subject to offset? ■ No ☐ Yes

$1,544.00

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Meuers Law Firm, P.L.**
**5395 Park Central Court**
**Naples, FL 34109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawyer Fees**

Is the claim subject to offset? ■ No ☐ Yes

$3,791.02

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Michael Godwin**
**5904 Timothy Road**
**Dunn, NC 28334**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sweet Potato Grower**

Is the claim subject to offset? ■ No ☐ Yes

$32,400.00

| Debtor | **Southern Produce Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Mobile FarmWare, LLC**
**3164C Governor Moore Road**
**Clinton, NC 28328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Software Training**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$962.50** |
|---|---|---|---|

**Moore & Van Allen PLLC**
**430 Davis Drive, Suite 500**
**PO Box 13706**
**Research Triangle Park, NC 27709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trademark Renewal Legal Fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$358.92** |
|---|---|---|---|

**Morris & Associates**
**803 Morris Drive**
**Garner, NC 27529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Repairs and Maintenance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,833.00** |
|---|---|---|---|

**Nature's Way Farms Inc.**
**7795 Suttontown Road**
**Faison, NC 28341-7267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Sweet Potato Grower**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,426.23** |
|---|---|---|---|

**NC Sweet Potato Commission**
**700 E. Parrish Dr., Suite C**
**Benson, NC 27504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Annual Commission Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,659.89** |
|---|---|---|---|

**Office Depot**
**PO Box 1413**
**Charlotte, NC 28201-1413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$464,000.00** |
|---|---|---|---|

**Precythe Properties, LLC**
**c/o John C. Hine, Executor**
**P.O. Box 916**
**Goldsboro, NC 27533-0916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2013**

Basis for the claim:  **Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Southern Produce Distributors, Inc.**
        _____
        Name

Case number *(if known)* _____

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,027.50 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Professional Produce of Florida,Inc**
**2991 NW 112th Ave.**
**Coral Springs, FL 33065-3545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Pepper Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,750.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Race-West Company**
**Philip L. Cutler Building**
**600 South State Street**
**Clarks Summit, PA 18411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Sweet Potato Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,965.75 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Rankin Truck Brokers, LLC**
**159 Point South Drive**
**Yemassee, SC 29945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Domestic Freight__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,750.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**ReedTMS Logistics**
**615 S. Ware Blvd.**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Domestic Freight__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,695.00 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Roadrunner Truckload Plus**
**PO Box 95000**
**Chicago, IL 60694-5000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Domestic Freight__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $317,046.99 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Robert Fann Farming**
**220 Oscar Tate Road**
**Salemburg, NC 28385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Sweet Potato Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,163.16 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Rocky Mount Electric Motor**
**PO Box 1063**
**Rocky Mount, NC 27802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Production Supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Produce Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,250.00 |
|---|---|---|---|

**S & E Farms, LLC**
5075 Godwin Lake Road
Benson, NC 27504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Rent Storage_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Scotlynn USA Division, Inc.**
1150 Vittoria Road
Vittoria, ON N0E 1W0
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Domestic Freight_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,816.00 |
|---|---|---|---|

**Scott Farms, Inc.**
7965-A Simpson Rd.
Lucama, NC 27851

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Sweet Potato Grower_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Select Bank & Trust**
863 Tilgham Dr.
Dunn, NC 28334

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,783.41 |
|---|---|---|---|

**Sharp Farms, Inc**
5161 NC Hwy 581
Sims, NC 27880

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Sweet Potato Grower_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92.60 |
|---|---|---|---|

**Shred-it USA**
28883 Network Place
Chicago, IL 60673-1288

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Document Shredding Service_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,995.00 |
|---|---|---|---|

**Southeast Produce Council, Inc.**
315 Hwy 17 North
Millen, GA 30442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Annual Commission Fees_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Southern Produce Distributors, Inc.**
_____
Name

Case number (if known) _____

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,502.96 |
|---|---|---|---|

**Southern Bank - Ending in 4316**
**PO Box 63001**
**Charlotte, NC 28263-3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.24 |
|---|---|---|---|

**Southern Bank - Ending in 5687**
**PO Box 63001**
**Charlotte, NC 28263-3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Employee Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Steven C. Johnson**
**5417 US 13 South**
**Mount Olive, NC 28365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Sweet Potato Grower**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143,954.89 |
|---|---|---|---|

**Strickland Farming Partnership**
**671 Hollingsworth Road**
**Mount Olive, NC 28365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Sweet Potato Grower**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,502.50 |
|---|---|---|---|

**TenPlus Systems**
**PO Box 33490**
**Raleigh, NC 27636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **IT Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Tew Farms**
**4210 North NC 903**
**Albertson, NC 28508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Sweet Potato Grower**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.12 |
|---|---|---|---|

**The Hop Ice Cream Cafe**
**640 Merrimon Ave. Suite 103**
**Asheville, NC 28805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promotional Service**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Southern Produce Distributors, Inc.**

Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,177.00** |
|---|---|---|---|
| | **Thermal Techniques**<br>**1409 East Blvd.**<br>**Charlotte, NC 28203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Electrical Components Inspection** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.117 | **Tires Inc.**<br>**317 South East Blvd.**<br>**Clinton, NC 28328-3625** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50.61** |
| | Date(s) debt was incurred _ | Basis for the claim: **Tractor Tires** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.118 | **Tony D. Lee**<br>**957 White Oak Road**<br>**Four Oaks, NC 27524** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28,458.04** |
| | Date(s) debt was incurred _ | Basis for the claim: **Sweet Potato Grower** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.119 | **Total Quality Logisitics**<br>**PO Box 634558**<br>**Cincinnati, OH 45263-4558** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$103,467.00** |
| | Date(s) debt was incurred _ | Basis for the claim: **Domestic Freight** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.120 | **Toyota Industries Commercial Financ**<br>**P.O. Box 660926**<br>**Dallas, TX 75266-0926** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,670.96** |
| | Date(s) debt was incurred _ | Basis for the claim: **Forklift Rentals** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.121 | **TRAFFIX**<br>**1-375 Wheelabrator Way**<br>**Milton, ON L9T 3C1**<br>**Canada** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,000.00** |
| | Date(s) debt was incurred _ | Basis for the claim: **Domestic Freight** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.122 | **Transit Transportation Services**<br>**616 Industrial Ave,**<br>**Mount Pleasant, MI 48858** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,012.00** |
| | Date(s) debt was incurred _ | Basis for the claim: **Domestic Freight** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Southern Produce Distributors, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,138.84**

Tri-Lift, NC Inc.
2905 Manufacturers Road
Greensboro, NC 27406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Repairs and Maintenance

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,872.62**

TriEast Irrigation
PO Box 1147
Darlington, SC 29540-1147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Irrigation Equipment Costs

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,272.50**

Trinity Fresh Fruits
6064 Deep Branch Road
Pembroke, NC 28372

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Sweet Potato Grower

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,287.08**

Tyrrel County Tax Collector
PO Box 449
Columbia, NC 27925-0449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  County Taxes

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,779.20**

U.S. Security Associates, Inc.
PO Box 931703
Atlanta, GA 31193-1703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Security Officers

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,028.68**

VWM, LLC
PO Box 418
Four Oaks, NC 27524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Shipping Supplies

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$358,147.56**

Warren Farming Partnership
PO Box 223
Newton Grove, NC 28366

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Sweet Potato Grower

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Southern Produce Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$112.00**

**Waste Industries**
PO Box 791519
Baltimore, MD 21279

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trash Collection**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,963.00**

**Waters Agricultural Labs. Inc.**
257 Newton Hwy.
P.O. Box 382
Camilla, GA 31730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Soil Sample Cost**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,160.00**

**Wayne E. Bailey Produce Co.**
PO Box 467
Chadbourn, NC 28431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Sweet Potato Grower**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,600.00**

**West Farms**
255 Old Huntsville Road
Fayetteville, TN 37334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Sweet Potato Grower**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,393.56**

**Westmark Industries, Inc.**
6701 SW McEwan Road
Lake Oswego, OR 97035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Printer Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,211.83**

**WestRock CP, LLC**
PO Box 409813
Atlanta, GA 30384-9813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Cardboard Box Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78,656.40**

**William Gary Adams**
1075 Adams Road
Benson, NC 27504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Sweet Potato Grower**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Southern Produce Distributors, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,984.30** |
|---|---|---|---|

**Woody Thornton**
**395 Noah Road**
**Benson, NC 27504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Sweet Potato Grower**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 5,222,165.34 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,222,165.34 |

**Fill in this information to identify the case:**

Debtor name    **Southern Produce Distributors, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease (2015 GMC Sierra Truck, 2015 GMC 2500 Truck, 2016 Cadillac Escalade, Newtec computerized weigher, Hagan packing line, SWP bins, Carolina Base-PAC sweet potato crates and block pallets, Louisburg Hardwood potato boxes)** | |
| | State the term remaining | | **Farm Credit Leasing Services Corp.** |
| | List the contract number of any government contract | | **NW-9675** **P.O. Box 1450** **Minneapolis, MN 55485** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease (1 forklift)** | |
| | State the term remaining | | **Herc Rentals** |
| | List the contract number of any government contract | | **P.O. Box 936257** **Atlanta, GA 31193** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease (Caterpillar forklift)** | |
| | State the term remaining | | **John Deere Financial** |
| | List the contract number of any government contract | | **P.O. Box 4450** **Carol Stream, IL 60197-4450** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease (2 tractor trucks)** | **Ryder Transportation Services** **P.O. Box 402366** **Atlanta, GA 30384-2366** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1 **Southern Produce Distributors, Inc.**                    Case number *(if known)* _____
          First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract _____ | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease (20 forklifts)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Toyota Industries Commercial Financ**<br>**P.O. Box 660926**<br>**Dallas, TX 75266-0926** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Southern Produce Distributors, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Carolina Vegetables, Inc.** | **c/o John C. Hine, Executor P.O. Box 916 Goldsboro, NC 27533-0916** | **Byline Bank, successor** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Carolina Vegetables, Inc.** | **c/o John C. Hine, Executor P.O. Box 916 Goldsboro, NC 27533-0916** | **Byline Bank, successor** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Estate of David Stewart Precythe** | **John C. Hine, Executor P.O. Box 916 Goldsboro, NC 27533-0916** | **Byline Bank, successor** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Estate of David Stewart Precythe** | **John C. Hine, Executor P.O. Box 916 Goldsboro, NC 27533-0916** | **John Deere Financial** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Southern Produce Distributors, Inc.** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | Estate of David Stewart Precythe | John C. Hine, Executor P.O. Box 916 Goldsboro, NC 27533-0916 | Byline Bank, successor | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.6 | Estate of David Stewart Precythe | John C. Hine, Executor P.O. Box 916 Goldsboro, NC 27533-0916 | Ares Management, successor to | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.7 | Estate of David Stewart Precythe | John C. Hine, Executor P.O. Box 916 Goldsboro, NC 27533-0916 | Ares Management, successor to | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.8 | Precythe Properties, LLC | c/o John C. Hine, Executor P.O. Box 916 Goldsboro, NC 27533-0916 | Byline Bank, successor | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.9 | Precythe Properties, LLC | c/o John C. Hine, Executor P.O. Box 916 Goldsboro, NC 27533-0916 | Alvis and Mary Lou Denning | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **Southern Produce Distributors, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **9/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$21,907,927.00** |
| **For year before that:** From **9/01/2016** to **8/31/2017** | ■ Operating a business<br>☐ Other _____ | **$35,376,563.00** |
| **For the fiscal year:** From **9/01/2015** to **8/31/2016** | ■ Operating a business<br>☐ Other _____ | **$45,990,522.00** |

2.   **Non-business revenue**
     Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **9/01/2017** to **Filing Date** | **Rental income, misc. sales** | **$40,184.00** |
| **For year before that:** From **9/01/2016** to **8/31/2017** | **Rental income, misc. sales, sale of assets** | **$463,944.00** |
| **For the fiscal year:** From **9/01/2015** to **8/31/2016** | **Rental income, misc. sales, sale of assets** | **$472,677.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Southern Produce Distributors, Inc.**                         Case number *(if known)* _____

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **(See Attachment for Question 3.1)** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **(See Attachment for Question 4.1)** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

# Southern Produce Distributors, Inc.
## Transaction List by Vendor
### January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **a Breed ahead** | | | | | | | | |
| Bill Pmt -Check | 04/12/2018 | 18166 | | 1005 · PNC - Operating Account | | 2101 · Vendor Payables | | 138.00 |
| **AAA Carolinas** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17357 | RENEWAL 2018 | 1005 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 283.00 |
| **AAA Scale Company** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17544 | WORK ORDER 18663 | 1005 · PNC - Operating Account | | 2101 · Vendor Payables | | 296.00 |
| **ADT Security Services** | | | | | | | | |
| Bill Pmt -Check | 01/01/2018 | ACH2018D101 | 2169160 | 1025 · Operating - Southern Bank | | 2101 · Vendor Payables | | 63.36 |
| Bill Pmt -Check | 02/01/2018 | ACH2018D201 | ACH 2018D201 | 1025 · Operating - Southern Bank | ✓ | 2101 · Vendor Payables | | 63.36 |
| Bill Pmt -Check | 03/03/2018 | 17769 | 2169160 | 1005 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 160.71 |
| Bill Pmt -Check | 03/22/2018 | 17917 | 2169160 | 1005 · PNC - Operating Account | | 2101 · Vendor Payables | | 37.34 |
| **Aflac** | | | | | | | | |
| Bill Pmt -Check | 04/25/2018 | 5112 | | 1025 · Operating - Southern Bank | | 2101 · Vendor Payables | | 9,057.36 |
| Bill Pmt -Check | 03/01/2018 | 17705 | Billing Period FEB 2018 - Premium Due Date 2/15/18 | 1005 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 3,019.12 |
| Bill Pmt -Check | 04/11/2018 | ACH2018D417 | Billing Period Apr 2018 - Premium Due 4/15/18 | 1005 · PNC - Operating Account | | 2101 · Vendor Payables | | 3,015.16 |
| **Ag America Lending – 21601961** | | | | | | | | |
| Bill Pmt -Check | 01/16/2018 | 17255 | 21601962 | 1005 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 585,672.84 |
| Bill Pmt -Check | 01/22/2018 | 17283 | 21601962 | 1005 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 59,800.42 |
| **AGRI Financial Services, Inc. – 013355** | | | | | | | | |
| Bill Pmt -Check | 01/12/2018 | 17230 | 660-0M4-013356 | 1005 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 5,979.73 |
| Bill Pmt -Check | 02/01/2018 | 17368 | 650-0M4-013356 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 5,947.43 |
| Bill Pmt -Check | 03/01/2018 | 17703 | 650 0M4-013356 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 5,152.93 |
| Bill Pmt -Check | 03/29/2018 | 18000 | 650-0M4-013356 | 1005 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 5,456.69 |
| **Agriculture Program Services, Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/26/2018 | 17894 | Duplin & Sampson estimated acres city payment | 1005 · PNC - Operating Account | | 2101 · Vendor Payables | | 1,512.50 |
| **AJS Farms, LLC** | | | | | | | | |
| Bill Pmt -Check | 02/20/2018 | 17244 | Ditch Moving - Marsha Bass Farm | 1005 · PNC - Operating Account | | 2101 · Vendor Payables | | 4,410.00 |
| Bill Pmt -Check | 04/05/2018 | 18168 | Moving - Marsha Bass Farm | 1005 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 450.00 |
| **Albemarle Trucking, Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17369 | 200055 55 56 57 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 5,639.72 |
| Bill Pmt -Check | 02/05/2018 | 17520 | 200075 76 77 78 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 4,974.49 |
| Bill Pmt -Check | 02/15/2018 | 17540 | 201575 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,744.04 |
| Bill Pmt -Check | 03/22/2018 | 17915 | 201576 77 78 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 4,659.85 |
| **Altec Electric, Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/05/2018 | 17477 | OX-HF | 1005 · PNC - Operating Account | | 2101 · Vendor Payables | | 13,001.00 |
| Bill Pmt -Check | 04/10/2018 | | QuickBooks generated item amount transaction for bi | 1005 · PNC - Operating Account | | 2101 · Vendor Payables | 0.00 | |
| **American Funds** | | | | | | | | |
| Bill Pmt -Check | 01/16/2018 | ACH2018D116 | INK138122 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,676.75 |
| Bill Pmt -Check | 01/16/2018 | ACH2018D116 | INK138122 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,709.53 |
| Bill Pmt -Check | 01/17/2018 | ACH2018D117 | INK138122 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,455.46 |
| Bill Pmt -Check | 01/24/2018 | ACH2018D124 | INK138122 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,455.04 |
| Bill Pmt -Check | 02/01/2018 | ACH2018D201 | ACH2018D201 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,177.96 |
| Bill Pmt -Check | 02/09/2018 | ACH2018D207 | INK138122 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,177.60 |
| Bill Pmt -Check | 02/14/2018 | ACH2018D214 | INK138122 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,188.03 |
| Bill Pmt -Check | 02/21/2018 | ACH2018D221 | INK138122 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 376.66 |
| Bill Pmt -Check | 02/23/2018 | ACH2018D223 | ACH2018D223 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,134.88 |
| Bill Pmt -Check | 02/28/2018 | ACH2018D228 | INK138122 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,200.89 |
| Bill Pmt -Check | 03/07/2018 | ACH2018D307 | ACH2018D307 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,202.57 |
| Bill Pmt -Check | 03/14/2018 | ACH2018D314 | INK138122 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,206.97 |
| Bill Pmt -Check | 03/21/2018 | ACH2018D321 | INK138122 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 3,045.36 |
| Bill Pmt -Check | 03/29/2018 | ACH2018D328 | INK138122 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,211.33 |
| Bill Pmt -Check | 04/05/2018 | ACH2018D404 | INK138122 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,103.88 |
| Bill Pmt -Check | 04/11/2018 | ACH2018D411 | INK138122 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,133.88 |
| Bill Pmt -Check | 04/18/2018 | ACH2018D418 | INK138122 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,107.15 |
| **American Sweet Potato Marketing Institute** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17370 | 2018 MEMBER DUES | 1035 · PNC - Operating Account | | 2101 · Vendor Payables | | 5,000.00 |
| **Andrew M. Jackson** | | | | | | | | |
| Bill Pmt -Check | 03/19/2018 | 17885 | 2018 CERT H-2A | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 21,300.00 |
| **Angelila Powel** | | | | | | | | |
| Bill Pmt -Check | 03/01/2018 | 17704 | MILEAGE REIM 1029/2018 480m @ $0.53/m | 1035 · PNC - Operating Account | | 2101 · Vendor Payables | | 254.40 |
| Bill Pmt -Check | 04/03/2018 | 18107 | MILEAGE REIM 3/05-3/23/18 416m @ $0.53/m | 1035 · PNC - Operating Account | | 2101 · Vendor Payables | | 220.45 |
| **Arcola Hardwood Company, Inc** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17545 | 42 40-Bushel SWP Boxes @ $125ea | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 5,250.00 |
| Bill Pmt -Check | 03/22/2018 | 17918 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 24,375.00 |

1:59 PM
04/19/18

## Southern Produce Distributors, Inc.
### Transaction List by Vendor
January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Argos - Ready Mix Concrete Co.** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17371 | SOU002250 - 20003 | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 2,047.45 |
| **Armaldyne, Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/22/2018 | 17048 | MAINT AGREEMENT | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 6,536.35 |
| **AT&T Atlanta 315-428-2893-001-0512** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17322 | 315-428-2893-001-0512 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 166.29 |
| Bill Pmt -Check | 02/09/2018 | 17470 | 315-428-2893-001-0512 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 174.65 |
| Bill Pmt -Check | 03/08/2018 | 17548 | 315-428-2893-001-0512 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 167.26 |
| Bill Pmt -Check | 04/09/2018 | 17760 | 315-428-2893-001-0512 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 167.26 |
| Bill Pmt -Check | 04/12/2018 | 18169 | 315-428-2893-001-0512 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 60.50 |
| **AT&T Atlanta 315-428-9477-324-0513** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17373 | 315-428-9477-324-0513 | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 60.50 |
| **Atlanta Coastal Toyota Lift** | | | | | | | | |
| Bill Pmt -Check | 01/10/2018 | 17342 | 391600 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 3,119.43 |
| Bill Pmt -Check | 02/09/2018 | 17479 | 391600 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 5,402.23 |
| Bill Pmt -Check | 02/16/2018 | 17548 | 391800 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,071.32 |
| Bill Pmt -Check | 02/21/2018 | 17526 | 391800 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 3,119.00 |
| Bill Pmt -Check | 03/01/2018 | 17707 | 391800 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 980.78 |
| Bill Pmt -Check | 03/09/2018 | 17761 | 392800 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,171.00 |
| Bill Pmt -Check | 03/22/2018 | 17961 | 392600 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,514.48 |
| Bill Pmt -Check | 03/22/2018 | 17739 | 391800 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,547.08 |
| Bill Pmt -Check | 04/12/2018 | 18170 | 391600 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,711.40 |
| **Atlantic Corporation Pkg & Supply Balado** | | | | | | | | |
| Bill Pmt -Check | 03/22/2018 | 18007 | 201678 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 888.00 |
| **Audrey Dudley** | | | | | | | | |
| Bill Pmt -Check | 01/16/2018 | 17261 | 27467 - 151 Roy Pailris @ $4.50/ea | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 588.50 |
| Bill Pmt -Check | 02/15/2018 | 17588 | 27505 - 153 Roy Pailris @ $4.50/ea | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 588.50 |
| **Axis Corrugated Container, LLC** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17255 | 66356+ - P6509 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 16,730.32 |
| Bill Pmt -Check | 02/01/2018 | 17374 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 29,261.52 |
| Bill Pmt -Check | 02/08/2018 | 17460 | 66573 - P6627 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 10,097.20 |
| Bill Pmt -Check | 02/15/2018 | 17547 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 26,170.80 |
| Bill Pmt -Check | 02/21/2018 | 17527 | 66700 - P6132 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 7,106.20 |
| Bill Pmt -Check | 02/22/2018 | 17649 | PO #06901 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 8,306.74 |
| Bill Pmt -Check | 03/01/2018 | 17708 | 66828 - P6169 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 14,000.80 |
| Bill Pmt -Check | 03/08/2018 | 17762 | 66700 - P6130 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 10,097.20 |
| Bill Pmt -Check | 03/15/2018 | 17742 | 67296 - P6191, P6102 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 14,088.92 |
| Bill Pmt -Check | 03/22/2018 | 17621 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 25,677.13 |
| Bill Pmt -Check | 03/29/2018 | 18031 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 43,074.71 |
| Bill Pmt -Check | 04/05/2018 | 18109 | 57163 - P6328 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 3,542.28 |
| Bill Pmt -Check | 04/12/2018 | 18171 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 17,739.94 |
| Bill Pmt -Check | 04/19/2018 | 18231 | 57167 - P6307 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 13,127.50 |
| **B C Roberts Jr., Electric Inc** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17548 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 6,050.35 |
| Bill Pmt -Check | 03/15/2018 | 17843 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 4,200.36 |
| Bill Pmt -Check | 03/29/2018 | 18032 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 6,054.35 |
| **B.T. & Ltd** | | | | | | | | |
| Bill Pmt -Check | 04/11/2018 | Wire041118 | PG10003307 - 52wa Th'20-70 L3-50 NTwa0 Basis Ti 1005 | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 778.00 |
| **Baddour, Parker, Hine & Hale, PC** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17170 | 1st Qtr 2018 Preferred Stock Dividend | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | 20,000.00 | |
| Bill Pmt -Check | 03/22/2018 | 17622 | 2nd Qtr 2018 Preferred Stock Dividend Accrual | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | 6,666.66 | |
| Bill Pmt -Check | 03/26/2018 | 18053 | | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | 15,333.34 | |
| **BASF Farms** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17167 | | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 880.00 |
| Bill Pmt -Check | 01/19/2018 | 17270 | | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 2,655.00 |
| Bill Pmt -Check | 02/01/2018 | 17366 | | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,375.00 |
| Bill Pmt -Check | 02/21/2018 | 17528 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 350.00 |
| Bill Pmt -Check | 02/22/2018 | 17228 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,415.00 |
| Bill Pmt -Check | 03/01/2018 | 17709 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 2,070.00 |
| Bill Pmt -Check | 03/22/2018 | 17867 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,650.00 |
| Bill Pmt -Check | 04/05/2018 | 18126 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 5,515.00 |
| Bill Pmt -Check | 04/19/2018 | 18131 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 2,275.00 |
| Bill Pmt -Check | 04/19/2018 | 18252 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 2,360.00 |
| **Barefoots Well Drilling & Pump Service** | | | | | | | | |
| Bill Pmt -Check | 01/10/2018 | 17180 | | 1025 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 20,076.30 |

## Southern Produce Distributors, Inc.
## Transaction List by Vendor
### January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Bass Boys Family Farm** | | | | | | | | |
| Bill Pmt -Check | 02/13/2018 | 17720 | Bradshaw Farm Deep Well 40hp Pump | 1008 - PNC - Operating Account | ✓ | 2001 - Vendor Payables | | 24,537.70 |
| Bill Pmt -Check | 03/13/2018 | 17800 | Bradshaw Farm Deep Well 40hp Pump | 1008 - PNC - Operating Account | ✓ | 2001 - Vendor Payables | | 10,000.00 |
| Bill Pmt -Check | 03/26/2018 | 18019 | Bradshaw Farm Deep Well 40hp Pump | 1008 - PNC - Operating Account | ✓ | 2001 - Vendor Payables | | 9,001.50 |
| **BB&T Insurance Services - Blue Ridge Bank** | | | | | | | | |
| Bill Pmt -Check | 04/05/2018 | 18119 | | 1008 - PNC - Operating Account | ✓ | 2002 - Grower Payables | | 25,000.00 |
| **BB&T Insurance Services Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17549 | 8405OUTHPRO | 1008 - PNC - Operating Account | ✓ | 2001 - Vendor Payables | | 5,000.00 |
| Bill Pmt -Check | 02/21/2018 | 17629 | 8405OUTHPRO | 1008 - PNC - Operating Account | ✓ | 2001 - Vendor Payables | | 3,000.00 |
| **Bell City Transport Srvl.** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17376 | 12/01/17-12/01/18 Policy Fee/Based/Account | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 20,391.00 |
| Bill Pmt -Check | 04/02/2018 | 18132 | 12/01/17-12/01/18 Policy Fee/Based/Account | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 3,000.00 |
| **Bennie Langdon** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17377 | PEPPER, SP3P2077001 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 3,000.00 |
| **Bernie Langton** | | | | | | | | |
| Bill Pmt -Check | 03/01/2018 | 17700 | MLI203098 | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 5,000.00 |
| Bill Pmt -Check | 03/01/2018 | 17701 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 45,000.00 |
| Bill Pmt -Check | 03/26/2018 | 18005 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 04/19/2018 | 18248 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 10,000.00 |
| **Black, Chestnutt & Johnson, P.A.** | | | | | | | | |
| Bill Pmt -Check | 03/22/2018 | 17923 | PRIOR BILLINGS FOR AUDIT SVCS DEC 2017 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 10,000.00 |
| Bill Pmt -Check | 03/26/2018 | 18034 | PRIOR BILLINGS FOR AUDIT SVCS DEC 2017 | 1037 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 11,650.00 |
| Bill Pmt -Check | 04/12/2018 | 18172 | PRIOR BILLINGS FOR AUDIT SVCS/LDEC 2017 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 6,000.00 |
| Bill Pmt -Check | 04/19/2018 | 18243 | PRIOR BILLINGS FOR AUDIT SVCS/LDEC 2017 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 28,600.00 |
| **Blake Garry Adams** | | | | | | | | |
| Bill Pmt -Check | 03/06/2018 | 17752 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 5,000.00 |
| **Blue Cross & Blue Shield of NC** | | | | | | | | |
| Bill Pmt -Check | 01/19/2018 | 17230 | BFA NO. 081839 = Bill Date 01/05/2018 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 3,386.61 |
| Bill Pmt -Check | 01/25/2018 | 17285 | BFA NO. 081839 = Bill Date 03/05/2018 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 10,412.67 |
| Bill Pmt -Check | 01/25/2018 | 5056 | BFA NO. 081839 = Bill Date 03/05/2018 | 1023 - Operating - Southern Bank | ✓ | 2101 - Vendor Payables | | 10,412.67 |
| Bill Pmt -Check | 02/15/2018 | 17550 | BFA NO. 081839 = Bill Date 02/05/2018 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 7,740.58 |
| Bill Pmt -Check | 03/01/2018 | 17710 | BFA NO. 081839 - Bill Date 02/20/2018 Balance Due | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,071.99 |
| Bill Pmt -Check | 03/29/2018 | 18005 | BFA NO. 081839 - Bill Date 03/20/2018 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 6,096.59 |
| Bill Pmt -Check | 04/17/2018 | 18206 | BFA NO. 081839 - Bill Date 04/02/2018 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 3,916.70 |
| **Blueview Farms** | | | | | | | | |
| Bill Pmt -Check | 01/16/2018 | 17189 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 200,350.00 |
| Bill Pmt -Check | 01/23/2018 | 17259 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 100,000.00 |
| Bill Pmt -Check | 02/06/2018 | 17475 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 30,000.00 |
| Bill Pmt -Check | 02/06/2018 | 17476 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 20,000.00 |
| Bill Pmt -Check | 02/20/2018 | 17622 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 50,000.00 |
| Bill Pmt -Check | 02/27/2018 | 17743 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/14/2018 | 17842 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/22/2018 | 17906 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/29/2018 | 18023 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 60,000.00 |
| Bill Pmt -Check | 04/05/2018 | 18123 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 04/19/2018 | 18225 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 25,000.00 |
| **Bo's Industrial Services, LLC** | | | | | | | | |
| Bill Pmt -Check | 04/19/2018 | 18253 | Labor and Materials for Repair Line Building | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 7,151.20 |
| **Brad King Service** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 5110 | | 1023 - Operating - Southern Bank | ✓ | 2101 - Vendor Payables | | 9,545.13 |
| Bill Pmt -Check | 02/02/2018 | 17453 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,707.25 |
| **Brame Specialty Company, Inc** | | | | | | | | |
| Bill Pmt -Check | 01/16/2018 | 17258 | PO 59976 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,507.29 |
| Bill Pmt -Check | 02/22/2018 | 17227 | PO 60379 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 9.36 |
| Bill Pmt -Check | 03/15/2018 | 17816 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,797.01 |
| **Brenda Oglesby** | | | | | | | | |
| Bill Pmt -Check | 01/17/2018 | 17267 | EXP REIM | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,826.36 |
| Bill Pmt -Check | 02/15/2018 | 17568 | EXP REIM | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 916.86 |
| Bill Pmt -Check | 03/19/2018 | 17862 | EXP REIM | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 3,642.56 |
| Bill Pmt -Check | 03/29/2018 | 18024 | AFLAC DEDUCTION REIM FR CHECK 17475 AND | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 51.42 |
| Bill Pmt -Check | 04/19/2018 | 18242 | EXP REIM | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,960.18 |
| **Brewer True Value** | | | | | | | | |
| Bill Pmt -Check | 02/09/2018 | 17461 | 2375 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 4,008.65 |
| Bill Pmt -Check | 02/15/2018 | 17551 | 2375 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,070.00 |
| Bill Pmt -Check | 03/22/2018 | 17924 | 2375 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,951.15 |

## Southern Produce Distributors, Inc.
### Transaction List by Vendor
January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Brian & Marcos Lee** | | | | | | | | |
| Bill Pmt -Check | 04/06/2018 | 18133 | 2275 | 1035 · PNC - Operating Account | √ | 2001 · Vendor Payables | | 2,646.14 |
| Bill Pmt -Check | 03/14/2018 | 17826 | HL295484 | 1030 · PNC - Operating Account | √ | 2002 · Grower Payables | | 7,000.00 |
| Bill Pmt -Check | 03/22/2018 | 17913 | HL295484 | 1030 · PNC - Operating Account | | 2002 · Grower Payables | | 9,365.00 |
| **Brock Equipment Company** | | | | | | | | |
| Bill Pmt -Check | 03/22/2018 | 17922 | ACC 31239 OK GARRET | 1035 · PNC - Operating Account | √ | 2001 · Vendor Payables | | 12,662.60 |
| **Brooks Britt Crumpler** | | | | | | | | |
| Bill Pmt -Check | 01/18/2018 | 17276 | Reimbursement of NY Trade Show Expenses | 1030 · PNC - Operating Account | √ | 2001 · Vendor Payables | | 37.70 |
| Bill Pmt -Check | 01/25/2018 | 17340 | 12' x 8ft SIF Visitor Parking Only Signs | 1030 · PNC - Operating Account | √ | 2001 · Vendor Payables | | 434.94 |
| Bill Pmt -Check | 02/06/2018 | 17523 | Reimbursement USPS 3-day Delivery for Kelley | 1030 · PNC - Operating Account | √ | 2001 · Vendor Payables | | 128.10 |
| Bill Pmt -Check | 02/15/2018 | 17222 | | 1030 · PNC - Operating Account | √ | 2001 · Vendor Payables | | 18.90 |
| Bill Pmt -Check | 03/05/2018 | 17747 | Reimbursement of Expenses: Employee of the Month | 1030 · PNC - Operating Account | √ | 2001 · Vendor Payables | | 244.10 |
| Bill Pmt -Check | 03/15/2018 | 17919 | Reimbursement of Expenses: Southern Exposure Tra... | 1030 · PNC - Operating Account | √ | 2001 · Vendor Payables | | 80.00 |
| Bill Pmt -Check | 03/20/2018 | 17844 | | 1030 · PNC - Operating Account | √ | 2001 · Vendor Payables | | 59.64 |
| Bill Pmt -Check | 03/20/2018 | 18206 | | 1035 · PNC - Operating Account | √ | 2001 · Vendor Payables | | 189.40 |
| Bill Pmt -Check | 04/12/2018 | 181173 | Reimbursement of Expenses; USPS Millburn, NJ | 1035 · PNC - Operating Account | √ | 2001 · Vendor Payables | | 13.95 |
| **Byline Bank** | | | | | | | | |
| Bill Pmt -Check | 01/03/2018 | ACHDS190101 | Byline Bank #2 Loan 25237 Jan 2018 Installment | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 19,854.54 |
| Bill Pmt -Check | 01/29/2018 | ACHDS190201 | Byline Bank #1 Loan 18348 Jan 2018 Installment | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 40,882.53 |
| Bill Pmt -Check | 02/01/2018 | ACHDS190201 | Byline Bank #1 Loan 18348 Feb 2018 Installment | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 43,789.75 |
| Bill Pmt -Check | 02/01/2018 | ACHDS190201 | Byline Bank #2 Loan 25237 Feb 2018 Installment | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 19,748.37 |
| Bill Pmt -Check | 03/01/2018 | ACHDS190301 | Byline Bank #1 Loan 18348 Mar 2018 Installment | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 41,789.75 |
| Bill Pmt -Check | 03/01/2018 | ACHDS190301 | Byline Bank #2 Loan 25237 Mar 2018 Installment | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 19,748.37 |
| Bill Pmt -Check | 04/01/2018 | ACHDS190401 | Byline Bank #1 Loan 18348 Apr 2018 Installment | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 42,457.52 |
| Bill Pmt -Check | 04/01/2018 | ACHDS190401 | Byline Bank #2 Loan 25237 Apr 2018 Installment | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 20,102.97 |
| **C.H Robinson Worldwide Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17378 | | 1030 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 8,305.00 |
| Bill Pmt -Check | 02/15/2018 | 17552 | | 1030 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 4,185.00 |
| Bill Pmt -Check | 04/12/2018 | 18474 | 201109 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,508.00 |
| **Calypso Farm Supply** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17444 | SPROUTS | 1030 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 12.00 |
| **Carson Financial Services, Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17379 | 001-0091276-001 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 404.65 |
| Bill Pmt -Check | 02/15/2018 | 17553 | 001-0091276-001 | 1030 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 342.56 |
| Bill Pmt -Check | 02/22/2018 | 17850 | 001-0091276-001 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 390.15 |
| Bill Pmt -Check | 03/29/2018 | 18037 | 001-0091276-001 | 1030 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 322.15 |
| Bill Pmt -Check | 04/18/2018 | 18234 | 001-0091276-001 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 341.40 |
| **Cape Fear Farm Credit ACA** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17380 | 09-030-004-650017 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,324.00 |
| Bill Pmt -Check | 03/01/2018 | 17711 | 03-030-004-650017 | 1030 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,324.00 |
| Bill Pmt -Check | 03/29/2018 | 18038 | 03-030-004-650017 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,324.00 |
| **Capital City Produce, LLC** | | | | | | | | |
| Bill Pmt -Check | 02/16/2018 | 17554 | CARTON6 YAMS | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 500.00 |
| Bill Pmt -Check | 02/22/2018 | 17851 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,000.00 |
| Bill Pmt -Check | 03/15/2018 | 17845 | BROKERAGE 1000 CARTONS SWEET POTATOES | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 500.00 |
| Bill Pmt -Check | 03/22/2018 | 17926 | BROKERAGE 1000 CARTONS SWEET POTATOES | 1030 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 500.00 |
| Bill Pmt -Check | 03/29/2018 | 18039 | 1000 CASETONS YAMS | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 500.00 |
| Bill Pmt -Check | 04/19/2018 | 18235 | PO 201544 BROKERAGE | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 500.00 |
| **Cecilhad Construction Company** | | | | | | | | |
| Bill Pmt -Check | 03/05/2018 | 17728 | K&M Change Locks Front Door Admin Office | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 232.72 |
| **Carolina East - PMC Corp** | | | | | | | | |
| Bill Pmt -Check | 03/05/2018 | 17763 | FL 966605 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 7,502.15 |
| **Carolina Eastern, Inc.** | | | | | | | | |
| Bill Pmt -Check | 03/15/2018 | 17565 | 0640330 | 1030 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 83.93 |
| Bill Pmt -Check | 04/05/2018 | 18118 | 0640330 | 1030 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 20,000.00 |
| **Carolina Fire Protection, INC** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17381 | CLINTON WH ANNUAL INSPECTIONS 2 WET BY | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 562.00 |
| Bill Pmt -Check | 02/15/2018 | 17559 | JOB 920899 ACC 002651 | 1030 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 611.83 |
| **Carolina Overhead Doors** | | | | | | | | |
| Bill Pmt -Check | 03/23/2018 | 18040 | 3-BUTTON GIGS WALL STATION | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 145.31 |
| **Carolina Phone & Alarms, Inc** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17382 | SERVICE CALLS 11/6 & 11/13 - REPLACE FIRELIT | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,096.67 |
| **Camplact, Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17557 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,028.59 |

**Southern Produce Distributors, Inc.**
**Transaction List by Vendor**
January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Carr, Riggs & Ingram, LLC** | | | | | | | | |
| Bill Pmt -Check | 03/16/2018 | 17846 | MEETING 9/28/2017 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,740.00 |
| Bill Pmt -Check | 03/22/2018 | 17827 | DPP APP FEE | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 3,850.00 |
| **Centraal JustSteel IncassoStromad** | | | | | | | | |
| Bill Pmt -Check | 04/19/2018 | | QuickBooks generated zero amount transaction for bill 1035 · PNC - Operating Account | | | 2101 · Vendor Payables | 0.00 | |
| **Century Link** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17363 | | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 2,124.46 |
| Bill Pmt -Check | 02/06/2018 | 17462 | | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 1,937.52 |
| Bill Pmt -Check | 03/05/2018 | 17764 | | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 2,446.67 |
| Bill Pmt -Check | 04/12/2018 | 18175 | | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 1,958.33 |
| **Charles M Tart, Sr.** | | | | | | | | |
| Bill Pmt -Check | 02/02/2018 | 17441 | 2017 Saphth Crop | 1035 · PNG - Operating Account | √ | 2102 · Grower Payables | | 25,600.00 |
| Bill Pmt -Check | 02/05/2018 | 17450 | | 1035 · PNG - Operating Account | √ | 2102 · Grower Payables | | 8,913.24 |
| Bill Pmt -Check | 02/05/2018 | 17451 | 2016Sp24b - 2017 SWP Crop | 1035 · PNG - Operating Account | √ | 2102 · Grower Payables | | 8,320.00 |
| Bill Pmt -Check | 02/05/2018 | 17452 | 2017 SWP Crop | 1035 · PNG - Operating Account | √ | 2102 · Grower Payables | | 53,000.00 |
| **CHEP** | | | | | | | | |
| Bill Pmt -Check | 01/03/2018 | 17096 | | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 5,100.82 |
| Bill Pmt -Check | 01/25/2018 | 17259 | | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 5,240.12 |
| Bill Pmt -Check | 02/02/2018 | 17451 | | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 5,549.12 |
| Bill Pmt -Check | 02/22/2018 | 17653 | | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 5,302.26 |
| Bill Pmt -Check | 02/22/2018 | 17662 | 66747 + PN152 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 2,625.13 |
| Bill Pmt -Check | 03/16/2018 | 17847 | 66743 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 2,655.13 |
| Bill Pmt -Check | 03/26/2018 | 18041 | | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 5,183.52 |
| Bill Pmt -Check | 04/12/2018 | 18176 | 97853 + PN239 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 5,327.47 |
| **City of Clinton** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17364 | 1504460-0097 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 303.67 |
| Bill Pmt -Check | 03/05/2018 | 17765 | 1504460-0097 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 10.38 |
| Bill Pmt -Check | 04/05/2018 | 18154 | 1504460-0097 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 103.82 |
| **Clerk of Superior Court Duplin County** | | | | | | | | |
| Bill Pmt -Check | 01/09/2018 | 17190 | CITATION 09GC081 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 258.00 |
| Bill Pmt -Check | 01/16/2018 | 17230 | CITATION 09GC081 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 25.00 |
| **Clerk of Superior Court Sampson County** | | | | | | | | |
| Bill Pmt -Check | 01/09/2018 | 17197 | CITATION 70SJ735 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 285.00 |
| **Clinton Truck & Tractor Co., Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/16/2018 | 17559 | | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 3,246.56 |
| Bill Pmt -Check | 03/16/2018 | 17848 | QuickBooks generated zero amount transaction for bill 1035 · PNG - Operating Account | | | 2101 · Vendor Payables | 0.00 | |
| Bill Pmt -Check | 03/22/2018 | 17929 | PN.NO.90338 OK GG | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 374.19 |
| **CMS Farms** | | | | | | | | |
| Bill Pmt -Check | 03/07/2018 | 17744 | | 1035 · PNG - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/16/2018 | 17833 | | 1035 · PNG - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/22/2018 | 17930 | | 1035 · PNG - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 04/13/2018 | 18225 | | 1035 · PNG - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| **CNA Surety** | | | | | | | | |
| Bill Pmt -Check | 03/26/2018 | AGHD0160328 | NC Handler of Farm Products Bond #63927703 Effe 1035 · PNG - Operating Account | | | 2101 · Vendor Payables | | 2,000.00 |
| **Coastal AgroBusiness** | | | | | | | | |
| Bill Pmt -Check | 03/27/2018 | 18010 | Advance on Coastal Agro product for Sprouts | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 25,000.00 |
| **Coastal Facility Products Corp** | | | | | | | | |
| Bill Pmt -Check | 04/05/2018 | 18135 | C94700 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 1,699.26 |
| **Coceo Office Systems Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17365 | OFFICE SUPPLIES - COLOR TONER | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 122.73 |
| Bill Pmt -Check | 02/22/2018 | 17829 | ACC 305949 /CFRGT PRI=0132529-3025-2018 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 69.26 |
| **Codara N. America , Inc. CO.** | | | | | | | | |
| Bill Pmt -Check | 03/16/2018 | 17849 | | 1080 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 625.00 |
| **Colage Fast Lube and Service, Inc** | | | | | | | | |
| Bill Pmt -Check | 02/22/2018 | 17226 | BUN-1002 2007 Cadillac Escalade - Haley's Wife | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 13.00 |
| **Convergent Technologies, Inc** | | | | | | | | |
| Bill Pmt -Check | 02/06/2018 | 17627 | 11399 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 529.60 |
| Bill Pmt -Check | 03/05/2018 | 17766 | 11399 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 344.27 |
| Bill Pmt -Check | 04/12/2018 | 18177 | 11385 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 88.72 |
| **Cornerstone Business Advisors** | | | | | | | | |
| Bill Pmt -Check | 01/17/2018 | 17226 | 20165017 - Initial Payment | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 5,000.00 |
| **Corporate Resources** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17367 | 12674 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 925.38 |
| Bill Pmt -Check | 02/06/2018 | 17465 | 12674 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 121.88 |

1:59 PM
04/19/18

# Southern Produce Distributors, Inc.
## Transaction List by Vendor
### January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **County of Duplin - Economic Development** | | | | | | | | |
| Bill Pmt -Check | 03/22/2018 | 17203 | 12074 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 363.24 |
| **Courtney Brewer** | | | | | | | | |
| Bill Pmt -Check | 03/02/2018 | 17767 | 20180301.NP - Duplin CO Eco Development | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 2,048.75 |
| Bill Pmt -Check | 03/26/2018 | 18042 | 20180301.NP - Duplin CO Eco Development | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 2,048.75 |
| Bill Pmt -Check | 02/15/2018 | 17221 | Reimbursement for mileage; 35miles @ $0.53/m - Fai | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 18.55 |
| Bill Pmt -Check | 03/02/2018 | 17768 | Reimbursement for mileage; 19miles @ $0.53/m - Fai | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 10.07 |
| Bill Pmt -Check | 03/02/2018 | 17814 | Reimbursement for mileage; 19miles @ $0.53/m - Fai | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 10.07 |
| Bill Pmt -Check | 03/16/2018 | 18322 | Reimbursement for mileage; 84miles @ $0.53/m - Fai | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 44.52 |
| Bill Pmt -Check | 03/26/2018 | 18005 | Reimbursement for mileage; 35miles @ $0.53/m - Fai | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 18.55 |
| Bill Pmt -Check | 04/03/2018 | 18109 | Reimbursement for mileage; 35miles @ $0.53/m - Fai | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 18.55 |
| **Crawford Sprinkler CO of Raleigh Nu** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17209 | FIRE PUMP INSPECTION | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,945.00 |
| Bill Pmt -Check | 04/03/2018 | 18185 | | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 5,342.33 |
| **Crop Production Services - Clinton** | | | | | | | | |
| Bill Pmt -Check | 04/12/2018 | 18178 | 13Q3895 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 36.00 |
| **Crop Production Services - Clinton** | | | | | | | | |
| Bill Pmt -Check | 03/15/2018 | 17849 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 29,462.35 |
| Bill Pmt -Check | 04/04/2018 | 18114 | 3405971, 34070007 & Finance Charges | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 20,000.00 |
| **Crawper-Honeycutt Funeral Home** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17366 | Funeral Services for Stewart Forsythe | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 10,302.57 |
| **D & T Farms, Inc** | | | | | | | | |
| Bill Pmt -Check | 01/06/2018 | 17189 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 200,000.00 |
| Bill Pmt -Check | 02/02/2018 | 17440 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 02/15/2018 | 17588 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 02/26/2018 | 17664 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/07/2018 | 17737 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/15/2018 | 17850 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/22/2018 | 17904 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 50,000.00 |
| Bill Pmt -Check | 03/29/2018 | 18020 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 50,000.00 |
| Bill Pmt -Check | 04/05/2018 | 18117 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 52,698.07 |
| Bill Pmt -Check | 04/12/2018 | 18165 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 60,000.00 |
| Bill Pmt -Check | 04/19/2018 | 18247 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 25,000.00 |
| **D&J Welding Supplies** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17388 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 988.02 |
| Bill Pmt -Check | 02/26/2018 | 17467 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,233.33 |
| Bill Pmt -Check | 02/21/2018 | 17630 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,529.25 |
| **Dan Kornegay** | | | | | | | | |
| Bill Pmt -Check | 01/22/2018 | 17262 | Dan Kornegay 2018 Farm Land Rental 250A @ $250/A | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 63,750.00 |
| **David Pennington Construction** | | | | | | | | |
| Bill Pmt -Check | 01/12/2018 | 17212 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,400.00 |
| Bill Pmt -Check | 01/19/2018 | 17260 | New Receiving Trailer Work | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,170.00 |
| Bill Pmt -Check | 02/01/2018 | 17362 | New Receiving Trailer Work - Final | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 435.00 |
| Bill Pmt -Check | 03/23/2018 | 17988 | Bladshaw Farm Wellhouse Concrete Work | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 650.00 |
| Bill Pmt -Check | 03/26/2018 | 18022 | Bladshaw Farm Wellhouse | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,000.00 |
| Bill Pmt -Check | 04/12/2018 | 18168 | Bladshaw Farm Wellhouse | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,147.00 |
| **DeGroot Logistics, Inc** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17297 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 3,360.00 |
| Bill Pmt -Check | 02/01/2018 | 17369 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 5,741.00 |
| Bill Pmt -Check | 02/06/2018 | 17466 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 8,654.00 |
| Bill Pmt -Check | 02/16/2018 | 17560 | 20072829 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 3,200.00 |
| Bill Pmt -Check | 03/09/2018 | 17769 | 201246 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,600.00 |
| Bill Pmt -Check | 03/16/2018 | 17850 | 201089.70 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,400.00 |
| Bill Pmt -Check | 03/22/2018 | 17961 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 6,638.00 |
| Bill Pmt -Check | 04/06/2018 | 18227 | 201033 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,494.00 |
| **Del Al Associates, Inc.** | | | | | | | | |
| Bill Pmt -Check | 04/12/2018 | 18179 | DELAL NOV30 FEES & OCT-DV33 FEE | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 2,000.00 |
| **DeltaTRAK, Inc** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17501 | 18962 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 4,795.96 |
| Bill Pmt -Check | 02/22/2018 | 17653 | 18962 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 9,549.95 |
| **Dennis Beasley** | | | | | | | | |
| Bill Pmt -Check | 02/12/2018 | 17521 | 2018 Farm Land Rent | 1035 - PNC - Operating Account | | 2102 - Grower Payables | | 40,120.00 |
| **Dewey Bailey** | | | | | | | | |
| Bill Pmt -Check | 03/16/2018 | 17866 | MILEAGE REIM 03/01-03/16/2016 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 264.40 |

# Southern Produce Distributors, Inc.
## Transaction List by Vendor
### January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Dillon Supply Company** | | | | | | | | |
| Bill Pmt -Check | 04/19/2018 | 18203 | MILEAGE REIM 04/12-04/15/2018 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 167.16 |
| **Don Jordan's Portable Toilet, Inc** | | | | | | | | |
| Bill Pmt -Check | 02/09/2018 | 17480 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,439.35 |
| Bill Pmt -Check | 03/09/2018 | 17770 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 4,003.40 |
| Bill Pmt -Check | 03/16/2018 | 17851 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 2,433.72 |
| Bill Pmt -Check | 03/22/2018 | 17932 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,150.31 |
| Bill Pmt -Check | 03/29/2018 | 18042 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 711.48 |
| Bill Pmt -Check | 04/12/2018 | 18150 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 2,003.08 |
| **Don Pino** | | | | | | | | |
| Bill Pmt -Check | 02/16/2018 | 17582 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 950.00 |
| Bill Pmt -Check | 03/15/2018 | 17852 | 1TRAILOR 2PERTABLE TOILETS 4/9-5/9/2018 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 500.00 |
| Bill Pmt -Check | 04/19/2018 | 18258 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 250.00 |
| **Duke Energy Progress** | | | | | | | | |
| Bill Pmt -Check | 01/11/2018 | 17204 | Settlement of Fall 2017 Squash Crop | 1035 · PNC - Operating Account | ✓ | 2102 · Grower Payables | | 6,625.00 |
| Bill Pmt -Check | 01/05/2018 | 17005 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 26,990.57 |
| Bill Pmt -Check | 01/05/2018 | 17171 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 2,252.54 |
| Bill Pmt -Check | 01/25/2018 | 17239 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 34,091.53 |
| Bill Pmt -Check | 02/01/2018 | 17390 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,536.36 |
| Bill Pmt -Check | 02/01/2018 | 17393 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 15,345.51 |
| Bill Pmt -Check | 02/23/2018 | 17954 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 24,390.91 |
| Bill Pmt -Check | 03/01/2018 | 17712 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 3,151.29 |
| Bill Pmt -Check | 03/15/2018 | 17853 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 12,328.20 |
| Bill Pmt -Check | 03/29/2018 | 18043 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 33,216.91 |
| Bill Pmt -Check | 04/19/2018 | 18259 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 11,154.09 |
| **Duplin County Farm Service Agency** | | | | | | | | |
| Bill Pmt -Check | 02/26/2018 | 17685 | 2017 NAP Premium Final | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 6,603.00 |
| Bill Pmt -Check | 04/12/2018 | 18095 | 2018 NAP Premium Sampson County | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 250.00 |
| **Duplin County Finance Office** | | | | | | | | |
| Bill Pmt -Check | 04/19/2018 | 18260 | ECONOMIC DEVELOPMENT LOAN MAY 2018 ACC | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 2,046.75 |
| **Duplin County Fire Marshal** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17239 | 1194 | 1233 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 300.00 |
| **Duplin County Tax Department** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17077 | QuickBooks generated zero amount transaction for bill | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | 0.00 | |
| Bill Pmt -Check | 01/25/2018 | 17218 | DSF & NG LIABlties ACC? NO. 7000305 2017 TAX | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 36,460.17 |
| Bill Pmt -Check | 02/13/2018 | 17218 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 3,750.75 |
| **EarthLink Business** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17172 | 12478564 & 12478562 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 536.51 |
| Bill Pmt -Check | 02/05/2018 | 17301 | 12478564 & 12478562 | 1036 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 696.62 |
| Bill Pmt -Check | 02/01/2018 | 17361 | 12478564 & 12478562 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 502.50 |
| Bill Pmt -Check | 03/08/2018 | 17771 | 12478564 & 12478562 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 627.35 |
| Bill Pmt -Check | 03/29/2018 | 18045 | 12478564 & 12478562 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,226.49 |
| **East Coast Ag/BioTechnologies, Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/23/2018 | 17665 | COST ID 84728 | 1036 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 24.00 |
| Bill Pmt -Check | 04/12/2018 | 18181 | SOIL SAMPLING | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 520.00 |
| **Eastern Radiologists, Inc.** | | | | | | | | |
| Bill Pmt -Check | 03/08/2018 | 17772 | ACC 65989/24/DR01 JUAN CARLOS GUSMANILLA | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 45.00 |
| **Ecolab, Inc** | | | | | | | | |
| Bill Pmt -Check | 02/06/2018 | 17400 | PO 59567 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 403.77 |
| Bill Pmt -Check | 03/09/2018 | 17773 | PO 60344 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,028.27 |
| Bill Pmt -Check | 03/22/2018 | 17933 | PO 60397 | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 693.84 |
| **Electric Supply CO of NC, Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/06/2018 | 17460 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 17,867.10 |
| Bill Pmt -Check | 02/16/2018 | 17564 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 3,520.59 |
| Bill Pmt -Check | 02/22/2018 | 17665 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 2,542.41 |
| Bill Pmt -Check | 03/09/2018 | 17774 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 3,038.66 |
| Bill Pmt -Check | 03/16/2018 | 17854 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 427.01 |
| Bill Pmt -Check | 03/22/2018 | 17934 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,902.43 |
| Bill Pmt -Check | 04/12/2018 | 18152 | | 1035 · PNC - Operating Account | ✓ | 2101 · Vendor Payables | | 1,568.19 |
| **Elliott Sales** | | | | | | | | |
| Bill Pmt -Check | 01/26/2018 | | | 1035 · PNC - Operating Account | ✓ | 2102 · Grower Payables | | 886.30 |
| **Engraver's World & Apparel** | | | | | | | | |
| Bill Pmt -Check | 01/10/2018 | 17195 | QuickBooks generated zero amount transaction for bill | 1035 · PNC - Operating Account | ✓ | 2102 · Grower Payables | 0.00 | 66,234.54 |

**Southern Produce Distributors, Inc.**
**Transaction List by Vendor**
January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|------|------|-----|------|---------|-----|-------|-------|--------|
| **Energy Leasing, LLC** | | | | | | | | |
| Bill Pmt -Check | 01/18/2018 | 17277 | Screen Print Gildan Ultra Cotton Adult TEE 75/ | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,787.00 |
| Bill Pmt -Check | 02/05/2018 | 17401 | CUSTOM EMBROIDERY | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 62.75 |
| **Equipment Leasing Group, Inc.** | | | | | | | | |
| Bill Pmt -Check | 01/26/2018 | 17332 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 86.35 |
| Bill Pmt -Check | 02/21/2018 | 17531 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 60.05 |
| Bill Pmt -Check | 03/26/2018 | 18047 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 86.11 |
| Bill Pmt -Check | 04/16/2018 | 18221 | AGC 24007134 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 61.34 |
| **Faison Baptist Church Brotherhood** | | | | | | | | |
| Bill Pmt -Check | 01/22/2018 | ACH0218012B | 40120204 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,156.46 |
| Bill Pmt -Check | 02/28/2018 | ACH0318022B | 40120180228 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,156.46 |
| Bill Pmt -Check | 03/28/2018 | ACH02H0322 | 40120204 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,156.46 |
| **Farm Credit Leasing** | | | | | | | | |
| Bill Pmt -Check | 03/09/2018 | 17743 | 2018 Golf Tournament | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 270.00 |
| **Fastener Supply of Goldsboro** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17382 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 53,657.22 |
| Bill Pmt -Check | 02/15/2018 | 17485 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 13,273.92 |
| Bill Pmt -Check | 03/01/2018 | 17713 | Contract #001-0074179-000 Sise, Carolina Bas PAC | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 8,045.53 |
| Bill Pmt -Check | 03/08/2018 | 17806 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 19,823.60 |
| Bill Pmt -Check | 03/15/2018 | 17893 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 10,093.42 |
| Bill Pmt -Check | 03/22/2018 | 17935 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 8,847.063 |
| Bill Pmt -Check | 03/29/2018 | 18048 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 7,817.70 |
| **Fastener Supply of Goldsboro** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17595 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,274.78 |
| Bill Pmt -Check | 03/15/2018 | 17896 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 397.10 |
| Bill Pmt -Check | 03/22/2018 | 17936 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 948.34 |
| Bill Pmt -Check | 03/29/2018 | 18049 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 459.84 |
| **FCP Logistics, LLC** | | | | | | | | |
| Bill Pmt -Check | 01/15/2018 | 17258 | 201055 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 3,241.00 |
| Bill Pmt -Check | 01/26/2018 | 17291 | 201130 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,965.00 |
| Bill Pmt -Check | 02/22/2018 | 17658 | 201222 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,986.00 |
| **FedEX** | | | | | | | | |
| Bill Pmt -Check | 01/26/2018 | 17293 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 130.75 |
| **Fireman's Fund Insurance Companies** | | | | | | | | |
| Bill Pmt -Check | 01/26/2018 | 17304 | Fireman's Ins. Policy - FRMA08687251, FRU2A61287r | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 11,226.73 |
| Bill Pmt -Check | 02/07/2018 | 17469 | Fireman's Ins. Policy - FRMA08687251, FRU2A61287r | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 11,526.07 |
| Bill Pmt -Check | 03/28/2018 | 18050 | Fireman's Ins. Policy - FRMA08687251, FRU2A61287r | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 10,517.00 |
| **Fisks Union Water Systems, Inc** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17179 | 40×2355 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 15.91 |
| Bill Pmt -Check | 02/05/2018 | 17402 | 40×2355 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 19.24 |
| Bill Pmt -Check | 02/26/2018 | 18051 | 40×2355 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 16.64 |
| Bill Pmt -Check | 04/12/2018 | 18183 | 40×2355 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 35.14 |
| **Fox Packaging** | | | | | | | | |
| Bill Pmt -Check | 01/26/2018 | 17305 | 56862 - P8110 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 17,241.23 |
| Bill Pmt -Check | 02/01/2018 | 17383 | 56862 - P8110 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 16,687.22 |
| Bill Pmt -Check | 03/08/2018 | 17779 | 56979 - P8163 P8161 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 37,987.71 |
| Bill Pmt -Check | 03/22/2018 | 17937 | 57006 - P9221 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 17,419.95 |
| **Frank Forsythe** | | | | | | | | |
| Bill Pmt -Check | 01/26/2018 | 17306 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 750.00 |
| Bill Pmt -Check | 02/09/2018 | 17449 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 750.00 |
| Bill Pmt -Check | 02/15/2018 | 17567 | SALES COMM | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 250.00 |
| Bill Pmt -Check | 02/22/2018 | 17659 | SALES COMM | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 250.00 |
| Bill Pmt -Check | 03/08/2018 | 17777 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 500.00 |
| Bill Pmt -Check | 03/15/2018 | 17899 | | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 500.00 |
| Bill Pmt -Check | 03/29/2018 | 18052 | SALES COMM | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 250.00 |
| Bill Pmt -Check | 04/06/2018 | 18157 | SALES COMM | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 250.00 |
| Bill Pmt -Check | 04/12/2018 | 18184 | SALES COMM | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 250.00 |
| Bill Pmt -Check | 04/19/2018 | 18232 | SALES COMM | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 250.00 |
| **FSIvet, Inc.** | | | | | | | | |
| Bill Pmt -Check | 04/13/2018 | 18224 | GDSN Synchronization Cost/G's Wholesale Corp, LM | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,500.00 |
| **Flexhum** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17174 | 8/0651069 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,476.28 |
| Bill Pmt -Check | 01/26/2018 | 17307 | 651099 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,670.12 |
| Bill Pmt -Check | 02/23/2018 | 17683 | 651099 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,115.47 |
| Bill Pmt -Check | 03/05/2018 | 17728 | 651099 | 1035 - PNC - Operating Account | √ | 2101 · Vendor Payables | | 708.13 |

1:59 PM
04/19/18

## Southern Produce Distributors, Inc.
### Transaction List by Vendor
January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Gary Adams** | | | | | | | | |
| Bill Pmt -Check | 03/23/2018 | 17565 | 651069 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,057.03 |
| Bill Pmt -Check | 03/29/2018 | 18017 | 651069 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,233.03 |
| Bill Pmt -Check | 04/04/2018 | 18115 | 651069 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,794.36 |
| Bill Pmt -Check | 04/17/2018 | 18235 | 651090 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 3,174.48 |
| Bill Pmt -Check | 04/19/2018 | 18263 | 651090 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 4,213.74 |
| **Gardy Adams** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17599 | | 1035 · PNC - Operating Account | | 2102 · Grower Payables | 20,000.00 | |
| Bill Pmt -Check | 03/06/2018 | 17720 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | 5,000.00 | |
| Bill Pmt -Check | 04/11/2018 | 18169 | | 1035 · PNC - Operating Account | | 2102 · Grower Payables | 10,000.00 | |
| Bill Pmt -Check | 04/18/2018 | 18246 | | 1035 · PNC - Operating Account | | 2102 · Grower Payables | 10,000.00 | |
| **General Security** | | | | | | | | |
| Bill Pmt -Check | 02/05/2018 | 17494 | ARMORY DRIVE CLAYTON | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 69.85 |
| **Genesis Roofing** | | | | | | | | |
| Bill Pmt -Check | 02/14/2018 | 17534 | Falcon Room #9 Roofing Repair | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 94,912.00 |
| Bill Pmt -Check | 04/17/2018 | 18157 | | 1035 · PNC - Operating Account | | 2101 · Vendor Payables | | 4,400.00 |
| **Georgia - Pacific** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17100 | P6000020469 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 14,076.00 |
| Bill Pmt -Check | 01/25/2018 | 17358 | P6000020469 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 28,085.00 |
| Bill Pmt -Check | 01/29/2018 | 17384 | P6000020469 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 30,565.15 |
| Bill Pmt -Check | 02/09/2018 | 17495 | P6000020469 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 17,626.80 |
| Bill Pmt -Check | 02/15/2018 | 17566 | P6000020469 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 27,586.00 |
| Bill Pmt -Check | 02/21/2018 | 17632 | P6000020469 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 27,735.63 |
| Bill Pmt -Check | 03/01/2018 | 17690 | P6000020469 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 28,770.00 |
| Bill Pmt -Check | 03/08/2018 | 17714 | P6000020469 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 14,832.80 |
| Bill Pmt -Check | 03/15/2018 | 17778 | P6000020469 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 18,521.34 |
| Bill Pmt -Check | 03/23/2018 | 17567 | P6000020469 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 19,053.79 |
| Bill Pmt -Check | 03/29/2018 | 18003 | P6000020469 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 28,456.50 |
| Bill Pmt -Check | | | P6000020469 | 1035 · PNC - Operating Account | | 2101 · Vendor Payables | | 17,737.63 |
| **Giddy Up Incorporated** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17370 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 10,235.00 |
| Bill Pmt -Check | 02/01/2018 | 17396 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 65,774.00 |
| Bill Pmt -Check | 02/08/2018 | 17468 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 5,820.00 |
| Bill Pmt -Check | 02/15/2018 | 17559 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 10,360.00 |
| Bill Pmt -Check | 02/21/2018 | 17633 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 9,205.00 |
| Bill Pmt -Check | 02/23/2018 | 17681 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 5,990.00 |
| Bill Pmt -Check | 03/01/2018 | 17779 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 3,895.00 |
| Bill Pmt -Check | 03/15/2018 | 17669 | 200944.46 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 4,600.00 |
| Bill Pmt -Check | 03/22/2018 | 17840 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 10,075.00 |
| Bill Pmt -Check | 03/22/2018 | 18064 | 291975 73 76 93 74 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 11,345.00 |
| Bill Pmt -Check | 04/12/2018 | 18185 | | 1035 · PNC - Operating Account | | 2101 · Vendor Payables | | 2,700.00 |
| Bill Pmt -Check | 04/19/2018 | 18264 | | 1035 · PNC - Operating Account | | 2101 · Vendor Payables | | 16,460.00 |
| **Global Sensors** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17270 | PO 85082 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,103.00 |
| **Goshen Medical Center, Inc.** | | | | | | | | |
| Bill Pmt -Check | 03/02/2018 | 17760 | ACC 3390760 JUAN CARLOS QUINTANILLA | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 150.00 |
| **Greg Rouse** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 16706 | 167065 | 1035 · PNC - Operating Account | √ | 2011 · Vendor Payables | | 275.13 |
| **Gregory Poole** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17396 | 2781101 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,763.95 |
| Bill Pmt -Check | 02/16/2018 | 17571 | 2781101 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 616.50 |
| Bill Pmt -Check | 02/22/2018 | 17662 | 2781101 | 1035 · PNC - Operating Account | √ | 2100 · Vendor Payables | | 38.88 |
| **GRTH** | | | | | | | | |
| Bill Pmt -Check | 04/19/2018 | 18265 | EJECTION MELT VEHICLE SLIDE | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 14,300.00 |
| **Hagan Electronics, Inc.** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17310 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 19,225.50 |
| Bill Pmt -Check | 02/14/2018 | 17526 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 25,224.92 |
| Bill Pmt -Check | 03/01/2018 | 17715 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 8,312.14 |
| Bill Pmt -Check | 03/15/2018 | 17791 | | 1035 · PNC - Operating Account | √ | 2100 · Vendor Payables | | 6,887.72 |
| Bill Pmt -Check | 03/15/2018 | 17930 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 4,631.23 |
| Bill Pmt -Check | 04/06/2018 | 18130 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 10,000.00 |
| Bill Pmt -Check | 04/12/2018 | 18185 | Installation Charges | 1035 · PNC - Operating Account | | 2101 · Vendor Payables | | 10,000.00 |
| Bill Pmt -Check | 04/19/2018 | | QuickBooks generated zero amount transaction for bill 1035 · PNC - Operating Account | | | 2101 · Vendor Payables | 0.00 | |
| **Handy Mart #103** | | | | | | | | |
| Bill Pmt -Check | 02/23/2018 | 17662 | Dan Best | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 229.60 |

# Southern Produce Distributors, Inc.
## Transaction List by Vendor
### January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Hanover Electric Motor & Supply,Inc** | | | | | | | | |
| Bill Pmt -Check | 02/23/2018 | 17066 | Dust Seal | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 300.00 |
| Bill Pmt -Check | 02/16/2018 | 17672 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,307.62 |
| **Harold's Refrigeration Service** | | | | | | | | |
| Bill Pmt -Check | 01/19/2018 | 17270 | 2016 The New York Produce Show & Conference | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,500.00 |
| Bill Pmt -Check | 02/15/2018 | 17632 | HVAC Repairs Faison Run Room, A1 through A6 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,761.35 |
| Bill Pmt -Check | 03/01/2018 | 17699 | REFRIGERATION REP WARSAW | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,498.65 |
| Bill Pmt -Check | 03/16/2018 | 17890 | REFRIGERATION REPAIRMANT WARSAW, FAISON | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 4,552.62 |
| Bill Pmt -Check | 03/28/2018 | 18206 | REFRIGERATION REPAIRMANT FAISON, CLINTON, | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 3,051.00 |
| Bill Pmt -Check | 04/03/2018 | 18105 | REFRIGERATION REPAIRMANT FAISON & CLINTON | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,215.25 |
| Bill Pmt -Check | 04/06/2018 | 18104 | REFRIGERATION REPAIRMANT FAISON, CLINTON | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 3,622.75 |
| Bill Pmt -Check | 04/19/2018 | 18234 | REFRIGERATION REPAIRMANT PEPPER, FAISON, | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,150.65 |
| **Heath Johnsey** | | | | | | | | |
| Bill Pmt -Check | 02/05/2018 | 17454 | Gael parchwa Avia Advance @ SDWA Repay | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 650.00 |
| **Helden & Associates, LLC.** | | | | | | | | |
| Bill Pmt -Check | 03/15/2018 | 17821 | Felson Building Improvements enclosed new front er | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 20,073.00 |
| **Herc Rentals** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17367 | 0228384 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,167.22 |
| Bill Pmt -Check | 02/09/2018 | 17467 | 0228384 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,408.15 |
| Bill Pmt -Check | 03/22/2018 | 17941 | 0228384 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 649.50 |
| Bill Pmt -Check | 03/26/2018 | 18005 | 0228384 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 796.31 |
| Bill Pmt -Check | 04/12/2018 | 18187 | 0228384 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 626.04 |
| **Hill Top Farms, Inc.** | | | | | | | | |
| Bill Pmt -Check | 04/19/2018 | 18245 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 6,203.58 |
| **Howard Fleaaerly** | | | | | | | | |
| Bill Pmt -Check | 01/03/2018 | 17163 | EXP REIM | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 8,168.23 |
| **Howell Farming Co., Inc. - PPK** | | | | | | | | |
| Bill Pmt -Check | 04/19/2018 | | QuickBooks generated zero amount transaction for bil | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | 0.00 | |
| **IBM** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17311 | 3391384 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 237.13 |
| Bill Pmt -Check | 03/05/2018 | 17762 | 3391384 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 220.26 |
| Bill Pmt -Check | 03/22/2018 | 17942 | 3391384 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 220.54 |
| **Independent Container Lion, LTD.** | | | | | | | | |
| Bill Pmt -Check | 01/03/2018 | 17167 | 20039H 95 96 97 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 11,691.00 |
| Bill Pmt -Check | 01/25/2018 | 17312 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 16,099.00 |
| Bill Pmt -Check | 02/01/2018 | 17388 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 18,059.00 |
| Bill Pmt -Check | 02/16/2018 | 17618 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,125.00 |
| Bill Pmt -Check | 02/20/2018 | 17604 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 23,092.00 |
| Bill Pmt -Check | 02/21/2018 | 17624 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 27,161.00 |
| Bill Pmt -Check | 02/22/2018 | 17663 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 38,159.00 |
| Bill Pmt -Check | 02/27/2018 | 17719 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 26,356.00 |
| Bill Pmt -Check | 03/05/2018 | 17780 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 24,640.00 |
| Bill Pmt -Check | 03/15/2018 | 17980 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 29,910.00 |
| Bill Pmt -Check | 03/22/2018 | 17943 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 39,703.00 |
| Bill Pmt -Check | 03/26/2018 | 18006 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 36,067.00 |
| Bill Pmt -Check | 04/05/2018 | 18159 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 56,943.00 |
| Bill Pmt -Check | 04/12/2018 | 18188 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 24,347.00 |
| **Industrial Metal Maintenance, Inc** | | | | | | | | |
| Bill Pmt -Check | 04/04/2018 | 18112 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 6,528.92 |
| **Industrial Power, Inc** | | | | | | | | |
| Bill Pmt -Check | 02/06/2018 | 17450 | 191270 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 17,908.59 |
| Bill Pmt -Check | 02/15/2018 | 17573 | 191270 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 12,058.24 |
| Bill Pmt -Check | 03/09/2018 | 17784 | 191270 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 8,995.65 |
| Bill Pmt -Check | 03/16/2018 | 17861 | 191270 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 976.97 |
| Bill Pmt -Check | 03/22/2018 | 17944 | 191270 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 5,699.89 |
| Bill Pmt -Check | 04/26/2018 | 18057 | 191270 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 6,347.72 |
| **Integrity Express Logistics, LLC** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17574 | 200942 | 1035 · PNG - Operating Account | √ | 2101 · Vendor Payables | | 3,520.00 |
| **International Paper** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17145 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 25,162.18 |
| Bill Pmt -Check | 01/12/2018 | 17211 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 35,124.65 |
| Bill Pmt -Check | 01/22/2018 | 17313 | 56692 - P0057 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payable | | 14,951.41 |
| Bill Pmt -Check | 02/01/2018 | 17369 | 56693 - P0122 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 13,272.24 |
| Bill Pmt -Check | 02/09/2018 | 17468 | 56689 - P0128 | 1035 · PNC - Operating Account | √ | 2901 · Vendor Payables | | 11,333.65 |

## Southern Produce Distributors, Inc.
### Transaction List by Vendor
January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|------|------|-----|------|---------|-----|-------|-------|--------|
| Bill Pmt -Check | 02/15/2018 | 17075 | 96986 · P6143 | 1035 · PNC - Operating Account | √ | 2120 · Vendor Payables | | 19,097.50 |
| Bill Pmt -Check | 02/22/2018 | 17605 | 96990 · P6154 | 1035 · PNC - Operating Account | √ | 2120 · Vendor Payables | | 13,552.65 |
| Bill Pmt -Check | 03/01/2018 | 17717 | 56932 · P6170-56171 | 1035 · PNC - Operating Account | √ | 2120 · Vendor Payables | | 16,355.30 |
| Bill Pmt -Check | 03/08/2018 | 17796 | 56946 · P6175 | 1035 · PNC - Operating Account | √ | 2120 · Vendor Payables | | 19,140.00 |
| Bill Pmt -Check | 03/15/2018 | 17882 | 56946 · P6183 | 1035 · PNC - Operating Account | √ | 2120 · Vendor Payables | | 8,395.60 |
| Bill Pmt -Check | 03/20/2018 | Wire3202018 | | 1035 · PNC - Operating Account | √ | 2120 · Vendor Payables | | 57,257.99 |
| Bill Pmt -Check | 03/29/2018 | 18029 | | 1035 · PNC - Operating Account | √ | 2120 · Vendor Payables | | 30,622.85 |
| Bill Pmt -Check | 04/05/2018 | 18140 | | 1035 · PNC - Operating Account | √ | 2120 · Vendor Payables | | 36,956.85 |
| Bill Pmt -Check | 04/12/2018 | 18169 | | 1035 · PNC - Operating Account | √ | 2120 · Vendor Payables | | 19,140.00 |
| **iTrade Network** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17420 | MONTLY SUB&O NOV 2017 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,633.39 |
| Bill Pmt -Check | 02/15/2018 | 17576 | MONT SUBS | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,633.39 |
| Bill Pmt -Check | 03/22/2018 | 17945 | MONTLY SUBSCRIPTION FEB 2018 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,633.39 |
| Bill Pmt -Check | 03/29/2018 | 18029 | MONTLY SUBS MAR2018 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,633.39 |
| Bill Pmt -Check | 04/12/2018 | 18180 | MONTLY SUBS APRIL2018 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,633.39 |
| **Ivan Willis** | | | | | | | | |
| Bill Pmt -Check | 04/16/2018 | 18208 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 5,266.78 |
| **J & M Industries, Inc.** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17214 | WE 20180233 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 312.48 |
| Bill Pmt -Check | 02/15/2018 | 17577 | WE 20180233 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 161.04 |
| Bill Pmt -Check | 03/22/2018 | 17899 | WE 20180223 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 68.64 |
| Bill Pmt -Check | 03/22/2018 | 17899 | WE 20480305 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 6910.89 |
| Bill Pmt -Check | 03/29/2018 | 17964 | WE 20180323 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 294.50 |
| Bill Pmt -Check | 04/16/2018 | 18101 | WE 20180407 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 250.51 |
| **J & S Wholesale & Rentals, LLC** | | | | | | | | |
| Bill Pmt -Check | 02/02/2018 | 17447 | 53010 | 1035 · PNC - Operating Account | √ | 2103 · Vendor Payables | | 69,750.00 |
| **J C Bass** | | | | | | | | |
| Bill Pmt -Check | 03/01/2018 | 17401 | 489 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 61,000.00 |
| Bill Pmt -Check | 03/01/2018 | 17719 | 489 | 1035 · PNC - Operating Account | √ | 2103 · Vendor Payables | | 30,000.00 |
| Bill Pmt -Check | 04/16/2018 | 18367 | 489 | 1035 · PNC - Operating Account | √ | 2103 · Vendor Payables | | 30,000.00 |
| **J C Pullot Company, Inc.** | | | | | | | | |
| Bill Pmt -Check | 01/11/2018 | 17207 | Rosaboro Farm: Prepare Sprout Bedding 30 days @ | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 4,632.00 |
| Bill Pmt -Check | 03/12/2018 | 17815 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,760.00 |
| Bill Pmt -Check | 04/05/2018 | 18105 | Rosaboro Farm: Prepare Sprout Bedding 17 days @ | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 4,675.00 |
| **J.H. Rose Logistics, LLC** | | | | | | | | |
| Bill Pmt -Check | 01/08/2018 | 17466 | | 1035 · PNC - Operating Account | √ | 2400 · Vendor Payables | | 10,328.16 |
| Bill Pmt -Check | 03/15/2018 | 17803 | | 1035 · PNC - Operating Account | √ | 2400 · Vendor Payables | | 4,603.06 |
| Bill Pmt -Check | 03/22/2018 | 17946 | | 1035 · PNC - Operating Account | √ | 2400 · Vendor Payables | | 7,163.00 |
| Bill Pmt -Check | 03/29/2018 | 19000 | | 1035 · PNC - Operating Account | √ | 2400 · Vendor Payables | | 6,019.60 |
| Bill Pmt -Check | 04/10/2018 | 18192 | | 1035 · PNC - Operating Account | √ | 2401 · Vendor Payables | | 2,572.04 |
| **Jacqueline Velazquez-Perez** | | | | | | | | |
| Bill Pmt -Check | 04/05/2018 | 18141 | SOUTH | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 4,328.00 |
| **Jeremy Price** | | | | | | | | |
| Bill Pmt -Check | 03/19/2018 | 17891 | Pepper: 3/14 14-workers @ 10.5hrs each & 3/18 11 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 3,129.50 |
| **Jenus Logistics Solutions, LLC** | | | | | | | | |
| Bill Pmt -Check | 04/16/2018 | 18240 | | 1035 · PNC - Operating Account | √ | 2401 · Vendor Payables | | 5,198.75 |
| **Jimmy Robinson Truck Brokers, Inc.** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17315 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,000.00 |
| Bill Pmt -Check | 02/01/2018 | 17402 | 100403,464_207162 557318 ADJUST | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,000.00 |
| Bill Pmt -Check | 01/04/2018 | 17185 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 10,350.00 |
| Bill Pmt -Check | 01/12/2018 | 17251 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 10,150.00 |
| Bill Pmt -Check | 01/18/2018 | 17289 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 17,772.50 |
| Bill Pmt -Check | 01/25/2018 | 17337 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 16,950.00 |
| Bill Pmt -Check | 02/01/2018 | 17365 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 14,822.50 |
| Bill Pmt -Check | 02/08/2018 | 17473 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 15,860.00 |
| Bill Pmt -Check | 02/15/2018 | 17567 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,248.00 |
| Bill Pmt -Check | 02/22/2018 | 17657 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 6,340.00 |
| Bill Pmt -Check | 03/01/2018 | 17702 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 13,230.00 |
| Bill Pmt -Check | 03/08/2018 | 17785 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 14,437.50 |
| Bill Pmt -Check | 03/15/2018 | 17807 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 7,855.00 |
| Bill Pmt -Check | 03/22/2018 | 17914 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 12,095.00 |
| Bill Pmt -Check | 03/29/2018 | 18028 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 17,263.00 |
| Bill Pmt -Check | 04/05/2018 | 18125 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 12,927.00 |
| Bill Pmt -Check | 04/12/2018 | 18167 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 8,186.40 |

## Southern Produce Distributors, Inc.
### Transaction List by Vendor
January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **John Bean Technologies Corp.** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17316 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 7,994.47 |
| Bill Pmt -Check | 02/01/2018 | 17403 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 19,954.48 |
| Bill Pmt -Check | 03/08/2018 | 17767 | CONTRACT 01/X0228-01 10/23 = 11/19 SCHOLAR # 1035 - PNC - Operating Account | | √ | 2101 - Vendor Payables | | 21,036.25 |
| Bill Pmt -Check | 03/15/2018 | 17854 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 11,190.00 |
| Bill Pmt -Check | 03/22/2018 | 17947 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 28,936.25 |
| Bill Pmt -Check | 03/29/2018 | 18061 | | 1035 - PNC - Operating Account | | 2102 - Vendor Payables | | 20,722.98 |
| Bill Pmt -Check | 04/12/2018 | 18153 | PO 56665 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 7,900.00 |
| **John Deere Financial - 1504270** | | | | | | | | |
| Bill Pmt -Check | 03/08/2018 | 17788 | 51000124/3270 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 2,958.69 |
| Bill Pmt -Check | 03/22/2018 | 17948 | 51000124/3270 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 450.24 |
| Bill Pmt -Check | 04/12/2018 | 18194 | 51000124/3270 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 4,241.00 |
| **John Deere Financial - 85770** | | | | | | | | |
| Bill Pmt -Check | 03/01/2018 | 17404 | 12353-85770 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,776.23 |
| Bill Pmt -Check | 04/05/2018 | 18146 | Tractor Annual Payment Loan 510001190444 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 14,502.97 |
| **John Edwards Co., Inc.** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17350 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 12,085.63 |
| Bill Pmt -Check | 03/15/2018 | 17855 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 7,652.26 |
| Bill Pmt -Check | 03/22/2018 | 17949 | PO 56665 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 3,007.64 |
| Bill Pmt -Check | 03/29/2018 | 18062 | | 1033 - PNC - Operating Account | | 2101 - Vendor Payables | | 10,002.08 |
| **John Mansfield** | | | | | | | | |
| Bill Pmt -Check | 01/02/2018 | 17157 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 274.38 |
| Bill Pmt -Check | 01/10/2018 | 17203 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 174.53 |
| **John Quinn** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17295 | Will: 20180107 13:29hrs @ $17.00/hr | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 840.00 |
| **John S Creston, Inc** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17316 | 16408 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 39,095.00 |
| Bill Pmt -Check | 01/25/2018 | 17317 | 16408 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 26,700.00 |
| Bill Pmt -Check | 02/01/2018 | 17425 | 16408 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 29,055.00 |
| Bill Pmt -Check | 02/08/2018 | 17600 | 16408 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 23,235.00 |
| Bill Pmt -Check | 02/15/2018 | 17678 | 16408 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 20,655.00 |
| Bill Pmt -Check | 02/21/2018 | 17805 | 16408 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 19,635.00 |
| Bill Pmt -Check | 03/01/2018 | 17698 | 16408 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 20,916.00 |
| Bill Pmt -Check | 03/01/2018 | 17719 | 16408 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 23,485.00 |
| Bill Pmt -Check | 03/08/2018 | 17789 | 16408 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 23,495.00 |
| Bill Pmt -Check | 03/15/2018 | 17866 | 16408 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 27,165.00 |
| Bill Pmt -Check | 03/22/2018 | 17950 | 16408 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 39,705.00 |
| Bill Pmt -Check | 03/29/2018 | 18053 | 16408 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 25,100.00 |
| Bill Pmt -Check | 04/05/2018 | 18142 | 16408 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 33,570.00 |
| Bill Pmt -Check | 04/12/2018 | 18195 | 16408 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 26,840.00 |
| **Johenna Tyndall** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17640 | | 1035 - PNC - Operating Account | √ | 2102 - Grower Payables | | 28,000.00 |
| Bill Pmt -Check | 02/22/2018 | 17547 | | 1035 - PNC - Operating Account | √ | 2102 - Grower Payables | | 20,000.00 |
| **Johnny Hope** | | | | | | | | |
| Bill Pmt -Check | 03/05/2018 | 17333 | | 1035 - PNC - Operating Account | √ | 2102 - Grower Payables | | 10,000.00 |
| Bill Pmt -Check | 03/22/2018 | 17889 | | 1035 - PNC - Operating Account | √ | 2102 - Grower Payables | | 15,000.00 |
| Bill Pmt -Check | 03/29/2018 | 80014 | | 1035 - PNC - Operating Account | √ | 2102 - Grower Payables | | 10,000.00 |
| Bill Pmt -Check | 04/05/2018 | 18120 | | 1035 - PNC - Operating Account | | 2102 - Grower Payables | | 10,000.00 |
| Bill Pmt -Check | 04/19/2018 | 18244 | | 1035 - PNC - Operating Account | | 2102 - Grower Payables | | 10,000.00 |
| **Johnston County Dept of Public Utilities** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17175 | 23607 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 16.00 |
| Bill Pmt -Check | 02/01/2018 | 17406 | 23607 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 16.00 |
| Bill Pmt -Check | 03/08/2018 | 17790 | 23607 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 16.00 |
| Bill Pmt -Check | 03/29/2018 | 80064 | 23607 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 16.00 |
| **Jose Alfredo Quitaseria** | | | | | | | | |
| Bill Pmt -Check | 01/08/2018 | 17159 | EXP REIM = 10 BAGS OF ICE MELT | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 117.38 |
| **Joshua Bailey** | | | | | | | | |
| Bill Pmt -Check | 01/02/2018 | 17176 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,129.29 |
| Bill Pmt -Check | 01/22/2018 | 17319 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,432.29 |
| Bill Pmt -Check | 03/01/2018 | 17427 | MILEAGE REIM 01/21-01/22/2018 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 845.22 |
| Bill Pmt -Check | 02/08/2018 | 17601 | MILEAGE REIM 01/28-02/05/2018 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 513.00 |
| Bill Pmt -Check | 02/15/2018 | 17679 | MILEAGE REIM 00/04-02/15/2018 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 597.21 |
| Bill Pmt -Check | 02/21/2018 | 17806 | MILEAGE REIM 02/11-02/17/2018 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 539.48 |
| Bill Pmt -Check | 03/01/2018 | 17720 | MILEAGE REIM 02/18-02/24/2018 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 641.83 |

1:09 PM
04/19/18

## Southern Produce Distributors, Inc.
### Transaction List by Vendor
January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Jowat Corporation** | | | | | | | | |
| Bill Pmt -Check | 03/09/2018 | 17791 | MILEAGE REIM 02/25-03/03/2018 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 627.52 |
| Bill Pmt -Check | 03/22/2018 | 17901 | | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 1,216.47 |
| Bill Pmt -Check | 03/28/2018 | 18005 | MILEAGE REIM 3/18-3/24/2018 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 845.54 |
| Bill Pmt -Check | 04/12/2018 | 18196 | | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 1,116.83 |
| Bill Pmt -Check | 04/19/2018 | 18269 | MILEAGE REIM 04/14-04/16/2018 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 504.56 |
| Bill Pmt -Check | 04/19/2018 | 18269 | MILEAGE REIM 04/16 - 04/21/2018 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 601.02 |
| **JSL Surety** | | | | | | | | |
| Bill Pmt -Check | 01/24/2018 | 17220 | 153739 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,955.12 |
| Bill Pmt -Check | 02/22/2018 | 17669 | 153739 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,955.37 |
| Bill Pmt -Check | 03/23/2018 | 19003 | 153739 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,697.46 |
| Bill Pmt -Check | 04/18/2018 | 18269 | 153739 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,831.79 |
| **Juan Carlos Quintanilla** | | | | | | | | |
| Bill Pmt -Check | 04/17/2018 | 18237 | Western Surety Policy #62327702 - Renewal Bond - I | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 2,600.00 |
| Bill Pmt -Check | 01/25/2018 | 17177 | EXP REIM | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 425.74 |
| Bill Pmt -Check | 01/25/2018 | 17320 | EXP REIM8 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 225.31 |
| Bill Pmt -Check | 02/21/2018 | 17637 | EXP REIM | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 358.82 |
| Bill Pmt -Check | 03/03/2018 | 17702 | EXP REIM - COMPOUND ROW FOR ROVIEG | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 604.00 |
| Bill Pmt -Check | 03/22/2018 | 17903 | EXP REIM | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 315.45 |
| **Juan Lopez Cisto** | | | | | | | | |
| Bill Pmt -Check | 03/22/2018 | 17918 | Reimbursement of AFLAC Deduction | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 9.81 |
| **Kees Plumbing Company** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17408 | JET-VAC SERV TO UNSTOP KRAWLINE | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 468.82 |
| **Keith Smith** | | | | | | | | |
| Bill Pmt -Check | 01/24/2018 | 17624 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | 25,000.00 | |
| Bill Pmt -Check | 03/22/2018 | 17911 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | 25,000.00 | |
| Bill Pmt -Check | 03/29/2018 | 18024 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | 25,000.00 | |
| **Kelley Proctte** | | | | | | | | |
| Bill Pmt -Check | 01/18/2018 | 17224 | 20160115 - TRAVEL EXP REIM | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 15,570.23 |
| Bill Pmt -Check | 02/13/2018 | 17215 | Reimburse Death Bonus given to Dewey Baily by Kelle | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 6,000.00 |
| Bill Pmt -Check | 02/13/2018 | 17248 | Reimburse Death Bonus given to Dewey Baily by Kelle | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 5,000.00 |
| Bill Pmt -Check | 02/13/2018 | 17216 | Reimburse Cash Conversion + Berlin Business Trip | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,500.00 |
| Bill Pmt -Check | 03/09/2017 | 17746 | Reimbursement NYC & FL Trade Shows & Rain Gieg | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,369.35 |
| Bill Pmt -Check | 03/26/2018 | 18008 | Reimbursement FL Grower Visit | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 3,672.20 |
| **Kenansville-Duplin County Chamber of Comm** | | | | | | | | |
| Bill Pmt -Check | 04/12/2018 | 18197 | 2018 Chamber Dues | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 300.00 |
| **Kevin L Baker, PC** | | | | | | | | |
| Bill Pmt -Check | 01/02/2018 | 17155 | W/E 20180102 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 187.50 |
| Bill Pmt -Check | 01/08/2018 | 17154 | W/E 20180109 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 262.50 |
| Bill Pmt -Check | 01/23/2018 | 17255 | W/E 20180116 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 262.50 |
| Bill Pmt -Check | 01/23/2018 | 17261 | W/E 20180123 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 187.50 |
| Bill Pmt -Check | 01/30/2018 | 17354 | W/E 20180130 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 225.00 |
| Bill Pmt -Check | 02/06/2018 | 17465 | W/E 20180206 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 225.00 |
| Bill Pmt -Check | 02/13/2018 | 17219 | W/E 20180213 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 375.00 |
| Bill Pmt -Check | 02/20/2018 | 17619 | W/E 20180220 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 337.50 |
| Bill Pmt -Check | 02/27/2018 | 17688 | W/E 20180227 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 225.00 |
| Bill Pmt -Check | 03/07/2018 | 17734 | W/E 20180306 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 337.50 |
| Bill Pmt -Check | 03/13/2018 | 17822 | W/E 20180313 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 225.00 |
| **Key Risk - Starfield Insurance Co.** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17321 | 8937005 - KEY0137321 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | 9,081.00 | |
| Bill Pmt -Check | 03/07/2018 | ACH20180307 | 8937005 - KEY0137321 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | 9,915.00 | |
| Bill Pmt -Check | 04/02/2018 | ACH20180402 | R63005 - KEY0137321 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | 10,028.00 | |
| Bill Pmt -Check | 04/11/2018 | ACH20180411 | 8937005 - KEY0137321 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | 9,680.00 | |
| **Kiln Teasley** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17409 | OFFICE EXP REIM: OFFICE KEYS | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 21.29 |
| Bill Pmt -Check | 02/20/2018 | 17662 | OFFICE EXP REIM: BROOK'A B'DAY CELEBRATIO | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 38.25 |
| Bill Pmt -Check | 03/08/2018 | 17757 | OFFICE EXP REIM: ASHLEY'S B'DAY CELEBRATI | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 24.60 |
| Bill Pmt -Check | 03/22/2018 | 17954 | OFFICE EXP REIM: COURTNEY B'DAY CELEBRA | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 159.45 |
| Bill Pmt -Check | 04/06/2018 | 18127 | OFFICE EXP REIM: WAYNE'S B'DAY CELEBRATE | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 135.12 |
| Bill Pmt -Check | 04/19/2018 | 18270 | OFFICE EXP REIM: PERSONAL AUTO MILEAGE & | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 42.40 |
| **Kirk Dressila** | | | | | | | | |
| Bill Pmt -Check | 04/12/2018 | 18198 | W/E 20180407 Office Moving - LA. 04/05 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 50.00 |
| **L & M Companies, Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17410 | PEPPER | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 4,650.00 |

1:29 PM
04/19/18

## Southern Produce Distributors, Inc.
### Transaction List by Vendor
January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **LA Workforce Commission** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17443 | ACC 43-4534-6 Carolina Vegetables | 1005 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 28.83 |
| **Lane's Mobile Detailing & Power Washing** | | | | | | | | |
| Bill Pmt -Check | 03/05/2018 | 17600 | 20180220 - Wash 2 Autos | 1005 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 70.00 |
| **Le Bleu Central of Raleigh** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17352 | 353783 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 158.45 |
| Bill Pmt -Check | 02/15/2018 | 17560 | 353783 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 117.55 |
| Bill Pmt -Check | 03/15/2018 | 17597 | 353783 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 117.55 |
| Bill Pmt -Check | 04/12/2018 | 18199 | 353783 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 153.40 |
| **Leo Montalvo** | | | | | | | | |
| Bill Pmt -Check | 04/04/2018 | 18111 | | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 1,041.00 |
| Bill Pmt -Check | 04/11/2018 | 18162 | CTRCT LABOR 4/02/18 - 4/04/2018 233.33hr @ $1.( | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 658.50 |
| **Major Roy Ivey, Jr.** | | | | | | | | |
| Bill Pmt -Check | 01/10/2018 | 17200 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 30,080.00 |
| Bill Pmt -Check | 01/10/2018 | 17201 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 60,160.00 |
| Bill Pmt -Check | 03/05/2018 | 17749 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 15,000.00 |
| **Margaret Adams** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17223 | Logo | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 350.00 |
| **Margaret Owens** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17346 | Farm Land Rent 2016 Crop | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 7,508.75 |
| **Martha Bass** | | | | | | | | |
| Bill Pmt -Check | 04/05/2018 | 18149 | Farm Land Rent - 2016 Crop | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 8,500.00 |
| **Marshal L White** | | | | | | | | |
| Bill Pmt -Check | 01/18/2018 | 17271 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 760.00 |
| Bill Pmt -Check | 02/05/2018 | 17502 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,050.00 |
| Bill Pmt -Check | 02/15/2018 | 17541 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,550.00 |
| Bill Pmt -Check | 02/22/2018 | 17570 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,950.00 |
| Bill Pmt -Check | 02/22/2018 | 17585 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 260.00 |
| Bill Pmt -Check | 02/28/2018 | 15066 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,000.00 |
| Bill Pmt -Check | 04/06/2018 | 18129 | H&D FARMS - SPD | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 680.00 |
| Bill Pmt -Check | 04/12/2018 | 18200 | CLINTON - SPD | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 315.00 |
| **Martha Storozi** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17351 | Farm Land Rent 2016 Crop | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 15,000.00 |
| Bill Pmt -Check | 01/31/2018 | 17357 | Farm Land Rent 2016 Crop; 12k paid by ck #17351 & 1 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 5,000.00 |
| **Mary Jo Loftin** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17169 | | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 8,460.00 |
| **Matthew Rhoades** | | | | | | | | |
| Bill Pmt -Check | 03/09/2018 | 17745 | 6L200962 | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 10,000.00 |
| **Maddox Reyes** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17166 | Reimbursement - Gas, RYC Piping, PVC Caps, Pivot | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 178.00 |
| Bill Pmt -Check | 01/30/2018 | 17366 | MILEAGE REIM 1/2/2017-01/30/18 - Expense Reim | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,953.72 |
| Bill Pmt -Check | 02/05/2018 | 17504 | Reimbursement - Brewer, Lowes, Turner, Nalls, Scre | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 219.93 |
| Bill Pmt -Check | 03/01/2018 | 17703 | Reimbursement - Mileage 2,922mi @ $0.535mi; Cell F | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,962.06 |
| Bill Pmt -Check | 03/16/2018 | 17868 | Reimbursement - Fuel & tools/supplies/material | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 834.99 |
| Bill Pmt -Check | 03/26/2018 | 18021 | Reimbursement - Mileage 2,941mi @ $0.535mi, Lowe's | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,818.27 |
| **McCarren & Diess** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17562 | Telephone call with Starling regarding PACA procedu | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 120.00 |
| **McLamb's Lp Gas & Supply Co., Inc** | | | | | | | | |
| Bill Pmt -Check | 02/09/2018 | 17500 | SOAPRO | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 3,378.39 |
| Bill Pmt -Check | 03/22/2018 | 17955 | SOAPRO | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,047.19 |
| Bill Pmt -Check | 04/12/2018 | 18201 | SOAPRO | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 1,760.95 |
| Bill Pmt -Check | 04/19/2018 | 18305 | SOAPRO | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 60.55 |
| **Mewrs Law Firm, P.L.** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17563 | LEGAL SERVICES | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,959.35 |
| Bill Pmt -Check | 03/22/2018 | 17957 | LEGAL SERVICES = WE SMILEY BANKRUPTCY | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 3,599.42 |
| Bill Pmt -Check | 04/19/2018 | 18271 | LEGAL SERVICES = WE SMILEY BANKRUPTCY | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 3,731.02 |
| **Michael Godwin** | | | | | | | | |
| Bill Pmt -Check | 04/13/2018 | 18227 | | 1035 - PNC - Operating Account | | 2102 - Grower Payables | | 10,000.00 |
| **Michael Stancil** | | | | | | | | |
| Bill Pmt -Check | 02/20/2018 | 17609 | 20180220 - 50 acres @ $150.00/a | 1035 - PNC - Operating Account | ✓ | 2102 - Grower Payables | | 7,500.00 |
| **Mobile FarmWes, LLC.** | | | | | | | | |
| Bill Pmt -Check | 04/12/2018 | 18202 | Flexx Worker Training Session | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 200.00 |
| **Morrisette Paper Co., Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17564 | PO 56574 | 1005 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 424.35 |

**Southern Produce Distributors, Inc.**
**Transaction List by Vendor**
January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|------|------|-----|------|---------|-----|-------|-------|--------|
| **Mt Olive Builders Supply** | | | | | | | | |
| Bill Pmt -Check | 02/14/2018 | 17535 | | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,896.55 |
| **Mt. Olive Family Medicine** | | | | | | | | |
| Bill Pmt -Check | 04/12/2018 | 83323 | Faladih) Bernardo Antionio - Foreign Matter in Righ | 1005 - PNC - Operating Account | | 2101 - Vendor Payables | | 99.00 |
| **NC DMV** | | | | | | | | |
| Bill Pmt -Check | 03/05/2018 | 17725 | Property Tax 2011 Dodge | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 140.08 |
| Bill Pmt -Check | 03/05/2018 | 17726 | Plate Registration | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 368.31 |
| **NC LatBox Farms** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17151 | | 1005 - PNC - Operating Account | √ | 2102 - Grower Payables | | 38,235.00 |
| Bill Pmt -Check | 02/16/2018 | 17224 | Advance to NCLABfac Alliance AdRs and BB&T Wd | 1005 - PNC - Operating Account | √ | 2102 - Grower Payables | | 8,000.00 |
| Bill Pmt -Check | 04/13/2018 | 18230 | Advance to NCLABfac Alliance AdRs and BB&T Wd | 1005 - PNC - Operating Account | √ | 2102 - Grower Payables | | 6,500.00 |
| **NC Sweet Potato Commission** | | | | | | | | |
| Bill Pmt -Check | 03/15/2018 | 17959 | 2017 Average Fees; Duplin CO, Johnston CO, & Sam | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 3,000.00 |
| Bill Pmt -Check | 03/22/2018 | 17958 | 2017 Average Fees; Duplin CO, Johnston CO, & Sam | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 3,000.00 |
| **NCDA & CS/Division of Marketing** | | | | | | | | |
| Bill Pmt -Check | 01/11/2018 | 17226 | Flavors of Carolina Show - Embassy Suites, Concord | 1005 - PNC - Operating Account | | 2101 - Vendor Payables | | 205.00 |
| **NCDMV Liability Insurance Unit** | | | | | | | | |
| Bill Pmt -Check | 02/20/2018 | 18100 | Vin #JT8HN87R002203303 Plate YEX8OO 6999 Toyo | 1005 - PNC - Operating Account | | 2101 - Vendor Payables | | 57.82 |
| **Neighbors 4 Neighbors Foundation, Inc.** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17343 | 2018FG25 Drive | 1005 - PNC - Operating Account | | 2101 - Vendor Payables | | 500.00 |
| **Newwave Communications** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17323 | 678021601 | 1030 - PNC - Operating Account | √ | 2001 - Vendor Payables | | 318.21 |
| Bill Pmt -Check | 02/01/2018 | 17411 | 678021601 | 1030 - PNC - Operating Account | √ | 2201 - Vendor Payables | | 301.76 |
| Bill Pmt -Check | 03/15/2018 | 17960 | 678021601 | 1040 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 303.69 |
| Bill Pmt -Check | 03/29/2018 | 18007 | 678021601 | 1035 - PNC - Operating Account | √ | 2107 - Vendor Payables | | 303.69 |
| **Nicholls & Crampton, P.A.** | | | | | | | | |
| Bill Pmt -Check | 04/04/2018 | Wire04O418 | SPD Chapter 11: Retainer and Filing Fee | 1005 - PNC - Operating Account | | 2101 - Vendor Payables | | 51,717.00 |
| **North Duplin Junior -Senior H.S.** | | | | | | | | |
| Bill Pmt -Check | 03/08/2018 | 17751 | 2018G220 - 2018 Yearbook Full-Page Ad | 1005 - PNC - Operating Account | | 2101 - Vendor Payables | | 175.00 |
| **Northeast Louisiana Power Cooperative Inc** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17339 | 460372033 | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 294.09 |
| Bill Pmt -Check | 02/15/2018 | 17556 | 460372033 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 294.00 |
| Bill Pmt -Check | 03/22/2018 | 17959 | 460372033 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 251.00 |
| Bill Pmt -Check | 04/19/2018 | 18272 | 460372033 | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 265.00 |
| **Office Depot** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17412 | 28351222 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 3,303.93 |
| Bill Pmt -Check | 02/15/2018 | 17589 | 28351222 | 1003 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 539.70 |
| Bill Pmt -Check | 02/21/2018 | 17658 | 28351222 | 1000 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,508.67 |
| Bill Pmt -Check | 03/20/2018 | 17742 | 28351222 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 145.12 |
| **Oscar's Exterminating** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17413 | Office 40njt, Log Cabin 755njt, 169 Park Circle 755nj | 1005 - PNC - Operating Account | | 2101 - Vendor Payables | | 265.00 |
| Bill Pmt -Check | 03/20/2018 | 18005 | Office 40njt, Log Cabin 755njt, 169 Park Circle 755nj | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 265.00 |
| **P & W Farms** | | | | | | | | |
| Bill Pmt -Check | 03/02/2018 | 17812 | HVAC upgrade - Pepper & Shipping Compressors | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 6,300.00 |
| Bill Pmt -Check | 03/20/2018 | 17895 | HVAC upgrade - Warware | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 5,600.00 |
| Bill Pmt -Check | 04/04/2018 | 18108 | HVAC upgrade - Falson | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 4,200.00 |
| **Pelegia International USA, LLC** | | | | | | | | |
| Bill Pmt -Check | 03/28/2018 | 18089 | 58185 - P4655 | 1030 - PNC - Operating Account | | 2101 - Vendor Payables | | 3,845.00 |
| **Parker Gas Company, Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/09/2018 | 17504 | NCN - HWY DIESEL, SF POINT | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,709.70 |
| Bill Pmt -Check | 03/22/2018 | 17960 | NCN - HWY DIESEL, SF POINT | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,500.17 |
| Bill Pmt -Check | 04/12/2018 | 18004 | | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 3,720.28 |
| **Paul's Water Treatment, LLC** | | | | | | | | |
| Bill Pmt -Check | 03/09/2018 | 17769 | WATER TRTMENT CONTRACT | 1005 - PNC - Operating Account | | 2101 - Vendor Payables | | 187.26 |
| **Paul Redgate** | | | | | | | | |
| Bill Pmt -Check | 03/26/2018 | WireO32618 | WorldMedeFerryEJext, Everham Injection 3.5hrs @ | 1030 - PNC - Operating Account | | 2101 - Vendor Payables | | 408.60 |
| **Paula Lopez** | | | | | | | | |
| Bill Pmt -Check | 01/03/2018 | 17154 | chet labor 12/24+12/30+2017 18hrs @ $9.00/hr | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 162.00 |
| Bill Pmt -Check | 01/05/2018 | 17158 | C/TRGT LABOR 01-14+2018 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 108.00 |
| Bill Pmt -Check | 01/18/2018 | 17208 | C/TRGT LABOR 01/12+01/15-2018 | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 162.00 |
| Bill Pmt -Check | 01/25/2018 | 17334 | C/TRGT LABOR 1/21+1/22+2018 | 1005 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 182.00 |
| Bill Pmt -Check | 01/31/2018 | 17368 | C/TRGT LABOR 01/24-01/27-2018 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 162.00 |
| Bill Pmt -Check | 02/07/2018 | 17470 | C/TRGT LABOR 01/31-02/03-2018 | 1035 - PNC - Operating Account | √ | 2104 - Vendor Payables | | 162.00 |
| Bill Pmt -Check | 02/14/2018 | 17220 | C/TRGT LABOR 2/7-2/10-2018 | 1030 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 162.00 |

1:58 PM
04/19/18

# Southern Produce Distributors, Inc.
## Transaction List by Vendor
### January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 02/21/2018 | 17639 | CT/RCT_LABOR 0014-02/17/2018 | 1030 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 162.00 |
| Bill Pmt -Check | 02/28/2018 | 17696 | CT/RCT_LABOR 0021-02/24/2018 | 1030 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 162.00 |
| Bill Pmt -Check | 03/05/2018 | 17748 | CT/RCT_LABOR 0228-03/03-2018 | 1030 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 162.00 |
| Bill Pmt -Check | 03/14/2018 | 17800 | cont labor 3/7-3/10-2018 | 1030 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 162.00 |
| Bill Pmt -Check | 03/22/2018 | 17861 | CT/RCT_LABOR 3/14-3/17-2018 | 1030 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 162.00 |
| Bill Pmt -Check | 03/28/2018 | 18018 | CT/RCT_LABOR 0027-03/24-2018 | 1030 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 162.00 |
| Bill Pmt -Check | 04/04/2018 | 18113 | CT/RCT_LABOR 3/23-3/31-2018 | 1030 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 171.00 |
| Bill Pmt -Check | 04/11/2018 | 18191 | CT/RCT_LABOR 0404-04/07.2018 | 1030 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 162.00 |
| Bill Pmt -Check | 04/16/2018 | 18241 | CT/RCT_LABOR 4/11-4/14-2018 | 1030 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 162.00 |
| **Piedmont Natural Gas** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17414 | 9203014691301 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 37.76 |
| Bill Pmt -Check | 02/09/2018 | 17505 | 9203014691301 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 62.56 |
| Bill Pmt -Check | 04/10/2018 | 18025 | 9203014691301 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 27.16 |
| **Piedmont Truck Tires** | | | | | | | | |
| Bill Pmt -Check | 03/26/2018 | 18016 | Dump Truck 2 - Tires | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 542.78 |
| **Plan B Trucking CO.** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17325 | GREEN PEPPER LAM | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 1,500.00 |
| Bill Pmt -Check | 02/09/2018 | 17506 | 200545 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 1,800.00 |
| **Precyoe Properties** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 18070 | QuickBooks generated zero amount transaction for bill | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | 0.00 | |
| **Pressure Concepts, INC.** | | | | | | | | |
| Bill Pmt -Check | 03/26/2018 | 18070 | PO #91312 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,350.64 |
| **Pro-Med, Inc** | | | | | | | | |
| Bill Pmt -Check | 01/10/2018 | 17206 | PO #56977 - Emory | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,092.40 |
| Bill Pmt -Check | 01/31/2018 | 17415 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 688.35 |
| Bill Pmt -Check | 02/09/2018 | 17399 | PO 56680/HOWEY | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,410.15 |
| Bill Pmt -Check | 02/23/2018 | 17610 | SAFETY SUPPLIES | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 176.55 |
| Bill Pmt -Check | 03/22/2018 | 17862 | PO 57084 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 668.50 |
| Bill Pmt -Check | 03/29/2018 | 18071 | FARETY SUPPLIES | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 233.25 |
| Bill Pmt -Check | 04/19/2018 | 18273 | SAFETY SUPPLIES - GLOVES | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 293.00 |
| **Q's Trucking** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17178 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 6,080.00 |
| Bill Pmt -Check | 01/12/2018 | 17262 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 7,660.00 |
| Bill Pmt -Check | 01/26/2018 | 17359 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 8,090.00 |
| Bill Pmt -Check | 02/02/2018 | 17452 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 4,590.00 |
| Bill Pmt -Check | 02/09/2018 | 17531 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 7,440.00 |
| Bill Pmt -Check | 02/16/2018 | 17617 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 7,440.00 |
| Bill Pmt -Check | 02/23/2018 | 17246 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 13,750.00 |
| Bill Pmt -Check | 03/01/2018 | 17721 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 3,500.00 |
| Bill Pmt -Check | 03/09/2018 | 17764 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 3,800.00 |
| Bill Pmt -Check | 03/16/2018 | 17871 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 4,030.00 |
| Bill Pmt -Check | 03/22/2018 | 17863 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 3,140.00 |
| Bill Pmt -Check | 03/29/2018 | 18072 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 3,700.00 |
| Bill Pmt -Check | 04/05/2018 | 18143 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 5,600.00 |
| Bill Pmt -Check | 04/12/2018 | 18205 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 4,845.00 |
| Bill Pmt -Check | 04/19/2018 | 18274 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 12,960.00 |
| **QC Europe Fruit & Vegt...** | | | | | | | | |
| Bill Pmt -Check | 02/26/2018 | Wire022018 | International Wire: 1000/04-020 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 195.00 |
| Bill Pmt -Check | 03/26/2018 | Wire032018 | International Wire: 1000/04-020 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 51.19 |
| **QIRPS Incorporated** | | | | | | | | |
| Bill Pmt -Check | 03/22/2018 | 17864 | DK1951 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 485.00 |
| **Quality Assurance International** | | | | | | | | |
| Bill Pmt -Check | 04/19/2018 | 18287 | C03273957 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 402.00 |
| **Quality Equipment, LLC** | | | | | | | | |
| Bill Pmt -Check | 03/22/2018 | 17865 | 4003.39 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 8.68 |
| **Quivet Lawn Care & Garden Makt** | | | | | | | | |
| Bill Pmt -Check | 02/02/2018 | 17455 | | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 5,725.00 |
| Bill Pmt -Check | 02/26/2018 | 17725 | LAWN CARE/ SPD OFFICE, DENNING HOUSE, LC | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 615.00 |
| Bill Pmt -Check | 04/05/2018 | 18124 | | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 915.00 |
| **Raia Rent All** | | | | | | | | |
| Bill Pmt -Check | 03/22/2018 | 17866 | 24880 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 1,366.40 |
| Bill Pmt -Check | 03/26/2018 | 18073 | 24860 | 1035 - PNC - Operating Account | | 2101 - Vendor Payables | | 138.78 |
| **Randy Rast** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17287 | 2017 Labor Camp II - Balance of agreed Settlement b | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 4,000.00 |

**Southern Produce Distributors, Inc.**
**Transaction List by Vendor**
January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Randy Swartz** | | | | | | | | |
| Bill Pmt -Check | 02/26/2018 | 17901 | Reimbursement of Business Expenses | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 391.76 |
| Bill Pmt -Check | 03/02/2018 | 17921 | Reimbursement of Business Expenses | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 533.18 |
| Bill Pmt -Check | 03/26/2018 | 18074 | Reimbursement of Business Expenses | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 540.10 |
| Bill Pmt -Check | 04/09/2018 | 18162 | Reimbursement of Business Expenses | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 215.28 |
| Bill Pmt -Check | 04/16/2018 | 18007 | Reimbursement of Business Expenses | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 211.44 |
| Bill Pmt -Check | 04/16/2018 | 18296 | Reimbursement of Business Expenses | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 213.44 |
| **Rankin Truck Brokers, LLC** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17118 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 11,113.00 |
| Bill Pmt -Check | 01/25/2018 | 17326 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 20,988.00 |
| Bill Pmt -Check | 02/01/2018 | 17449 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 24,463.00 |
| Bill Pmt -Check | 02/12/2018 | 17526 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 24,328.00 |
| Bill Pmt -Check | 02/15/2018 | 17597 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 17,088.00 |
| Bill Pmt -Check | 02/27/2018 | 17840 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 10,027.00 |
| Bill Pmt -Check | 02/22/2018 | 17671 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 12,150.00 |
| Bill Pmt -Check | 03/01/2018 | 17722 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 7,268.00 |
| Bill Pmt -Check | 03/06/2018 | 17725 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 8,973.00 |
| Bill Pmt -Check | 03/16/2018 | 17872 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 12,007.00 |
| Bill Pmt -Check | 03/22/2018 | 17967 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 11,809.00 |
| Bill Pmt -Check | 03/26/2018 | 18075 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 22,248.00 |
| Bill Pmt -Check | 03/29/2018 | 18028 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 10,575.00 |
| Bill Pmt -Check | 04/16/2018 | 18275 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 34,589.00 |
| **RealTMS Logistics** | | | | | | | | |
| Bill Pmt -Check | 03/22/2018 | 17885 | BOL2121213 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,185.00 |
| Bill Pmt -Check | 04/19/2018 | 18276 | | 1035 · PNC - Operating Account | | 2101 · Vendor Payables | | 6,700.00 |
| **Reggie Strickland** | | | | | | | | |
| Bill Pmt -Check | 03/07/2018 | 17706 | HL200563 - HL200100 Combined | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/22/2018 | 17900 | HL200068 | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/26/2018 | 18025 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 04/05/2018 | 18122 | HL200398 | 1035 · PNC - Operating Account | | 2102 · Grower Payables | | 25,000.00 |
| **Reliance Standard Life Ins. Co.** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17179 | Disability Policy LTD727243 INS 09/01-09/30/2017 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 303.18 |
| Bill Pmt -Check | 02/15/2018 | 17588 | Disability Policy LTD727243 INS 02/01-02/28/2018 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 303.18 |
| Bill Pmt -Check | 03/22/2018 | 17960 | Disability Policy LTD727243 INS 03/01-03/31/2018 B | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 241.53 |
| Bill Pmt -Check | 03/30/2018 | 18076 | Disability Policy LTD727243 INS 04/01-04/30/2018 B | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 162.68 |
| **RK Repair** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17290 | CAT 416B - Replace U-Joint, Seals, Bearings left tire | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 460.50 |
| **Roadrunner Truckload Plus** | | | | | | | | |
| Bill Pmt -Check | 01/03/2018 | 17119 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 11,387.00 |
| Bill Pmt -Check | 01/26/2018 | 17327 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 9,100.00 |
| Bill Pmt -Check | 02/15/2018 | 17417 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 7,954.00 |
| Bill Pmt -Check | 02/22/2018 | 17670 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 7,237.00 |
| Bill Pmt -Check | 03/26/2018 | 18077 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 6,000.00 |
| Bill Pmt -Check | 04/12/2018 | 18209 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 3,476.00 |
| Bill Pmt -Check | 04/16/2018 | 18277 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 5,646.00 |
| **Robert Faire Farming** | | | | | | | | |
| Bill Pmt -Check | 02/02/2018 | 17439 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 02/09/2018 | 17530 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 02/15/2018 | 17542 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 02/21/2018 | 17251 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 100,000.00 |
| Bill Pmt -Check | 03/07/2018 | 17742 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/14/2018 | 17830 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/21/2018 | 17932 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 26,000.00 |
| Bill Pmt -Check | 03/26/2018 | 18030 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 04/11/2018 | 18159 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| **Robert McCarty** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17286 | 2017-02227- Reimbursement of Expenses - StRice Tire | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 638.19 |
| Bill Pmt -Check | 02/05/2018 | 17459 | 2018-0233 - Reimbursement of Expenses - Mileage @ | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 470.64 |
| Bill Pmt -Check | 02/08/2018 | 17483 | 2018-0234 - Reimbursement of Expenses + Hays Law | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 142.59 |
| Bill Pmt -Check | | | QuickBooks generated zero amount transaction for bill | 1035 · PNC - Operating Account | | 2101 · Vendor Payables | 0.00 | |
| Bill Pmt -Check | 02/15/2018 | 17474 | Employee Reimbursement: Heater Element Meadow | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 30.78 |
| Bill Pmt -Check | 03/05/2018 | 18142 | Employee Reimbursement: Mileage $50/mile @ $0.0 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 159.00 |
| Bill Pmt -Check | 03/23/2018 | 17971 | Employee Reimbursement: Dump Truck Brakes & Hol | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 526.86 |
| Bill Pmt -Check | 03/26/2018 | 18212 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,905.77 |

1:59 PM
04/19/18

## Southern Produce Distributors, Inc.
### Transaction List by Vendor
January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Roberts Maritime & Supply Company** | | | | | | | | |
| Bill Pmt -Check | 04/19/2018 | 18263 | Employee Reimbursement Dobbersville Labor Camp | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 243.82 |
| Bill Pmt -Check | 04/19/2018 | 18276 | Employee Reimbursement: Mileage 600miles @ $0.5 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 349.80 |
| **Rocky Mount Electric Motor** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17599 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 318.61 |
| Bill Pmt -Check | 03/08/2018 | 17788 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,846.81 |
| **Roese Farming, Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/07/2018 | 17419 | PO 56557 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,340.70 |
| Bill Pmt -Check | 02/15/2018 | 17650 | PO 55485 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 795.29 |
| Bill Pmt -Check | 03/15/2018 | 17873 | PACKING LINE 1 & 2 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 1,489.31 |
| Bill Pmt -Check | 03/22/2018 | 17912 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 923.39 |
| Bill Pmt -Check | 02/20/2018 | 17457 | | 1035 - PNG - Operating Account | ✓ | 2102 - Grower Payables | | 50,000.00 |
| Bill Pmt -Check | 02/20/2018 | 17548 | | 1035 - PNG - Operating Account | ✓ | 2102 - Grower Payables | | 250,000.00 |
| Bill Pmt -Check | 02/22/2018 | 17256 | | 1035 - PNG - Operating Account | ✓ | 2102 - Grower Payables | | 90,000.00 |
| Bill Pmt -Check | 03/07/2018 | 17741 | | 1035 - PNG - Operating Account | ✓ | 2102 - Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/14/2018 | 17835 | | 1035 - PNG - Operating Account | ✓ | 2102 - Grower Payables | | 17,645.00 |
| **Ryder Fleet Products** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17419 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 77.25 |
| Bill Pmt -Check | 02/22/2018 | 17672 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 25.75 |
| Bill Pmt -Check | 03/29/2018 | 18075 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 25.75 |
| **Ryder Transportation Services** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17326 | 00559-502704 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 6,018.00 |
| Bill Pmt -Check | 02/01/2018 | 17420 | 00559-502704 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 317.80 |
| Bill Pmt -Check | 02/09/2018 | 17529 | 00559-502704 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 5,188.08 |
| Bill Pmt -Check | 03/22/2018 | 17873 | 00559-502704 | 1035 - PNG - Operating Account | ✓ | 2101 - Vendor Payables | | 5,055.85 |
| Bill Pmt -Check | 03/29/2018 | 17972 | 00559-502704 | 1035 - PNG - Operating Account | ✓ | 2101 - Vendor Payables | | 5,055.85 |
| Bill Pmt -Check | 03/29/2018 | 18079 | 00559-502704 | 1001 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 5,477.26 |
| **S & E Farms, LLC** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17150 | | 1035 - PNG - Operating Account | ✓ | 2101 - Vendor Payables | | 2,500.00 |
| Bill Pmt -Check | 02/12/2018 | 17533 | | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 27,750.00 |
| Bill Pmt -Check | 03/15/2018 | 17974 | Mar 2018 Rent | 1035 - PNG - Operating Account | ✓ | 2101 - Vendor Payables | | 1,250.00 |
| Bill Pmt -Check | 03/29/2018 | 18050 | Apr 2018 Rent | 1035 - PNG - Operating Account | ✓ | 2101 - Vendor Payables | | 1,250.00 |
| **Sail Sea Air Integrated Logistics, LLC** | | | | | | | | |
| Bill Pmt -Check | 04/05/2018 | 18144 | 201163 | 1035 - PNG - Operating Account | ✓ | 2101 - Vendor Payables | | 3,325.00 |
| **Sam's Republic** | | | | | | | | |
| Bill Pmt -Check | 03/26/2018 | 17944 | Lake Artesia Labor Camp - Water Supply | 1036 - PNG - Operating Account | ✓ | 2101 - Vendor Payables | | 1,427.00 |
| **Sampson County Farm Service Agency** | | | | | | | | |
| Bill Pmt -Check | 02/20/2018 | 17889 | Sampson County Farm Service Agency 2018 MAP | 1035 - PNG - Operating Account | ✓ | 2101 - Vendor Payables | | 250.00 |
| **Scotlynn USA Division, Inc.** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17359 | SCU1THRD10 | 1036 - PNG - Operating Account | ✓ | 2101 - Vendor Payables | | 2,340.00 |
| Bill Pmt -Check | 02/16/2018 | 17591 | SCU1THRD10 | 1035 - PNG - Operating Account | ✓ | 2101 - Vendor Payables | | 2,000.00 |
| Bill Pmt -Check | 03/22/2018 | 17974 | SCU1THPD10 | 1036 - PNG - Operating Account | ✓ | 2101 - Vendor Payables | | 2,000.00 |
| Bill Pmt -Check | 03/29/2018 | 18391 | SOUTHPD10 | 1035 - PNG - Operating Account | ✓ | 2101 - Vendor Payables | | 2,800.00 |
| Bill Pmt -Check | 04/19/2018 | 18279 | SOUTHPD10 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 2,000.00 |
| **Scott & Jones, Inc** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17421 | 167 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 3,591.24 |
| Bill Pmt -Check | 02/15/2018 | 17552 | 167 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 442.39 |
| **South Petroleum Corporation** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17422 | 953980 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 288.93 |
| **SCS Global Services** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17423 | | 1205 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 129.00 |
| **Select Bank & Trust** | | | | | | | | |
| Bill Pmt -Check | 01/22/2018 | 17294 | 000000000000508 | 1035 - PNG - Operating Account | ✓ | 2101 - Vendor Payables | | 45,000.00 |
| **Sharp Farms, Inc** | | | | | | | | |
| Bill Pmt -Check | 03/22/2018 | 17910 | | 1035 - PNG - Operating Account | ✓ | 2102 - Grower Payables | | 25,000.00 |
| **Shaw Oxygen Company Inc.** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17330 | 6788508 | 1025 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 33.00 |
| Bill Pmt -Check | 02/20/2018 | 17595 | 6788508 | 1025 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 13.20 |
| **Sllned-il** | | | | | | | | |
| Bill Pmt -Check | 04/19/2018 | 16210 | 161149082 | 1035 - PNG - Operating Account | ✓ | 2101 - Vendor Payables | | 92.50 |
| **Smith Brothers Gas Company** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17181 | 2800 | 1205 - Operating - Southern Bank | ✓ | 2101 - Vendor Payables | | 7,805.38 |
| Bill Pmt -Check | 01/25/2018 | 5115 | 2800 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 8,761.60 |
| Bill Pmt -Check | 02/01/2018 | 17424 | 2800 | 1035 - PNC - Operating Account | ✓ | 2101 - Vendor Payables | | 8,520.14 |

**Southern Produce Distributors, Inc.**
**Transaction List by Vendor**
January 1 through April 19, 2018

| Type | Date | Num | Name | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **South River Electric** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17593 | 2800 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 6,459.59 |
| Bill Pmt -Check | 03/09/2018 | 17757 | 2800 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 4,312.00 |
| Bill Pmt -Check | 03/22/2018 | 17975 | 2800 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 4,701.85 |
| Bill Pmt -Check | 04/12/2018 | 18211 | 2900 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 7,054.52 |
| Bill Pmt -Check | 04/19/2018 | 18280 | 2900 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 4,457.77 |
| **Southern Bank** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17162 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,510.00 |
| Bill Pmt -Check | 01/29/2018 | 17351 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 50.00 |
| Bill Pmt -Check | 02/01/2018 | 17425 | acc 270535 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,532.00 |
| Bill Pmt -Check | 02/15/2018 | 17595 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 40.00 |
| Bill Pmt -Check | 02/21/2018 | 17641 | ACC 269967 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 45.00 |
| Bill Pmt -Check | 03/09/2018 | 17758 | ACC 270535 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,604.00 |
| Bill Pmt -Check | 03/22/2018 | 17975 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 85.00 |
| Bill Pmt -Check | 03/26/2018 | 18082 | ACC 270535 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 2,177.00 |
| **Southern Bank - Ending in 4316** | | | | | | | | |
| Bill Pmt -Check | 02/13/2018 | 17249 | Kelley Procythe - Pentwater SB CC xxxx 7444 - Car Ra | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 249.21 |
| **Southern Bank - Ending in 0687** | | | | | | | | |
| Bill Pmt -Check | 01/10/2018 | 17205 | Southern Bank - Cr Card Acct #44505780504S0500 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 15,275.65 |
| Bill Pmt -Check | 02/02/2018 | 17466 | Southern Bank - Cr Card Acct #44505780504S05003 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 10,505.00 |
| Bill Pmt -Check | 03/06/2018 | 17021 | Southern Bank - Cr Card Acct #44505780504S05003 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 7,903.33 |
| Bill Pmt -Check | 04/13/2018 | 18231 | Southern Bank - Cr Card Acct #44505780574763241761 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 2,502.96 |
| **Southern Produce** | | | | | | | | |
| Bill Pmt -Check | 04/12/2018 | 18212 | 4450610000066667 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 29.24 |
| Bill Pmt -Check | 01/05/2018 | 17146 | | 6350 - PNC - Operating Account | √ | 2101 - Vendor Payables | 115,705.11 | |
| Bill Pmt -Check | 01/05/2018 | 17160 | | 6350 - PNC - Operating Account | √ | 2101 - Vendor Payables | 98,453.26 | |
| Bill Pmt -Check | 01/10/2018 | 17189 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 65,044.50 | |
| Bill Pmt -Check | 01/19/2018 | 17259 | WE001172018 - PR Acct #4981603316 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 119,394.10 | |
| Bill Pmt -Check | 01/24/2018 | 17262 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 133,698.82 | |
| Bill Pmt -Check | 01/31/2018 | 17340 | WE 01/21/2016 - PR Acct #4981603316 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 126,456.29 | |
| Bill Pmt -Check | 02/01/2018 | 17361 | SC Global item fees for prior months not banked | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 3,628.17 | |
| Bill Pmt -Check | 02/06/2018 | 17467 | WE000/2016 + PR Acct #4981603316 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 110,000.25 | |
| Bill Pmt -Check | 02/13/2018 | 17217 | WE 0322/2016 A WE0324/2018 - PR Acct #49816033 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 177,047.13 | |
| Bill Pmt -Check | 02/21/2018 | 17623 | WE0221/2016 - PR Acct #4981603316 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 125,380.89 | |
| Bill Pmt -Check | 02/26/2018 | 17600 | WE0228/2016 - PR Acct #4981603316 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 121,272.89 | |
| Bill Pmt -Check | 03/09/2018 | 17759 | WE0307/2018 - PR Acct #4981603316 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 115,543.45 | |
| Bill Pmt -Check | 03/14/2018 | 17623 | WE0314/2016 - PR Acct #4981603316 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 126,582.97 | |
| Bill Pmt -Check | 03/19/2018 | 17666 | FR Acct #4981603316 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 8,662.96 | |
| Bill Pmt -Check | 03/22/2018 | 17966 | WE0321/2018 - PR Acct #4981603316 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 149,520.29 | |
| Bill Pmt -Check | 03/22/2018 | 17916 | WE0322/2018 H2A - PR Acct #4981603316 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 7,670.00 | |
| Bill Pmt -Check | 03/26/2018 | 18011 | WE00052016 - PR Acct #4981603316 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 136,500.08 | |
| Bill Pmt -Check | 03/29/2018 | 18101 | WE0331/2018 - PR Acct #4981603316 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 13,131.12 | |
| Bill Pmt -Check | 04/04/2018 | 18110 | WE04/02016 & WE0A042016 H2A - PR Acct #46981603 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 131,988.68 | |
| Bill Pmt -Check | 04/11/2018 | 18180 | WE0411/2018 - PR Acct #4981603316 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 102,314.47 | |
| Bill Pmt -Check | 04/11/2018 | 18184 | WE0411/2018 H2A - PR Acct #4981603316 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 10,318.75 | |
| Bill Pmt -Check | 04/16/2018 | 18259 | WE0414/2018 H2A - PR Acct #4981603316 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 102,778.11 | |
| **Southern Wayne Plumbing & Repair** | | | | | | | | |
| Bill Pmt -Check | 02/22/2018 | 17243 | Repaired Console | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 149.00 |
| **Spectro** | | | | | | | | |
| Bill Pmt -Check | 02/21/2018 | 17642 | ACC SP18264 - Message On Hold with Semi-Annual | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 133.05 |
| **Spectrum Business** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17163 | 201-360716921-001 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 165.42 |
| Bill Pmt -Check | 02/01/2018 | 17485 | 201-360719921-001 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 323.40 |
| Bill Pmt -Check | 02/05/2018 | 17539 | 201-360719921-001 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 362.86 |
| Bill Pmt -Check | 02/21/2018 | 17643 | 201-360716921-001 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 376.46 |
| Bill Pmt -Check | 02/22/2018 | 17874 | 201-360716921-001 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 241.78 |
| Bill Pmt -Check | 03/05/2018 | 17769 | 201-360716921-001 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 109.34 |
| Bill Pmt -Check | 03/22/2018 | 17977 | 201-360716921-001 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 163.40 |
| Bill Pmt -Check | 03/29/2018 | 18093 | 201-360716921-001 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 334.00 |
| **Star Communications** | | | | | | | | |
| Bill Pmt -Check | 03/16/2018 | 17675 | ACC 00093564-3 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 22.00 |
| **State Pest Control, Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17429 | ACC 553404 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 45.00 |
| **Sterilech** | | | | | | | | |

# Southern Produce Distributors, Inc.
## Transaction List by Vendor
### January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|------|------|-----|------|---------|-----|-------|-------|--------|
| **Sterling Cook** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17896 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,697.46 |
| Bill Pmt -Check | 03/22/2018 | 17975 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,697.46 |
| Bill Pmt -Check | 03/08/2018 | 17930 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,697.46 |
| **Steven C Johnson** | | | | | | | | |
| Bill Pmt -Check | 01/04/2018 | 17787 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 457.98 |
| Bill Pmt -Check | 02/22/2018 | 17234 | | 1035 - PNC - Operating Account | | 2102 - Grower Payables | | 50,000.00 |
| Bill Pmt -Check | 03/14/2018 | 17929 | | 1035 - PNC - Operating Account | | 2102 - Grower Payables | | 29,000.00 |
| Bill Pmt -Check | 03/22/2018 | 17935 | | 1035 - PNC - Operating Account | | 2102 - Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/29/2018 | 16027 | | 1035 - PNC - Operating Account | | 2102 - Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 04/05/2018 | 16121 | | 1035 - PNC - Operating Account | | 2102 - Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 04/13/2018 | 16208 | | 1035 - PNC - Operating Account | | 2102 - Grower Payables | | 20,000.00 |
| **Steves Lambert** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17788 | Del Ticket #24293 Block Pallets 54 @ $7.00ea and R | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,018.40 |
| Bill Pmt -Check | 01/12/2018 | 17253 | Del Ticket #27495 Block Pallets 70 @ $7.00ea and R | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 958.75 |
| Bill Pmt -Check | 01/26/2018 | 17245 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,044.05 |
| Bill Pmt -Check | 02/02/2018 | 17448 | Del Ticket #24281 Block Pallets 54 @ $7.60ea & Reg | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 619.90 |
| Bill Pmt -Check | 02/05/2018 | 17464 | Del Ticket #24308 Block Pallets 87 @ $7.60ea & Reg | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 880.95 |
| Bill Pmt -Check | 02/06/2018 | 17509 | Del Ticket #24322 Block Pallets 93 @ $7.60ea & Che | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 788.00 |
| Bill Pmt -Check | 02/06/2018 | 17500 | Del Ticket #24271 Block Pallets 65 @ $7.00ea | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 471.00 |
| Bill Pmt -Check | 02/13/2018 | 17214 | Del Ticket #24275 asrt Block Pallets 84 @ $7.60ea & | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 662.40 |
| Bill Pmt -Check | 02/16/2018 | 17516 | Del Ticket #24278 asrt Block Pallets 69 @ $7.60ea | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 538.80 |
| Bill Pmt -Check | 02/16/2018 | 17226 | Del Ticket #24260 Reg Pallets 78 @ $6.00ea & asrt B | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 578.40 |
| Bill Pmt -Check | 02/21/2018 | 17824 | Del Ticket #24263 HT Pallets 180 @ $6.00ea | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,080.00 |
| Bill Pmt -Check | 02/23/2018 | 17246 | Del Ticket #24285 HT Block Pallets 81 @ $7.60ea & | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,578.35 |
| Bill Pmt -Check | 03/02/2018 | 17795 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 2,424.25 |
| Bill Pmt -Check | 03/02/2018 | 17722 | Del Ticket #24339 HT Reg Pallets 48 @ $7.00ea & 1 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 543.00 |
| Bill Pmt -Check | 03/05/2018 | 17729 | Del Ticket #24337 HT Reg Pallets 137 @ $7.00ea | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 968.00 |
| Bill Pmt -Check | 03/05/2018 | 17776 | Del Ticket #24359 HT Block Pallets 62 @ $7.00ea & | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 730.00 |
| Bill Pmt -Check | 03/05/2018 | 17810 | Del Ticket #24359 HT Reg Pallets 150 @ $7.00ea | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,000.00 |
| Bill Pmt -Check | 03/14/2018 | 17827 | Del Ticket #24360 HT Block Pallets 69 @ $7.00ea & | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 900.00 |
| Bill Pmt -Check | 03/15/2018 | 17889 | Del Ticket #24351 HT Block Pallets 20 @ $6.00ea & | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 926.00 |
| Bill Pmt -Check | 03/15/2018 | 15144 | Del Ticket #24353 HT Block Pallets 3 @ $6.00ea x 11 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 312.00 |
| Bill Pmt -Check | 03/16/2018 | 17885 | Del Ticket #24369 HT Block Pallets 99 @ $7.00ea | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 699.00 |
| Bill Pmt -Check | 03/16/2018 | 17894 | Del Ticket #27912 HT Reg Pallets 65 @ $7.00ea | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 455.00 |
| Bill Pmt -Check | 03/20/2018 | 15003 | Del Ticket #24507 HT Block Pallets 90 @ $7.00ea & | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 752.00 |
| Bill Pmt -Check | 03/20/2018 | 15009 | Del Ticket #24506 HT Block Pallets 72 @ $7.00ea & | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 428.00 |
| Bill Pmt -Check | 03/20/2018 | 18102 | Del Ticket #24393 HT Block Pallets 32 @ $7.00ea x 1 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 774.00 |
| Bill Pmt -Check | 03/20/2018 | 18103 | Del Ticket #24431 HT Block Pallets 85 @ $7.00ea | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 620.50 |
| Bill Pmt -Check | 04/03/2018 | 18183 | Del Ticket #24317 HT Reg Pallets 01 @ $7.00ea & H | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 755.00 |
| Bill Pmt -Check | 04/06/2018 | 18183 | Del Ticket #24312 HT Reg Pallets 72 @ $7.00ea & H | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 869.00 |
| Bill Pmt -Check | 04/11/2018 | 18163 | Del Ticket #24305 HT Reg Pallets 72 @ $7.00ea & H | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 636.00 |
| Bill Pmt -Check | 04/13/2018 | 18232 | Del Ticket #24303 HT Reg Pallets 62 @ $7.00ea & H | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 666.00 |
| Bill Pmt -Check | 04/17/2018 | 18238 | Del Ticket #24343 HT Reg Pallets 38 @ $7.00ea & H | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 360.00 |
| **Strickland Brothers Enterprises, Inc** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 5514 | BELTED CHAIN 29" x 42" x 11mm | 1035 - PNC - Operating Account | √ | 1029 - Operating - Southern Bank | | 5,314.45 |
| Bill Pmt -Check | 03/22/2018 | 17976 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 7,003.52 |
| Bill Pmt -Check | 03/29/2018 | 16494 | PO 57006 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,200.53 |
| **Sunbelt Rentals, Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/16/2018 | 17000 | FL RENT (2) SGR 226417B6 2284479 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 3,150.49 |
| Bill Pmt -Check | 03/15/2018 | 17876 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 2,104.63 |
| **Sunbelt Transport Co., Inc** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17801 | 201534 | 1036 - PNC - Operating Account | | 2031 - Vendor Payables | | 3,250.00 |
| Bill Pmt -Check | 02/22/2018 | 17076 | 201100 | 1036 - PNC - Operating Account | | 2031 - Vendor Payables | | 2,974.00 |
| Bill Pmt -Check | 03/15/2018 | 17877 | 202035 38 39 | 1036 - PNC - Operating Account | | 2031 - Vendor Payables | | 3,516.00 |
| Bill Pmt -Check | 03/22/2018 | 17979 | 201134 45 | 1036 - PNC - Operating Account | | 2031 - Vendor Payables | | 2,300.00 |
| **Suttontown Repair Service** | | | | | | | | |
| Bill Pmt -Check | 02/08/2018 | 17910 | 2016 TANOLL REP | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,791.63 |
| Bill Pmt -Check | 03/22/2018 | 17980 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 576.95 |
| **TaxPlus Systems** | | | | | | | | |
| Bill Pmt -Check | 02/02/2018 | 17449 | COMP EXP Dec 2017 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 6,336.25 |
| Bill Pmt -Check | 02/05/2018 | 17511 | COMP EXP JAN 2018 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 6,336.25 |
| Bill Pmt -Check | 03/15/2018 | 17879 | COMP EXP Feb 2018 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 6,336.25 |
| Bill Pmt -Check | 03/22/2018 | 17981 | | 1036 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 7,100.00 |

**Southern Produce Distributors, Inc.**
**Transaction List by Vendor**
January 1 through April 19, 2018

### The New York Produce Show And Conference.

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 02/26/2018 | 18056 | CTRCT PER 4/4/17-3/31/18 & OTHER COMP EXP | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 5,340.75 |
| Bill Pmt -Check | 04/12/2018 | 18213 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,305.00 |

### The Sign Shop

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 01/16/2018 | 17275 | 2018 The New York Produce Show & Conference | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 3,020.00 |

### Tiger/Swan

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 01/16/2018 | 17257 | Signs - 62-4"x4" and 2-12"x18" | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 294.00 |
| Bill Pmt -Check | 02/22/2018 | 17239 | Signs - 10 - 8" x 12" Emergency Exit Signs | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 126.00 |

### Tires Inc.

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 01/16/2018 | 17229 | Consulting Services by Halley Corley - Fielon Assets | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 3,020.00 |

### TNT Logistics

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 02/09/2018 | 17512 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,053.60 |
| Bill Pmt -Check | 04/05/2018 | 18116 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,336.10 |

### Tony B. Lee

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 01/26/2018 | 17338 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 5,353.00 |
| Bill Pmt -Check | 02/01/2018 | 17457 | 220522 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 2,050.00 |

### Texas LTD

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Bill Print -Check | 02/08/2018 | 17471 | HL205146 | 1035 - PNC - Operating Account | √ | 2102 - Grower Payables | | 13,000.00 |
| Bill Print -Check | 02/21/2018 | 17228 | PackOut Payments & 20180221 - SWIP Advance | 1035 - PNC - Operating Account | √ | 2102 - Grower Payables | | 300,000.00 |
| Bill Print -Check | 03/01/2018 | 17697 | 20180221 - SWIP Advance | 1035 - PNC - Operating Account | √ | 2102 - Grower Payables | | 78,000.00 |
| Bill Print -Check | 03/12/2018 | 17918 | | 1035 - PNC - Operating Account | √ | 2102 - Grower Payables | | 27,000.00 |

### Texas LTD

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Bill Print -Check | 02/01/2018 | 17427 | 4318 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 16,505.12 |
| Bill Print -Check | 02/20/2018 | 17002 | 4318 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 10,063.31 |
| Bill Print -Check | 03/06/2018 | 17501 | 4318 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 10,159.61 |
| Bill Print -Check | 03/15/2018 | 17879 | 4318 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 10,067.72 |
| Bill Print -Check | 03/22/2018 | 17882 | 4318 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 10,108.61 |

### Total Quality Logistics

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Bill Print -Check | 01/03/2018 | 17126 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 18,670.00 |
| Bill Print -Check | 01/25/2018 | 17352 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 16,506.00 |
| Bill Print -Check | 02/01/2018 | 17426 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 29,760.00 |
| Bill Print -Check | 02/12/2018 | 17613 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 20,464.00 |
| Bill Print -Check | 02/20/2018 | 17003 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 22,434.00 |
| Bill Print -Check | 02/27/2018 | 17664 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 16,468.00 |
| Bill Print -Check | 03/01/2018 | 17677 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 13,563.00 |
| Bill Print -Check | 03/01/2018 | 17723 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 9,018.00 |
| Bill Print -Check | 03/05/2018 | 17832 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 19,956.00 |
| Bill Print -Check | 03/15/2018 | 17880 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 10,263.00 |
| Bill Print -Check | 03/22/2018 | 17963 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 16,788.00 |
| Bill Print -Check | 03/29/2018 | 18086 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 24,780.00 |
| Bill Print -Check | 04/12/2018 | 18214 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 20,088.00 |

### Town of Faison

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Bill Print -Check | 01/05/2018 | 17184 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 554.54 |
| Bill Print -Check | 02/01/2018 | 17429 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 573.13 |
| Bill Print -Check | 03/06/2018 | 17853 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,159.07 |
| Bill Print -Check | 04/05/2018 | 18097 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,405.72 |

### Town of Faison - Tax Department

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Bill Print -Check | 02/16/2018 | 17225 | Advance to NGLA/Misc - 2017 Taxes Town of Faison | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 61.59 |

### Town of Warsaw

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Bill Print -Check | 01/05/2018 | 17185 | ACC 010 0000374-1 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 704.07 |
| Bill Print -Check | 02/15/2018 | 17567 | ACC 010 0000374-1 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 4,217.07 |
| Bill Print -Check | 03/05/2018 | 17854 | ACC 010-0000374-1 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 590.33 |
| Bill Print -Check | 04/06/2018 | 18151 | acc 010-0000374-1 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 394.18 |

### Toyota Industries Commercial Finance, Inc

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Bill Print -Check | 01/01/2018 | 17430 | 10283191 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 13,055.52 |
| Bill Print -Check | 02/15/2018 | 17604 | 10283191 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 13,055.59 |
| Bill Print -Check | 03/05/2018 | 17805 | 10283191 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 13,055.52 |
| Bill Print -Check | 03/29/2018 | 18098 | 10283191 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 15,229.59 |
| Bill Print -Check | 04/12/2018 | 18215 | 10283191 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 13,670.98 |

### Transit Transportation Services

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| Bill Print -Check | 02/01/2018 | 17431 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 10,188.00 |
| Bill Print -Check | 02/09/2018 | 17514 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 8,611.00 |
| Bill Print -Check | 02/15/2018 | 17605 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 2,260.00 |
| Bill Print -Check | 02/21/2018 | 17645 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 5,300.00 |
| Bill Print -Check | 02/22/2018 | 17679 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 6,683.00 |

1:59 PM
04/19/18

1:59 PM
04/19/18

**Southern Produce Distributors, Inc.**
**Transaction List by Vendor**
January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Tri-Lift, NC Inc.** | | | | | | | | |
| Bill Pmt -Check | 03/02/2018 | 17894 | 201418 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 2,870.00 |
| Bill Pmt -Check | 03/28/2018 | 18069 | 201995 07 98 673 69 70 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 3,021.00 |
| Bill Pmt -Check | 04/12/2018 | 18219 | 201804 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 2,045.00 |
| **Tri County Electric Membership Corp** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17363 | 25435 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,917.76 |
| Bill Pmt -Check | 03/29/2018 | 18080 | 25435 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 5,933.07 |
| **TriEast Irrigation** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17333 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 628.00 |
| Bill Pmt -Check | 02/15/2018 | 17606 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,283.00 |
| Bill Pmt -Check | 03/22/2018 | 17985 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,007.00 |
| Bill Pmt -Check | 04/19/2018 | 18281 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,166.00 |
| **Trinity Fresh Fruits** | | | | | | | | |
| Bill Pmt -Check | 02/13/2018 | 17817 | 0Check33 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 4,840.05 |
| Bill Pmt -Check | 04/12/2018 | 18217 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 4,896.15 |
| Bill Pmt -Check | 02/06/2018 | 0Check42 | QuickBooks generated zero amount transaction for bill 1035 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 0.00 | |
| Bill Pmt -Check | 02/27/2018 | 0Check42642 | QuickBooks generated zero amount transaction for bill 1035 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 0.00 | |
| Bill Pmt -Check | 02/27/2018 | 0Check42643 | QuickBooks generated zero amount transaction for bill 1035 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 0.00 | |
| Bill Pmt -Check | 02/27/2018 | 0Check42644 | QuickBooks generated zero amount transaction for bill 1035 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 0.00 | |
| Bill Pmt -Check | 02/27/2018 | 0Check42645 | QuickBooks generated zero amount transaction for bill 1035 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 0.00 | |
| Bill Pmt -Check | 02/27/2018 | 0Check42646 | QuickBooks generated zero amount transaction for bill 1035 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 0.00 | |
| Bill Pmt -Check | 02/28/2018 | 0Check42647 | QuickBooks generated zero amount transaction for bill 1035 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 0.00 | |
| **Turner Auto Parts** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17402 | 3070 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 3,342.86 |
| Bill Pmt -Check | 02/09/2018 | 17515 | 3070 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 3,752.00 |
| Bill Pmt -Check | 03/22/2018 | 18091 | 3070 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 4,796.96 |
| **Tyrrell County Tax Collector** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17168 | PARCEL 7079-27-001 2017 TAX | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 673.46 |
| Bill Pmt -Check | 04/16/2018 | | QuickBooks generated zero amount transaction for bill 1035 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | 0.00 | |
| **U.S. Security Associates, Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/01/2018 | 17424 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 7,845.62 |
| Bill Pmt -Check | 02/09/2018 | 17516 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 2,735.10 |
| Bill Pmt -Check | 02/16/2018 | 17637 | SEC URITY 01/05-01/11/2018 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,805.10 |
| Bill Pmt -Check | 02/22/2018 | 17850 | rec exp 01/12-01/18/2018 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,926.40 |
| Bill Pmt -Check | 03/08/2018 | 17805 | SEC EXP 01/19-01/25/2018 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,926.40 |
| Bill Pmt -Check | 03/15/2018 | 17881 | SEC EXP 01/26-02/01/2018 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,926.40 |
| Bill Pmt -Check | 03/22/2018 | 17988 | SEC EXP 02/02-02/08/2018 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,926.40 |
| Bill Pmt -Check | 03/29/2018 | 18082 | | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 5,779.20 |
| Bill Pmt -Check | 04/12/2018 | 18219 | SEC EXP 03/02-03/08-2018 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,926.40 |
| **UltraSource, LLC** | | | | | | | | |
| Bill Pmt -Check | 02/16/2018 | 17638 | 5026531 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 93.76 |
| **Unifirst Corporation** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17609 | 1183484 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,200.17 |
| Bill Pmt -Check | 03/29/2018 | 18083 | 1183484 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 436.39 |
| **United Refrigeration Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/22/2018 | 17240 | 1137910 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 5,600.00 |
| Bill Pmt -Check | 03/22/2018 | 17987 | 1137910 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 4,200.00 |
| **United States Postal Service** | | | | | | | | |
| Bill Pmt -Check | 01/03/2018 | 17250 | Stamps: 3-Rolls | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 150.00 |
| Bill Pmt -Check | 01/03/2018 | 17348 | Stamps: 2-Rolls | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 105.99 |
| Bill Pmt -Check | 02/16/2018 | 17618 | Stamps: 3-Rolls | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 153.10 |
| Bill Pmt -Check | 03/06/2018 | 17811 | Stamps: 3-Rolls | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 150.00 |
| Bill Pmt -Check | 03/29/2018 | 17995 | Stamps: 3-Rolls & 3-Day Domestic LA | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 157.40 |
| Bill Pmt -Check | 04/12/2018 | 18233 | Stamps: 3-Rolls & 3-Day Domestic LA | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 159.95 |
| **Universal Premium** | | | | | | | | |
| Bill Pmt -Check | 01/03/2018 | 17162 | GND000 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 738.64 |
| Bill Pmt -Check | 01/31/2018 | AC742016931 | GND000 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,705.05 |
| Bill Pmt -Check | 02/15/2018 | 17540 | GND000 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 163.10 |
| Bill Pmt -Check | 03/02/2018 | AC742026018 | GND000 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,915.62 |
| Bill Pmt -Check | 03/26/2018 | AC742026018 | GND000 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 2,857.03 |
| **Van Kampen Freight Services, Inc.** | | | | | | | | |
| Bill Pmt -Check | 01/25/2018 | 17341 | 200299 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 1,650.00 |
| **Vaughn Belting Company, INC.** | | | | | | | | |
| Bill Pmt -Check | 02/16/2018 | 17610 | PO 195953 | 1035 - PNC - Operating Account | √ | 2101 - Vendor Payables | | 83.63 |

# Southern Produce Distributors, Inc.
## Transaction List by Vendor
### January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Veritiv Operating Co.** | | | | | | | | |
| Bill Pmt -Check | 03/22/2018 | 17957 | PO 59953 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,314.70 |
| Bill Pmt -Check | 02/28/2018 | 17933 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 10,910.95 |
| Bill Pmt -Check | 03/15/2018 | 17962 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 5,514.62 |
| Bill Pmt -Check | 03/22/2018 | 17988 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 3,220.64 |
| Bill Pmt -Check | 03/29/2018 | 19004 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 89.72 |
| **Verizon Wireless** | | | | | | | | |
| Bill Pmt -Check | 03/01/2018 | 17455 | 3190690464-00001 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,689.09 |
| Bill Pmt -Check | 02/15/2018 | 17911 | 3190690464-00001 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,081.83 |
| Bill Pmt -Check | 03/22/2018 | 17989 | 3190690464-00001 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,007.64 |
| Bill Pmt -Check | 04/19/2018 | 18282 | 3190690464-00001 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,048.45 |
| **VWW, LLC** | | | | | | | | |
| Bill Pmt -Check | 04/12/2018 | 18219 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 4,314.20 |
| **Warren Farming Partnership** | | | | | | | | |
| Bill Pmt -Check | 02/02/2018 | 17439 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,743.88 |
| Bill Pmt -Check | 03/01/2018 | 17585 | HL2207746 | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 30,957.61 |
| Bill Pmt -Check | 03/07/2018 | 17745 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/14/2018 | 17834 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/22/2018 | 17912 | HL2204868 | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,002.00 |
| Bill Pmt -Check | 03/29/2018 | 19013 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 250.00 |
| Bill Pmt -Check | 04/05/2018 | 19150 | HL2209203 | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,692.81 |
| Bill Pmt -Check | 04/13/2018 | 18229 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 04/19/2018 | | QuickBooks generated zero amount transaction for bill | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | 0.00 | |
| **Warsaw Welding Service, Inc.** | | | | | | | | |
| Bill Pmt -Check | 03/22/2018 | 17930 | PO 56722 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 795.53 |
| Bill Pmt -Check | 03/29/2018 | 19008 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 978.36 |
| **Warwick Enterprises, Inc.** | | | | | | | | |
| Bill Pmt -Check | 02/15/2018 | 17912 | 200886 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,230.00 |
| **Waste Industries** | | | | | | | | |
| Bill Pmt -Check | 02/09/2018 | 17517 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,205.23 |
| Bill Pmt -Check | 02/15/2018 | 17913 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,667.12 |
| Bill Pmt -Check | 03/22/2018 | 17991 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,626.16 |
| Bill Pmt -Check | 03/29/2018 | 19009 | ACC 00091024 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 112.00 |
| Bill Pmt -Check | 04/12/2018 | 18220 | acc 000911244 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 112.00 |
| **Waters Agricultural Labs, Inc** | | | | | | | | |
| Bill Pmt -Check | 03/15/2018 | 17983 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 3,000.00 |
| Bill Pmt -Check | 03/22/2018 | 17982 | ACC 14892 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,675.00 |
| Bill Pmt -Check | 03/29/2018 | 19007 | ACC 14892 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,000.00 |
| Bill Pmt -Check | 04/12/2018 | 18221 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 5,025.00 |
| **Wayco Ham** | | | | | | | | |
| Bill Pmt -Check | 04/06/2018 | 18146 | 80 Xmas Hams $-8ba | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 5,534.40 |
| **Wayne A. Hildebrandt** | | | | | | | | |
| Bill Pmt -Check | 01/16/2018 | 17254 | Staples/ 2017 1099 Misc Forms | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 32.62 |
| **Wayne County Tax Collector** | | | | | | | | |
| Bill Pmt -Check | 02/05/2018 | 17466 | PARCEL NO. 2074349163 73a CLK POND ROAD | 1035 · PNC - Operating Account | √ | 2401 · Vendor Payables | | 21.67 |
| **West E Bailey Produce Co. -PPK** | | | | | | | | |
| Bill Pmt -Check | 03/01/2018 | | QuickBooks generated zero amount transaction for bill | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | 0.00 | |
| **West Carroll Parish Sheriff's Office** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17186 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 1,169.29 |
| **West Farms** | | | | | | | | |
| Bill Pmt -Check | 03/15/2018 | 17983 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 4,448.00 |
| Bill Pmt -Check | 04/19/2018 | 18263 | | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 14,400.00 |
| **Westmark Industries, Inc** | | | | | | | | |
| Bill Pmt -Check | 03/08/2018 | 17607 | 31622 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 6,386.34 |
| Bill Pmt -Check | 03/15/2018 | 17916 | 31622 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,461.73 |
| Bill Pmt -Check | 03/22/2018 | 18222 | 31622 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 2,983.66 |
| **WestRock** | | | | | | | | |
| Bill Pmt -Check | 01/05/2018 | 17132 | 3563 or 324966 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 28,685.42 |
| Bill Pmt -Check | 01/22/2018 | 17295 | 3563 or 324966 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 27,670.47 |
| Bill Pmt -Check | 02/01/2018 | 17455 | 3563 or 324966 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 33,369.00 |
| Bill Pmt -Check | 02/12/2018 | 17918 | 3563 or 324966 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 44,250.88 |
| Bill Pmt -Check | 02/20/2018 | 17814 | 3563 or 324966 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 47,031.26 |
| Bill Pmt -Check | 02/21/2018 | 17946 | 3563 or 324966 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 53,133.73 |
| Bill Pmt -Check | 02/22/2018 | 17981 | 3568 or 324966 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 67,853.76 |

**Southern Produce Distributors, Inc.**
**Transaction List by Vendor**
January 1 through April 19, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Williams Produce** | | | | | | | | |
| Bill Pmt -Check | 03/01/2018 | 17724 | 3593 or 324986 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 27,111.38 |
| Bill Pmt -Check | 03/15/2018 | 17609 | 3593 or 324986 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 27,350.24 |
| Bill Pmt -Check | 03/15/2018 | 17684 | 3593 or 324986 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 42,075.67 |
| Bill Pmt -Check | 03/21/2018 | 17903 | 3593 or 324986 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 56,612.49 |
| Bill Pmt -Check | 03/22/2018 | 17893 | 3593 or 324986 | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 27,586.15 |
| Bill Pmt -Check | 03/29/2018 | 18008 | 3593 or 324986 | 1035 · PNC - Operating Account | | 2101 · Vendor Payables | | 114,285.89 |
| Bill Pmt -Check | 04/06/2018 | 18147 | 3593 or 324986 | 1035 · PNC - Operating Account | | 2101 · Vendor Payables | | 8,464.00 |
| Bill Pmt -Check | 04/12/2018 | 18223 | 3593 or 324986 | 1035 · PNC - Operating Account | | 2101 · Vendor Payables | | 17,134.59 |
| **Willy Grady** | | | | | | | | |
| Bill Pmt -Check | 01/08/2018 | 17191 | 24351 - 140 Chep Pallets @ $5.00ea | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 700.00 |
| **Windy Creek Farms** | | | | | | | | |
| Bill Pmt -Check | 07/26/2018 | 17347 | Farm Land Rent 2018 Crop | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 7,012.50 |
| **Woody Thornton** | | | | | | | | |
| Bill Pmt -Check | 03/30/2018 | 17703 | Grower Advance Towards Pack/Cut Results | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 02/28/2018 | 17472 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 15,000.00 |
| Bill Pmt -Check | 03/06/2018 | 17703 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 10,000.00 |
| Bill Pmt -Check | 03/14/2018 | 17831 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 03/22/2018 | 17907 | | 1035 · PNC - Operating Account | √ | 2102 · Grower Payables | | 25,000.00 |
| Bill Pmt -Check | 04/16/2018 | 18246 | | 1035 · PNC - Operating Account | | 2102 · Grower Payables | | 10,000.00 |
| **Wyatt Roberts** | | | | | | | | |
| Bill Pmt -Check | 03/23/2018 | 17397 | 2018 Land Rent | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 18,200.00 |
| **Xeco Concrete** | | | | | | | | |
| Bill Pmt -Check | 03/23/2018 | 18002 | Bradshaw Farm - Well Pump Concrete Pad | 1035 · PNC - Operating Account | √ | 2101 · Vendor Payables | | 592.00 |

10:49 AM
04/11/18

# Southern Produce Distributors, Inc.
## Transaction List by Vendor
April 1, 2017 through April 11, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|------|------|-----|------|---------|-----|-------|-------|--------|
| **Howard Fisackerly** | | | | | | | | |
| Bill | 04/07/2017 | 14511 | EXP REI | 2101 · Vendor Payables | | -SPLIT- | | 32,482.62 |
| Bill | 05/08/2017 | 14774 | EXP REIM | 2101 · Vendor Payables | | -SPLIT- | | 32,416.76 |
| Bill | 06/07/2017 | 15039 | EXP REIM & 2101 · Vendor Payables | | | -SPLIT- | | 16,580.45 |
| Bill | 07/06/2017 | 15312 | | 2101 · Vendor Payables | | -SPLIT- | | 25,504.27 |
| Bill | 07/11/2017 | 15381 | EXP REIM | 2101 · Vendor Payables | | -SPLIT- | | 9,370.77 |
| Bill | 08/01/2017 | 15530 | EXP REIM | 2101 · Vendor Payables | | -SPLIT- | | 5,809.03 |
| Bill | 08/31/2017 | 15839 | | 2101 · Vendor Payables | | -SPLIT- | | 19,139.79 |
| Bill | 10/02/2017 | 16115 | | 2101 · Vendor Payables | | -SPLIT- | | 9,860.50 |
| Bill | 11/03/2017 | 16502 | EXP REIM | 2101 · Vendor Payables | | -SPLIT- | | 11,154.25 |
| Bill | 12/06/2017 | 16884 | EXP REIM | 2101 · Vendor Payables | | -SPLIT- | | 5,353.69 |
| Bill | 01/03/2018 | 17163 | EXP REIM | 2101 · Vendor Payables | | -SPLIT- | | 8,169.23 |
| | | | | | | | | 175,841.36 |

9:15 AM
04/11/18

## Southern Produce Distributors, Inc.
## Transaction List by Vendor
### April 1, 2017 through April 11, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Kelley Precythe** | | | | | | | | |
| Bill | 04/06/2017 | 20170406 | exp reim - pma orland fl and customer visits | 2101 · Vendor Payables | | 7030.1 · Auto -Admin | | 6,961.88 |
| Bill | 05/01/2017 | 20170501 | EXP REIM - PMA Food Svc | 2101 · Vendor Payables | | 7030.1 · Auto -Admin | | 2,743.29 |
| Bill | 05/19/2017 | 5/19/17 | | 2101 · Vendor Payables | | -SPLIT- | | 2,192.58 |
| Bill | 07/21/2017 | 20170721 | AUTO & TRAVEL REIM | 2101 · Vendor Payables | | 7780.1 · T&E - Travel | | 12,005.82 |
| Bill | 07/21/2017 | 20170722 | auto reim - wash | 2101 · Vendor Payables | | 7030.1 · Auto -Admin | | 30.00 |
| Bill | 08/22/2017 | 20170822 | EXP REIM - PMA and Northeast Customer Vists | 2101 · Vendor Payables | | 7030.1 · Auto -Admin | | 8,326.83 |
| Bill | 09/13/2017 | 20170913 | EXP REIM - PMA & MONTEREY, CA TRIPS | 2101 · Vendor Payables | | -SPLIT- | | 6,730.56 |
| Bill | 09/14/2017 | 20170914 | EXP REIM - UL, FRANCE AND HOLLAN TRIPS | 2101 · Vendor Payables | | -SPLIT- | | 14,926.85 |
| Bill | 10/26/2017 | 20171026 | EXP REIM - UK, France Travel, Domestic Customer Travel, Tahoe | 2101 · Vendor Payables | | 7780.1 · T&E - Travel | | 14,231.48 |
| Bill | 11/21/2017 | 20171121 | EXP REIM - Customer Vists and PMA New Orleans | 2101 · Vendor Payables | | 7240 · Dues & Subscriptions | | 10,985.44 |
| Bill | 01/15/2018 | 20180115 | 20180115 - TRAVEL EXP REIM | 2101 · Vendor Payables | | 7780.1 · T&E - Travel | | 15,570.23 |
| Bill | 02/08/2018 | 20170208 | Reimburse Cash Bonus given to Dewey Bally by Kelley Precythe | 2101 · Vendor Payables | | 5020.2 · Salaries & Wages Packing - SWP | | 10,000.00 |
| Bill | 02/12/2018 | 20170212 | Reimburse Cash Conversion - Berlin Business Trip | 2101 · Vendor Payables | | 7780.1 · T&E - Travel | | 1,500.00 |
| Bill | 03/07/2018 | 20180307 | Reimbursement NYC & FL Trade Shows & Rain Gauges | 2101 · Vendor Payables | | -SPLIT- | | 1,399.35 |
| Bill | 03/23/2018 | 20180323 | Reimbursement FL Grower Visit | 2101 · Vendor Payables | | -SPLIT- | | 3,672.09 |
| | | | | | | | | 111,276.20 |

Note: the detail breakdown by account to the right is as posted in our set of books [QBs].

10:49 AM
04/11/18

## Southern Produce Distributors, Inc.
## Transaction List by Vendor
### April 1, 2017 through April 11, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|------|------|-----|------|---------|-----|-------|-------|--------|
| **Sterling Cook** | | | | | | | | |
| Bill | 04/01/2017 | March Cell | | 2101 · Vendor Payables | | 7750.2 · Cellular Telephone | | 270.23 |
| Bill | 04/30/2017 | April Cell | | 2101 · Vendor Payables | | 7750.2 · Cellular Telephone | | 255.25 |
| Bill | 06/30/2017 | May thru July | | 2101 · Vendor Payables | | 7750.2 · Cellular Telephone | | 732.09 |
| Bill | 11/06/2017 | August thru October | | 2101 · Vendor Payables | | 7750.2 · Cellular Telephone | | 962.37 |
| Bill | 11/27/2017 | Pizza for Warehouse | | 2101 · Vendor Payables | | 7780.3 · T&E - Meals & Enter Employees | | 198.14 |
| Bill | 12/28/2017 | November Cell | | 2101 · Vendor Payables | | 7750.2 · Cellular Telephone | | 290.71 |
| Bill | 01/05/2018 | Oil Change & Cell Ph | | 2101 · Vendor Payables | | -SPLIT- | | 457.98 |
| | | | | | | | | 3,166.77 |

11:13 AM
04/11/18

# Southern Produce Distributors, Inc.
## Transaction List by Vendor
### April 1, 2017 through April 11, 2018

## Sterling Cook

### US Airways Mastercard

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|------|------|-----|------|---------|-----|-------|-------|--------|
| Bill | 05/04/2017 | 2/4/17-3/3/17 | | 2101 · Vendor Payables | | -SPLIT- | | 1,085.27 |
| Bill | 05/04/2017 | 3/4/17-4/3/17 | | 2101 · Vendor Payables | | -SPLIT- | | 2,768.06 |
| Bill | 06/02/2017 | 4/4/17-5/3/17 | | 2101 · Vendor Payables | | -SPLIT- | | 12,550.90 |
| Bill | 06/30/2017 | 6/4/17-7/3/17 | | 2101 · Vendor Payables | | -SPLIT- | | 2,061.51 |
| Bill | 07/07/2017 | 5/4/17-6/3/17 | | 2101 · Vendor Payables | | -SPLIT- | | 9,369.00 |
| Bill | 07/31/2017 | 7/4/17-8/3/17 | | 2101 · Vendor Payables | | -SPLIT- | | 11,894.34 |
| Bill | 09/09/2017 | 8/4/17-9/3/17 | | 2101 · Vendor Payables | | -SPLIT- | | 7,195.96 |
| Bill | 11/28/2017 | 9/4/17-10/3/17 | | 2101 · Vendor Payables | | -SPLIT- | | 5,452.72 |
| Bill | 11/28/2017 | 10/4/17-11/3/17 | | 2101 · Vendor Payables | | -SPLIT- | | 13,959.80 |
| | | | | | | | | 66,337.56 |

ACH ACH ACH ACH ACH ACH ACH ACH ACH

# Southern Produce Distributors, Inc.
## Transaction List by Vendor
April 1, 2017 through April 11, 2018

| Type | Date | Num | Memo | Account | Clr | Split | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| **Brenda  Oglesby** | | | | | | | | |
| Bill | 04/14/2017 | 4/14/17 | | 2101 · Vendor Payables | | 7780.1 · T&E - Travel | | 2,181.31 |
| Bill | 05/15/2017 | 20170516 | EXP REIM | 2101 · Vendor Payables | | -SPLIT- | | 3,317.22 |
| Bill | 06/14/2017 | 6/14/17 | | 2101 · Vendor Payables | | 7780.1 · T&E - Travel | | 6,029.45 |
| Bill | 07/04/2017 | 20170714 | EXP REIM | 2101 · Vendor Payables | | -SPLIT- | | 1,744.61 |
| Bill | 08/23/2017 | | | 2101 · Vendor Payables | | -SPLIT- | | 4,000.69 |
| Bill | 09/15/2017 | 20170915 | EXP REIM | 2101 · Vendor Payables | | -SPLIT- | | 10,233.18 |
| Bill | 10/18/2017 | 9/18/17 | | 2101 · Vendor Payables | | 7780.1 · T&E - Travel | | 3,299.97 |
| Bill | 11/16/2017 | 20171116 | EXP REIM | 2101 · Vendor Payables | | -SPLIT- | | 3,835.11 |
| Bill | 12/15/2017 | | | 2102 · Grower Payables | | 7780.1 · T&E - Travel | | 972.77 |
| Bill | 01/17/2018 | 20180117 | EXP REIM | 2101 · Vendor Payables | | -SPLIT- | | 2,828.38 |
| Bill | 02/14/2018 | 20180214 | EXP REIM | 2101 · Vendor Payables | | -SPLIT- | | 916.86 |
| Bill | 03/19/2018 | 20180319 | EXP REIM | 2101 · Vendor Payables | | -SPLIT- | | 3,842.56 |
| Bill | 03/26/2018 | | AFLAC DEDUCTION | 2101 · Vendor Payables | | -SPLIT- | | 51.42 |
| Bill | 04/19/2018 | 18242 | EXP REIM | 2101 · Vendor Payables | | -SPLIT- | 1,350.00 | 2,360.18 |

7:57 AM
03/28/18
Accrual Basis

## Southern Produce Distributors, Inc.
### General Ledger
As of March 28, 2018

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **1155 · Note Receivables** | | | | | | | | |
| **1155.9 · N/R Stewart Precythe Estate** | | | | | | | | |
| Bill | 10/09/2017 | 174820 | Southern Wayne Plumbing & Reps Mobile Home Behind Plant - Rental task | 2101 · Vendor Payables | 200.00 | | 90,120.00 |
| Bill | 10/11/2017 | 20171011-2 | Quitoz Lawn Care & Garden Maint | LAWN PATRDA 8/05-9/12-2017 2101 · Vendor Payables | 110.00 | | 90,320.00 |
| Bill | 10/11/2017 | 20171011-3 | Quitoz Lawn Care & Garden Maint | PATRDA LAWN 9/19-9/26-2017 2101 · Vendor Payables | 110.00 | | 90,430.00 |
| Bill | 10/10/2017 | 20171016 | Select Bank & Trust | Blln Rent Payment for Select Bank - 10/1 2101 · Vendor Payables | 45,000.00 | | 90,540.00 |
| General Journal | 12/01/2017 | 2350 | | Reclass DSP 04/24/2017 Bill Bln Rent Pt 2070 · Note Payable - Select Bank | | 45,000.00 | 135,540.00 |
| General Journal | 12/01/2017 | 2350 | | Reclass Select Bank 09/05/2017 Bill 201 2070 · Note Payable - Select Bank | | 45,000.00 | 90,540.00 |
| General Journal | 12/01/2017 | 2350 | | Reclass Select Bank 10/16/2017 Bill 201 2070 · Note Payable - Select Bank | | 45,000.00 | 540.00 |
| **Total 1155.9 · N/R Stewart Precythe Estate** | | | | | | 45,420.00 | 135,000.00 | 540.00 |
| **Total 1155 · Note Receivables** | | | | | | 45,420.00 | 135,000.00 | 540.00 |
| **TOTAL** | | | | | | 45,420.00 | 135,000.00 | 540.00 |

7:03 AM
03/29/19
Accrual Basis

## Southern Produce Distributors, Inc.
### General Ledger
As of March 29, 2018

**1155 · Note Receivables**
**1155.7 · Note Rec - NCLM**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| General Journal | 03/03/2017 | 2219 | | 20170303 Digging - H2A | -SPLIT- | 5,733.57 | | 284,362.26 |
| General Journal | 03/03/2017 | 2218 | | PR 20170603/01 H2A | 1026 - Payroll Acct - Southern Bank | 5,432.99 | | 268,352.26 |
| General Journal | 08/15/2017 | 2243 | | 20170915 Digging - H2A | -SPLIT- | 6,786.09 | | 274,085.83 |
| Bill | 10/27/2017 | 2028350 | John Deere Financial - 89770 | Repair John Deere 8530 RW8330/PO172 | 2101 - Vendor Payables | 2,779.69 | | 279,238.79 |
| Credit | 10/31/2017 | Offset from N/R | NC LaMas Farms | Offset from N/R | 2102 - Grower Payables | | 286,027.88 | 286,027.88 |
| Bill | 01/03/2018 | 2018 Land Rent | Mary Jo Loflin | 2018 Land Rent | 2102 - Grower Payables | 8,460.00 | | 288,807.57 |
| Bill | 02/01/2018 | 2017-5351 | Duplin County Tax Department | DSP & NC LaMas ACG NO. 7032005 2 | 2101 - Vendor Payables | 3,756.75 | | 2,779.69 |
| Bill | 02/01/2018 | 2386 | Agriculture Program Services, Inc. | Duplin & Sampson estimated acres qty | 2101 - Vendor Payables | 1,512.50 | | 11,239.69 |
| Bill | 02/16/2018 | 20180216 | NC LaMas Farms | Advance to NC LaMas: Alliance AChs at | 2102 - Grower Payables | 8,000.00 | | 14,996.44 |
| Bill | 02/16/2018 | 20180216 | Town of Faison - Tax Department | Advance to NC LaMas - 2017 Taxes Tow | 2101 - Vendor Payables | 51.58 | | 16,508.94 |
| Bill | 02/20/2019 | 2017 NAP Premium Filed | Duplin County Farm Service Agency | 2017 NAP Premium Filed | 2101 - Vendor Payables | 9,563.00 | | 24,508.94 |
| Bill | 02/28/2019 | Sampson | Agriculture Program Services, Inc. | Sampson County NAP 2018 | 2101 - Vendor Payables | 250.00 | | 24,560.52 |
| Bill | 02/28/2019 | Duplin | Agriculture Program Services, Inc. | Duplin County NAP 2018 | 2101 - Vendor Payables | 250.00 | | 31,123.52 |
| Bill | 02/28/2019 | 20180229 | Duplin County Farm Service Agency | 2018 NAP Premium Duplin County | 2101 - Vendor Payables | 250.00 | | 31,373.52 |
| Bill | 02/28/2019 | 20180228 | Sampson County Farm Service Agency | Sampson County Farm Service Agency 2 | 2101 - Vendor Payables | 250.00 | | 31,623.52 |
| Bill | 03/01/2019 | 20180301 | NC Sweet Potato Commission | 2017 Acerage Fees Duplin CO 656.56 @ | 2101 - Vendor Payables | 13,897.50 | | 31,673.52 |
| Bill | 03/12/2018 | 20180301a | NC Sweet Potato Commission | 2017 Acerage Fees Late Payment Penal | 2101 - Vendor Payables | 1,526.73 | | 32,123.52 |
| Bill | 03/23/2018 | 2018 Land Rent | Wyatt Roberts | 50 Acres at $180 per | 2101 - Vendor Payables | 16,200.00 | | 46,021.02 |
| | | | | | | | | 47,546.75 |
| | | | | | | 81,425.37 | 286,027.88 | 63,746.75 |
| **Total 1155.7 · Note Rec - NCLM** | | | | | | 81,425.37 | 286,027.88 | 63,746.75 |
| **Total 1155 · Note Receivables** | | | | | | 81,425.37 | 286,027.88 | 63,746.75 |
| **TOTAL** | | | | | | 81,425.37 | 286,027.88 | 63,746.75 |

7:52 AM
03/22/18
Accrual Basis

## Southern Produce Distributors, Inc.
### General Ledger
#### As of March 29, 2018

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Balance |
|------|------|-----|------|------|-------|-------|--------|---------|
| **1155 · Note Receivables** | | | | | | | | 0.00 |
| **1155.5 · Note Rec - Precythe Properties** | | | | | | | | 0.00 |
| Bill | 03/01/2018 | 142243 | TriEast Irrigation | TriEast Irrigation - Bradiwell Farm | 2101 · Vendor Payables | 4,896.15 | | 4,896.15 |
| Bill | 03/01/2018 | 142242 | TriEast Irrigation | TriEast Irrigation - Bradiwell Farm | 2101 · Vendor Payables | 19,986.47 | | 24,072.62 |
| Bill | 03/01/2018 | 140973 | TriEast Irrigation | TriEast Irrigation - Bradiwell Farm | 2101 · Vendor Payables | 14,560.35 | | 38,452.97 |
| Bill | 03/01/2018 | 8913 | TriEast Irrigation | TriEast Irrigation Statement Finance Chai | 2101 · Vendor Payables | 68.71 | | 38,521.68 |
| Bill | 03/19/2018 | Bradshaw Farm Well | Borehola Well Drilling & Pump Servic | Bradshaw Farm Deep Well 40hp Pump | 2101 · Vendor Payables | 19,021.50 | | 58,543.18 |
| Bill | 03/23/2018 | 20180323 | David Pennington Construction | Bradshaw Farm Wellhouse Concrete Worl | 2101 · Vendor Payables | 500.00 | | 59,043.18 |
| Bill | 03/26/2018 | 9862 | Xeon Concrete | Bradshaw Farm - Well Pump Concrete Pa | 2101 · Vendor Payables | 592.00 | | 59,635.18 |
| **Total 1155.5 · Note Rec - Precythe Properties** | | | | | | 59,635.18 | 0.00 | 59,635.18 |
| **Total 1155 · Note Receivables** | | | | | | 59,635.18 | 0.00 | 59,635.18 |
| **TOTAL** | | | | | | 59,635.18 | 0.00 | 59,635.18 |

*Brenda Oglesby*   SAL   Gross   Start   End   CK date   CK#

← $\phi$ = Direct Deposit

| "Company Code" "Em | | | Name | | Gross | Start | End | CK Date | CK# |
|---|---|---|---|---|---|---|---|---|---|
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2029.56" | "04/03/201 7" | "04/09/201 7" | "04/12/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2029.56" | "04/10/201 7" | "04/16/201 7" | "04/19/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2029.56" | "04/17/201 7" | "04/23/201 7" | "04/26/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "04/24/201 7" | "04/30/201 7" | "05/03/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "05/01/201 7" | "05/07/201 7" | "05/10/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "05/08/201 7" | "05/14/201 7" | "05/17/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "05/15/201 7" | "05/21/201 7" | "05/24/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "05/22/201 7" | "05/28/201 7" | "05/31/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2884.80" | "05/29/201 7" | "06/04/201 7" | "06/07/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "06/05/201 7" | "06/11/201 7" | "06/14/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "06/12/201 7" | "06/18/201 7" | "06/21/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "06/19/201 7" | "06/25/201 7" | "06/28/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "06/26/201 7" | "07/02/201 7" | "07/05/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2884.80" | "07/03/201 7" | "07/09/201 7" | "07/12/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "07/10/201 7" | "07/16/201 7" | "07/19/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "07/17/201 7" | "07/23/201 7" | "07/26/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "07/24/201 7" | "07/30/201 7" | "08/02/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "07/31/201 7" | "08/06/201 7" | "08/09/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "08/07/201 7" | "08/13/201 7" | "08/16/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "08/14/201 7" | "08/20/201 7" | "08/23/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "08/21/201 7" | "08/27/201 7" | "08/30/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "08/28/201 7" | "09/03/201 7" | "09/06/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "09/04/201 7" | "09/10/201 7" | "09/13/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "09/11/201 7" | "09/17/201 7" | "09/20/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "09/18/201 7" | "09/24/201 7" | "09/27/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "09/25/201 7" | "10/01/201 7" | "10/04/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "10/02/201 7" | "10/08/201 7" | "10/11/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "10/09/201 7" | "10/15/201 7" | "10/18/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "10/16/201 7" | "10/22/201 7" | "10/25/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "10/23/201 7" | "10/29/201 7" | "11/01/201 7" | "0" |
| "B5695" B | " | 101" | "Oglesby, Brenda R" | "2403.85" | "7212.00" | "10/30/201 7" | "11/05/201 7" | "11/08/201 7" | "57812" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "10/30/201 7" | "11/05/201 7" | "11/08/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "11/06/201 7" | "11/12/201 7" | "11/15/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "11/13/201 7" | "11/19/201 7" | "11/22/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "11/20/201 7" | "11/26/201 7" | "11/29/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "11/27/201 7" | "12/03/201 7" | "12/06/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "12/04/201 7" | "12/10/201 7" | "12/13/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "12/11/201 7" | "12/17/201 7" | "12/20/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "12/25/201 7" | "12/31/201 7" | "12/27/201 7" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2884.80" | "12/25/201 7" | "12/31/201 7" | "01/03/201 8" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "01/01/201 8" | "01/07/201 8" | "01/10/201 8" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "01/08/201 8" | "01/14/201 8" | "01/17/201 8" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "01/15/201 8" | "01/21/201 8" | "01/24/201 8" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "01/22/201 8" | "01/28/201 8" | "01/31/201 8" | "0" |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "01/29/201 8" | "02/04/201 8" | "02/07/201 8" | "0" |

Gross is Old Salary

Bonus  486.95

Bonus  484.95

Bonus  7212 ℃

1 of 2

Oglesby

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "02/05/201 8" | "02/11/201 8" | "02/14/201 8" | "0" | | | | |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "02/12/201 8" | "02/18/201 8" | "02/21/201 8" | "0" | | | | |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "02/19/201 8" | "02/25/201 8" | "02/28/201 8" | "0" | | | | |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "02/26/201 8" | "03/04/201 8" | "03/07/201 8" | "0" | | | | |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "03/05/201 8" | "03/11/201 8" | "03/14/201 8" | "0" | | | | |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "03/12/201 8" | "03/18/201 8" | "03/21/201 8" | "0" | | | | |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "03/19/201 8" | "03/25/201 8" | "03/28/201 8" | "0" | | | | |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403 85" | "03/26/201 8" | "04/01/201 8" | "04/04/201 8" | "0" | | | | |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "04/02/201 8" | "04/08/201 8" | "04/11/201 8" | "0" | | | | |
| "B5695" | " | 101" | "Oglesby, Brenda R" | "2403.85" | "2403.85" | "04/09/201 8" | "04/15/201 8" | "04/18/201 8" | "0" | | | | |

2 of 2

*Kelley Precythe*     *SAC*   *Gross*   *Strt*   *End*   *CK dte*   *CK#*    *Direct Deposit*

| "Company Code" "Em..." | | "115" | "Precythe, Kelley S" | "3846.16" | "2029.56" | "04/03/201 7" | "04/09/201 7" | "04/12/201 7" | | "0" | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "2029.56" | "04/10/201 7" | "04/16/201 7" | "04/19/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "2029.56" | "04/17/201 7" | "04/23/201 7" | "04/26/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653.85" | "04/24/201 7" | "04/30/201 7" | "05/03/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846 16" | "3653.85" | "05/01/201 7" | "05/07/201 7" | "05/10/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653.85" | "05/08/201 7" | "05/14/201 7" | "05/17/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653.85" | "05/15/201 7" | "05/21/201 7" | "05/24/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846 16" | "3653 85" | "05/22/201 7" | "05/28/201 7" | "05/31/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846 16" | "3653 85" | "05/29/201 7" | "06/04/201 7" | "06/07/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846 16" | "3653 85" | "06/05/201 7" | "06/11/201 7" | "06/14/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653.85" | "06/12/201 7" | "06/18/201 7" | "06/21/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846 16" | "3653.85" | "06/19/201 7" | "06/25/201 7" | "06/28/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846 16" | "3653.85" | "06/26/201 7" | "07/02/201 7" | "07/05/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846 16" | "3653 85" | "07/03/201 7" | "07/09/201 7" | "07/12/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846 16" | "3653 85" | "07/10/201 7" | "07/16/201 7" | "07/19/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846 16" | "3653 85" | "07/17/201 7" | "07/23/201 7" | "07/26/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653.85" | "07/24/201 7" | "07/30/201 7" | "08/02/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846 16" | "3653.85" | "07/31/201 7" | "08/06/201 7" | "08/09/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653.85" | "08/07/201 7" | "08/13/201 7" | "08/16/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653.85" | "08/14/201 7" | "08/20/201 7" | "08/23/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653,85" | "08/21/201 7" | "08/27/201 7" | "08/30/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653,85" | "08/28/201 7" | "09/03/201 7" | "09/06/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653 85" | "09/04/201 7" | "09/10/201 7" | "09/13/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846 16" | "3653.85" | "09/11/201 7" | "09/17/201 7" | "09/20/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653 85" | "09/18/201 7" | "09/24/201 7" | "09/27/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653.85" | "09/25/201 7" | "10/01/201 7" | "10/04/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653.85" | "10/02/201 7" | "10/08/201 7" | "10/11/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653 85" | "10/09/201 7" | "10/15/201 7" | "10/18/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653 85" | "10/16/201 7" | "10/22/201 7" | "10/25/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653.85" | "10/23/201 7" | "10/29/201 7" | "11/01/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653.85" | "10/30/201 7" | "11/05/201 7" | "11/08/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846 16" | "3653.85" | "11/06/201 7" | "11/12/201 7" | "11/15/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3653 85" | "11/13/201 7" | "11/19/201 7" | "11/22/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846 16" | "3653.85" | "11/20/201 7" | "11/26/201 7" | "11/29/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3807.69" | "11/27/201 7" | "12/03/201 7" | "12/06/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3807.69" | "12/04/201 7" | "12/10/201 7" | "12/13/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846 16" | "3807 69" | "12/11/201 7" | "12/17/201 7" | "12/20/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3807.69" | "12/25/201 7" | "12/31/201 7" | "12/27/201 7" | 7 | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846 16" | "0.00" | "01/01/201 7" | "12/31/201 7" | "12/31/201 7" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "-5364.49" | "01/01/201 7" | "12/31/201 7" | "12/31/201 7" | | "59194" | Deleted | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "-5364.49" | "01/01/201 7" | "12/31/201 7" | "12/31/201 7" | | "59194" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3807 69" | "12/25/201 7" | "12/31/201 7" | "01/03/201 8" | ? | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3807.69" | "01/01/201 8" | "01/07/201 8" | "01/10/201 8" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3807.69" | "01/08/201 8" | "01/14/201 8" | "01/17/201 8" | | "0" | | | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3807.69" | "01/15/201 8" | "01/21/201 8" | "01/24/201 8" | | "0" | | | | | |

*1 of 2*

Kelley Precythe

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3807.69" | "01/22/201 8" | "01/28/201 8" | "01/31/201 8" | "0" | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3807.69" | "01/29/201 8" | "02/04/201 8" | "02/07/201 8" | "0" | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3807.69" | "02/05/201 8" | "02/11/201 8" | "02/14/201 8" | "0" | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3807.69" | "02/12/201 8" | "02/18/201 8" | "02/21/201 8" | "0" | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3846.16" | "02/19/201 8" | "02/25/201 8" | "02/28/201 8" | "0" | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3846.16" | "02/26/201 8" | "03/04/201 8" | "03/07/201 8" | "0" | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3846.16" | "03/05/201 8" | "03/11/201 8" | "03/14/201 8" | "0" | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3846.16" | "03/12/201 8" | "03/18/201 8" | "03/21/201 8" | "0" | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3846.16" | "03/19/201 8" | "03/25/201 8" | "03/28/201 8" | "0" | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3846.16" | "03/26/201 8" | "04/01/201 8" | "04/04/201 8" | "0" | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3846.16" | "04/02/201 8" | "04/08/201 8" | "04/11/201 8" | "0" | | | |
| "B5695" | " | 115" | "Precythe, Kelley S" | "3846.16" | "3846.16" | "04/09/201 8" | "04/15/201 8" | "04/18/201 8" | "0" | | | |

_Sterling Cook_

CK# ✓ Φ = Direct Deposit

| Company Code "Emp... | | | Sal | Gross | Start | End | CKDate | CK# |
|---|---|---|---|---|---|---|---|---|
| "Company Code" "Em | " | 119" | "0.00" | "3160.82' | "04/03/201 7" | "04/09/201 | "04/12/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3160.82' | "04/10/201 7" | "04/16/201 | "04/19/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3160.82' | "04/17/201 7" | "04/23/201 | "04/26/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "04/24/201 7" | "04/30/201 | "05/03/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "05/01/201 7" | "05/07/201 | "05/10/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "05/08/201 7" | "05/14/201 | "05/17/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "05/15/201 7" | "05/21/201 | "05/24/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "05/22/201 7" | "05/28/201 | "05/31/201 | "0" |
| "B5695" | " | 119" | "0.00" | "4153.85' | "05/29/201 7" | "06/04/201 | "06/07/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "06/05/201 7" | "06/11/201 | "06/14/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "06/12/201 7" | "06/18/201 | "06/21/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "06/19/201 7" | "06/25/201 | "06/28/201 | "0" |
| "B5695" | " | 119" | "0.00" | "4153.85' | "07/03/201 7" | "07/09/201 | "07/12/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "07/10/201 7" | "07/16/201 | "07/19/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "07/17/201 7" | "07/23/201 | "07/26/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "07/24/201 7" | "07/30/201 | "08/02/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "07/31/201 7" | "08/06/201 | "08/09/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "08/07/201 7" | "08/13/201 | "08/16/201 | "0" |
| "B5695" | " | 119" | "0.00" | "6923.08" | "08/14/201 7" | "08/20/201 | "08/23/201 | "54708" |
| "B5695" | " | 119" | "0.00" | "-6923.08" | "08/14/201 7" | "08/20/201 | "08/25/201 | "54708" |
| "B5695" | " | 119" | "0.00" | "6923.08" | "08/14/201 7" | "08/20/201 | "08/25/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "08/21/201 7" | "08/27/201 | "08/30/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "08/28/201 7" | "09/03/201 | "09/06/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "09/04/201 7" | "09/10/201 | "09/13/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "09/11/201 7" | "09/17/201 | "09/20/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "09/18/201 7" | "09/24/201 | "09/27/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "09/25/201 7" | "10/01/201 | "10/04/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "10/02/201 7" | "10/08/201 | "10/11/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "10/09/201 7" | "10/15/201 | "10/18/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "10/16/201 7" | "10/22/201 | "10/25/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "10/23/201 7" | "10/29/201 | "11/01/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "10/30/201 7" | "11/05/201 | "11/08/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "11/06/201 7" | "11/12/201 | "11/15/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "11/13/201 7" | "11/19/201 | "11/22/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "11/20/201 7" | "11/26/201 | "11/29/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "11/27/201 7" | "12/03/201 | "12/06/201 | "0" |
| "B5695" | " | 119" | "0.00" | "5538.46" | "12/04/201 7" | "12/10/201 | "12/13/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "12/11/201 7" | "12/17/201 | "12/20/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "12/25/201 7" | "12/31/201 | "12/27/201 | "0" |
| "B5695" | " | 119" | "0.00" | "17415.97" | "01/01/201 7" | "12/31/201 | "12/31/201 | "59185" |
| "B5695" | " | 119" | "0.00" | "0.00" | "01/01/201 7" | "12/31/201 | "12/31/201 | "0" |
| "B5695" | " | 119" | "0.00" | "-17415.97" | "01/01/201 7" | "12/31/201 | "12/31/201 | "59185" |
| "B5695" | " | 119" | "0.00" | "3461.55" | "12/25/201 7" | "12/31/201 | "01/03/201 | "0" |
| "B5695" | " | 119" | "0.00" | "3461.54' | "01/01/201 8" | "01/07/201 8" | "01/10/201 8" | "0" |

Bonus 682.00

Bonus 682.00

Void (54708)

Bonus 2076.92

Void (59185)

1 of 2

Sterling Cook

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| "B5695" | " 119" | "Cook, Robert S" | "0.00" | "3461.53" | "01/08/201 8" | "01/14/201 8" | "01/17/201 8" | "59217" |
| "B5695" | " 119" | "Cook, Robert S" | "0.00" | "3461.54" | "01/15/201 8" | "01/21/201 8" | "01/24/201 8" | "59359" |
| "B5695" | " 119" | "Cook, Robert S" | "0.00" | "3461.54" | "01/15/201 8" | "01/21/201 8" | "01/24/201 8" | "59477" |
| "B5695" | " 119" | "Cook, Robert S" | "0.00" | "-3461.54" | "01/15/201 8" | "01/21/201 8" | "01/24/201 8" | "59359" |
| "B5695" | " 119" | "Cook, Robert S" | "0.00" | "3461.54" | "01/22/201 8" | "01/28/201 8" | "02/02/201 8" | "59615" |
| "B5695" | " 119" | "Cook, Robert S" | "0.00" | "3461.54" | "01/29/201 8" | "02/04/201 8" | "02/07/201 8" | "59636" |
| "B5695" | " 119" | "Cook, Robert S" | "0.00" | "692.31" | "02/05/201 8" | "02/11/201 8" | "02/14/201 8" | "59773" |
| "B5695" | " 119" | "Cook, Robert S" | "0.00" | "3461.54" | "02/12/201 8" | "02/18/201 8" | "02/21/201 8" | "59906" |

Balance of Vac
" of Vac

2 of 2

*Howard Fisackerly Sal   Gross   Start   End   CKDate   CK#   CD = Direct Deposit*

| Company Code "Em | | | Gross | Start | End | CKDate | CK# | CD | |
|---|---|---|---|---|---|---|---|---|---|
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "04/03/201 7" | "04/09/201 7" | "04/12/201 7" | "0" | "40.00" | "04/12/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "04/10/201 7" | "04/16/201 7" | "04/19/201 7" | "0" | "40.00" | "04/19/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "04/17/201 7" | "04/23/201 7" | "04/26/201 7" | "0" | "40.00" | "04/26/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "04/24/201 7" | "04/30/201 7" | "05/03/201 7" | "0" | "40.00" | "05/03/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "05/01/201 7" | "05/07/201 7" | "05/10/201 7" | "0" | "40.00" | "05/10/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "05/08/201 7" | "05/14/201 7" | "05/17/201 7" | "0" | "40.00" | "05/17/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "05/15/201 7" | "05/21/201 7" | "05/24/201 7" | "0" | "40.00" | "05/24/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "05/22/201 7" | "05/28/201 7" | "05/31/201 7" | "0" | "40.00" | "05/31/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.89" | "05/29/201 7" | "06/04/201 7" | "06/07/201 7" | "0" | "40.00" | "06/07/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "06/05/201 7" | "06/11/201 7" | "06/14/201 7" | "0" | "40.00" | "06/14/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "06/12/201 7" | "06/18/201 7" | "06/21/201 7" | "0" | "40.00" | "06/21/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "06/19/201 7" | "06/25/201 7" | "06/28/201 7" | "0" | "40.00" | "06/28/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "06/26/201 7" | "07/02/201 7" | "07/05/201 7" | "0" | "40.00" | "07/05/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3659.86" | "07/03/201 7" | "07/09/201 7" | "07/12/201 7" | "0" | "40.00" | "07/12/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "07/10/201 7" | "07/16/201 7" | "07/19/201 7" | "0" | "40.00" | "07/19/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "07/17/201 7" | "07/23/201 7" | "07/26/201 7" | "0" | "40.00" | "07/26/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "07/24/201 7" | "07/30/201 7" | "08/02/201 7" | "0" | "40.00" | "08/02/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "07/31/201 7" | "08/06/201 7" | "08/09/201 7" | "0" | "40.00" | "08/09/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "08/07/201 7" | "08/13/201 7" | "08/16/201 7" | "0" | "40.00" | "08/16/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "08/14/201 7" | "08/20/201 7" | "08/23/201 7" | "0" | "40.00" | "08/23/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "08/21/201 7" | "08/27/201 7" | "08/30/201 7" | "0" | "40.00" | "08/30/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "08/28/201 7" | "09/03/201 7" | "09/06/201 7" | "0" | "40.00" | "09/06/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "09/04/201 7" | "09/10/201 7" | "09/13/201 7" | "0" | "40.00" | "09/13/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "09/11/201 7" | "09/17/201 7" | "09/20/201 7" | "0" | "40.00" | "09/20/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "09/18/201 7" | "09/24/201 7" | "09/27/201 7" | "0" | "40.00" | "09/27/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "09/25/201 7" | "10/01/201 7" | "10/04/201 7" | "0" | "40.00" | "10/04/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "10/02/201 7" | "10/08/201 7" | "10/11/201 7" | "0" | "40.00" | "10/11/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "10/09/201 7" | "10/15/201 7" | "10/18/201 7" | "0" | "40.00" | "10/18/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "10/16/201 7" | "10/22/201 7" | "10/25/201 7" | "0" | "40.00" | "10/25/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "10/23/201 7" | "10/29/201 7" | "11/01/201 7" | "0" | "40.00" | "11/01/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.89" | "10/30/201 7" | "11/05/201 7" | "11/08/201 7" | "0" | "40.00" | "11/08/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "11/06/201 7" | "11/12/201 7" | "11/15/201 7" | "0" | "40.00" | "11/15/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "11/13/201 7" | "11/19/201 7" | "11/22/201 7" | "0" | "40.00" | "11/22/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "11/20/201 7" | "11/26/201 7" | "11/29/201 7" | "0" | "40.00" | "11/29/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "11/27/201 7" | "12/03/201 7" | "12/06/201 7" | "0" | "40.00" | "12/06/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "12/04/201 7" | "12/10/201 7" | "12/13/201 7" | "0" | "40.00" | "12/13/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "12/11/201 7" | "12/17/201 7" | "12/20/201 7" | "0" | "40.00" | "12/20/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "12/25/201 7" | "12/31/201 7" | "12/27/201 7" | "0" | "40.00" | "01/03/201 7" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "01/01/201 8" | "01/07/201 8" | "01/10/201 8" | "0" | "40.00" | "01/10/201 8" |
| "B5695" | "108" | "Fisackerly Howard" | "-3049.88" | "01/08/201 8" | "01/14/201 8" | "01/17/201 8" | "0" | "40.00" | "01/17/201 8" |
| "B5695" | "108" | "Fisackerly Howard" | "3049.88" | "01/08/201 8" | "01/14/201 8" | "01/17/201 8" | "0" | "40.00" | "01/17/201 8" |

Bonus $= 518.98

42

*Randy Swartz    Sal    Gross    Start    End    CK#*

| "Company Code" | "Fin" | "Swartz, Randy S" | Sal | Gross | Start | End | CK# |
|---|---|---|---|---|---|---|---|
| "B5695" | " 1874" | "Swartz, Randy S" | "3846.16" | "3846.16" | "02/19/2018" | "02/25/2018" | "60132" |
| "B5695" | " 1874" | "Swartz, Randy S" | "3846.16" | "3846.16" | "02/26/2018" | "03/04/2018" | "60259" |
| "B5695" | " 1874" | "Swartz, Randy S" | "3846.16" | "3846.16" | "03/05/2018" | "03/11/2018" | "60390" |
| "B5695" | " 1874" | "Swartz, Randy S" | "3846 16" | "3846 16" | "03/12/2018" | "03/18/2018" | "0" |
| "B5695" | " 1874" | "Swartz, Randy S" | "3846.16" | "3846 16" | "03/19/2018" | "03/25/2018" | "0" |
| "B5695" | " 1874" | "Swartz, Randy S" | "3846 16" | "3846 16" | "03/26/2018" | "04/01/2018" | "0" |
| "B5695" | " 1874" | "Swartz, Randy S" | "3846.16" | "3846 16" | "04/02/2018" | "04/08/2018" | "0" |
| "B5695" | " 1874" | "Swartz, Randy S" | "3846.16" | "3846 16" | "04/09/2018" | "04/15/2018" | "0" |

*0 = Direct Deposit*

Stewart Precythe     Salary  Gross  Start  End  CkDate     Direct Deposit

| "Company Code" "Em | " | 105" | "Precythe, David S" | "0.00" | "4478.81" | "04/03/201 7" | "04/09/201 7" | "04/12/201 7" | "0" | "" | "" | "" | "" | "" |
| "B5695" | " | 105" | "Precythe, David S" | "0.00" | "4478.81" | "04/10/201 7" | "04/16/201 7" | "04/19/201 7" | "0" | "" | "" | "" | "" | "" |
| "B5695" | " | 105" | "Precythe, David S" | "0.00" | "0.00" | "04/17/201 7" | "04/23/201 7" | "04/26/201 7" | "0" | "" | "" | "" | "" | "" |

Debtor    **Southern Produce Distributors, Inc.**                                   Case number *(if known)* _____

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Senator Brent Jackson** <br> **1270 Warren Mill Road** <br> **Newton Grove, NC 28366** | **Campaign fundraiser** | **11/28/2017** | **$2,000.00** |
| | **Recipients relationship to debtor** <br> **SWP supplier** | | | |
| 9.2. | **NC SweetPotato Commission** <br> **Foundation** <br> **700 E. Parrish Dr., Suite C** <br> **Benson, NC 27504** | **ROT Research** | **06/13/2016** | **$5,000.00** |
| | **Recipients relationship to debtor** <br> **Association Member** | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Water damage, Dobbersville labor camp** | **pending** | **Feb. 2018** | **Unknown** |
| **Water damage, Clinton warehouse office area** | **$22,968.51** | **Jan. 2018** | **$22,968.51** |
| **Auto collision, 2008 Chevrolet Tahoe totaled** | **$3,922.00** | **June 2017** | **$0.00** |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? <br> Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

Debtor    **Southern Produce Distributors, Inc.**                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Nicholls & Crampton, P.A** P.O. Box 18237 Raleigh, NC 27619 | **(see also Compensation Statement of Attorneys for Debtor filed with the Court on 4/20/2018 and incorporated herein by reference)** | 04/20/2018 | $51,717.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **403 Faison Bay at Land, LLC 2 Wisteria Lane Lake Grove, NY 11755** | **10.86 acre tract, Sampson County, NC PIN #13034368007 "Eldon Thornton Road Site" (sale for $500,000)** | 06/21/2017 | $500,000.00 |
| | Relationship to debtor none | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **Southern Produce Distributors, Inc.**    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    □ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    □ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

       □ No Go to Part 10.
       ■ Yes. Fill in below:
       Name of plan                                                        Employer identification number of the plan
       **Southern Produce Distributors, Inc. 401k Plan**                  EIN:  **56-0793360**

       Has the plan been terminated?
       ■ No
       □ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    □ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Bernie Langdon**<br>**P O Box 848**<br>**Selma, NC 27576** | **Bernie Langdon** | **2,233 bins sweet potatoes** | □ No<br>■ Yes |

Debtor    **Southern Produce Distributors, Inc.**                                Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Brian & Marcus Lee**<br>**758A Shaws Pond Road**<br>**Four Oaks, NC 27524** | **Brian Lee** | **200 bins sweet potatoes** | ☐ No<br>■ Yes |
| **D & T Farms Inc.**<br>**8008 NC Hwy 96 S**<br>**Benson, NC 27504** | **Timmy McLamb** | **4,286 bins sweet potatoes** | ☐ No<br>■ Yes |
| **Robert Fann Farming**<br>**220 Oscar Tate Road**<br>**Salemburg, NC 28385** | **Robert Fann** | **960 bins sweet potatoes** | ☐ No<br>■ Yes |
| **Harvey Farms**<br>**360 Bill Smith Road**<br>**Kinston, NC 28501** | **John Harvey** | **246 bins sweet potatoes** | ☐ No<br>■ Yes |
| **Keith Smith**<br>**2515 Lakewood Road**<br>**Four Oaks, NC 27524** | **Keith Smith** | **3,000 bins sweet potatoes** | ☐ No<br>■ Yes |
| **Kevin J. Lee**<br>**383 Hinson Road**<br>**Dunn, NC 28334** | **Kevin Lee** | **843 bins sweet potatoes** | ☐ No<br>■ Yes |
| **Kornegay Family Produce, LLC**<br>**610 Worley Road**<br>**Princeton, NC 27569** | **Danny Kornegay** | **140 bins sweet potatoes** | ☐ No<br>■ Yes |
| **Sharp Farms, Inc.**<br>**5161 NC Hwy 581**<br>**Sims, NC 27880** | **Pender Sharp** | **200 bins sweet potatoes** | ☐ No<br>■ Yes |
| **T & J Farms**<br>**2866 Maxwell Road**<br>**Autryville, NC 28318** | **Terrell Williams** | **110 bins sweet potatoes** | ☐ No<br>■ Yes |
| **Willie Lee Raynor & Sons**<br>**209 N. Johnson Street**<br>**Newton Grove, NC 28366** | **Willie Raynor** | **167 bins sweet potatoes** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Southern Produce Distributors, Inc.**                                      Case number *(if known)* _____

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Wayne A. Hildebrandt** **3899 Bonnie Walters Road** **La Grange, NC 28551** | **03/2017 to present** |
| 26a.2. | **Kenneth J. Lee** **475 Baker Chapel Church Road** **Mount Olive, NC 28365** | **04/2013 to present** |
| 26a.3. | **Sarah Courtney Brewer** **701 Fellowship Church Road** **Princeton, NC 27569** | **10/2017 to present** |
| 26a.4. | **Judy P. Brogden** **P.O. Box 466** **Mount Olive, NC 28365** | **03/2012 to present** |

Debtor    **Southern Produce Distributors, Inc.**                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.5. **Jorge Alberto Rodriguez** **116 E. Park Ave.** **Mount Olive, NC 28365** | **01/2011 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Black, Chestnut & Johnson, P.A.** **P.O. Box 588** **Clinton, NC 28329** | **2015 to present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Ares Management, LLC** **800 Corporate Pointe, 4th Floor** **Los Angeles, CA 90230** | **2013 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Southern Produce Distributors, Inc.** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Ares Management, LLC** **800 Corporate Pointe, 4th Floor** **Los Angeles, CA 90230** |
| 26d.2. **Byline Bank** **500 W. Elm Grove Road, Suite 104** **Elm Grove, WI 53122** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Sterling Cook & Howard Fisackerly** | **08/31/2017** | **$4,772,981.00 (contract & packout)** |

| Name and address of the person who has possession of inventory records |
|---|
| **Debtor** |

Debtor    **Southern Produce Distributors, Inc.**                     Case number *(if known)* _____

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Randy Swartz | Southern Produce Distributors, Inc. P.O. Box 130 Faison, NC 28341 | President & CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Estate of David Stewart Precythe | John C. Hine, Executor P.O. Box 916 Goldsboro, NC 27533-0916 | Board Member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kelley S. Precythe | Southern Produce Distributors, Inc. P.O. Box 130 Faison, NC 28341 | Chairman of the Board | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brenda Oglesby | P.O. Box 446 Benson, NC 27504 | Secretary | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| David Stewart Presythe (deceased) | Southern Produce Distributors, Inc. P.O. Box 130 Faison, NC 28341 | President/CEO | Prior to 2000 to 04/20/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kelley S. Precythe | Southern Produce Distributors, Inc. P.O. Box 130 Faison, NC 28341 | President | 4/20/2017 to 4/09/2018 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Sterling Cook | 608 Caicos Court Wilmington, NC 28405 | CFO | 08/07/2018 to 02/21/2018 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Howard Fisackerly | 109 Lintel Road Columbus, MS 39701 | COO | 01/01/2009 to 01/10/18 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   **Southern Produce Distributors, Inc.**                                    Case number *(if known)* _____

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Brenda Oglesby**<br>**P.O. Box 446**<br>**Benson, NC 27504** | **$133,174.10** | **Apr. 2017 -**<br>**Apr. 2018** | **Salary** |
| | **Relationship to debtor**<br>**Secretary** | | | |
| 30.2. | **Kelley S. Precythe**<br>**Southern Produce**<br>**Distributors, Inc.**<br>**P.O. Box 130**<br>**Faison, NC 28341** | **$191,460.47** | **Apr. 2017 -**<br>**Apr. 2018** | **Salary** |
| | **Relationship to debtor**<br>**Director, former President** | | | |
| 30.3. | **Sterling Cook**<br>**608 Caicos Court**<br>**Wilmington, NC 28405** | **$165,943.45** | **Apr. 2017 -**<br>**Feb. 2018** | **Salary** |
| | **Relationship to debtor**<br>**former CFO, former CEO** | | | |
| 30.4. | **Howard Fisackerly**<br>**109 Lintel Road**<br>**Columbus, MS 39701** | **$128,614.96** | **Apr. 2017 -**<br>**Jan. 2018** | **Salary** |
| | **Relationship to debtor**<br>**former CFO** | | | |
| 30.5. | **David Stewart Presythe**<br>**(deceased)**<br>**Southern Produce**<br>**Distributors, Inc.**<br>**P.O. Box 130**<br>**Faison, NC 28341** | **$8,957.62** | **Apr. 2017** | **Salary** |
| | **Relationship to debtor**<br>**former President, former**<br>**Director** | | | |
| 30.6. | **Randy Swartz**<br>**Southern Produce**<br>**Distributors, Inc.**<br>**P.O. Box 130**<br>**Faison, NC 28341** | **$30,769.28** | **Feb. 2018 -**<br>**Apr. 2018** | **Salary** |
| | **Relationship to debtor**<br>**President & CEO, Director** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor   **Southern Produce Distributors, Inc.**                                     Case number *(if known)* _____

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**April 20, 2018**__

__**/s/ Randy W. Swartz**__                               __**Randy W. Swartz**__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   __**President & CEO**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Southern Produce Distributors, Inc.** _____

Case No. _____

Debtor(s)

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **0.00** |
| Prior to the filing of this statement I have received | $ **0.00** |
| Balance Due | $ **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 20, 2018** _____

*Date*

**/s/ Gregory B. Crampton**

**Gregory B. Crampton**
*Signature of Attorney*
**Nicholls & Crampton, PA**
**3700 Glenwood Avenue**
**Suite 500**
**Raleigh, NC 27612**
**919-781-1311  Fax: 919-782-0465**
**gcrampton@nichollscrampton.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    __Southern Produce Distributors, Inc.__                     Case No.
                                     Debtor(s)          Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Estate of David Stewart Precythe**<br>**John C. Hine, Executor**<br>**P.O. Box 916**<br>**Goldsboro, NC 27533-0916** | **Class A - Common** | **20,000** | **Common stock** |
| **Patricia Linares**<br>**714 W. Main St.**<br>**Faison, NC 28341** | **Class B - Preferred** | **2,000** | **Preferred stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President & CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __April 20, 2018__                     Signature  __/s/ Randy W. Swartz__
                                                    __Randy W. Swartz__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of North Carolina

In re    **Southern Produce Distributors, Inc.**         Case No. _____

                                              Debtor(s)         Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President & CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 20, 2018** _____          **/s/ Randy W. Swartz** _____

                                                     **Randy W. Swartz/President & CEO**
                                                     Signer/Title

.

AAA Scale Company
PO Box 7056
Wilson, NC 27895-7056

American Industries, Inc.
PO Box 1405
Lumberton, NC 28359-1405

Blake Gary Adams
247 Five Points Road
Benson, NC 27504

ACF FinCo I LP
580 White Plains Road, 6th Floor
Tarrytown, NY 10591

Ares Management, successor to
FCC, LLC d/b/a First Capital
800 Corporate Pointe, 4th Floor
Los Angeles, CA 90230

Blueview Farms
122 Dairy Road
Dunn, NC 28334

Aflac
1932 Wynnton Road
Columbus, GA 31993-0797

AT&T
PO Box 105262
Atlanta, GA 30348-5262

Boone Hall Plantation & Gardens
1235 Long Point Road
Mount Pleasant, SC 29464

Ag America Lending
P.O. Box 933076
Cleveland, OH 44193

Atlantic Coast Toyota Lift
PO Box B
High Point, NC 27261

Brian & Marcus Lee
758A Shaws Pond Road
Four Oaks, NC 27524

AG- Pak, Inc.
8416 State Street
PO Box 304
Gasport, NY 14067

Axis Corrugated Container, LLC
201 Industrial Drive
Butner, NC 27509

Byline Bank, successor
to Ridgestone Bank
500 W. Elm Grove Road, Suite 104
Elm Grove, WI 53122

Agriculture Program Services, Inc.
PO Box 801
Warsaw, NC 28398

B. C. Roberts Electric Company Inc.
411 Bill Clifton Road
Faison, NC 28341

Can-Am Pepper Company LP
52999 John Wise Line
Aylmer, Ontario N5H 2R5

Allco Electric, Inc.
PO Box 427
La Grange, NC 28551

Bass Boyz Family Farm
618 Emmett Jackson Road
Faison, NC 28341

Cape Fear Farm Credit ACA
P.O. Box 558
Clinton, NC 28329-0558

Alvis & Mary Lou Denning
200 Shepherd St.
Raleigh, NC 27607

Bernie Langdon
P O Box 848
Selma, NC 27576

Carolina Eastern-Benson, Inc.
8858 NC 96 South
Benson, NC 27504

Alvis and Mary Lou Denning
200 Shepherd Street
Raleigh, NC 27607

Black, Chestnut & Johnson, P.A.
PO Box 588
Clinton, NC 28329

Carolina Vegetables, Inc.
c/o John C. Hine, Executor
P.O. Box 916
Goldsboro, NC 27533-0916

Caroplast, Inc.
PO Box 668405
Charlotte, NC 28266

Crop Production Services-Albertson
2954 North NC 111 & 903 Hwy
Albertson, NC 28508-9634

Duplin County Tax Administrator
P.O. Box 968
Kenansville, NC 28349

Carr, Riggs & Ingram, LLC
2805 North Park Drive
PO Box 10588
Goldsboro, NC 27532-0588

Cumberland County Tax Administrator
P.O. Box 449
Fayetteville, NC 28302

East Coast AGRI-Technologies, Inc
3164 Gov. Moore Rd.
Clinton, NC 28328

Centraal Justitieel Incassobureau
Postbus 1794
8901 CB Leeuwarden

CW Hendrix Farms
21715 Cartagena Drive
Boca Raton, FL 33428

Edward Myrick Produce, Inc.
1255 West Atlantic Blvd., Suite 320
Pompano Beach, FL 33069

Century Link
PO Box 4300
Carol Stream, IL 60197-4300

D & T Farms Inc.
8008 NC Hwy 96 S
Benson, NC 27504

Electric Supply CO of NC, Inc.
PO Box 1968
Wilson, NC 27894

CHEP
8517 South Park Circle
Orlando, FL 32819

D&B Welding Supplies
6274 NC 403 West
Mount Olive, NC 28365

Estate of David Stewart Precythe
John C. Hine, Executor
P.O. Box 916
Goldsboro, NC 27533-0916

City of Duplin Economic Development
P.O. Box 910
Kenansville, NC 28349

David Pennington Construction
6274 NC 403 West
Mount Olive, NC 28365

Eticon Consultants Limited
298 Gienroy Gilbert Drive, Suite 32
Ottawa, Ontario K2J 5W2
Canada

Clegg's Terminte & Pest Control,LLC
PO Box 3089
Durham, NC 27715-3089

Del Al Associates, Inc.
880 Flordon Dr.
Charlottesville, VA 22901

Farm Credit Leasing Services Cor
NW-9675
P.O. Box 1450
Minneapolis, MN 55485

CMS Farms
Strickland Organics
891 Country Club Road
Salemburg, NC 28385

Dewitt Produce
PO Box 129
Morven, GA 31638

Fastener Supply of Goldsboro
1219 South US Hwy 117
PO Box 1597
Goldsboro, NC 27533

Convergent Technologies, Inc.
PO Box 513
Pfafftown, NC 27040-0513

Dillon Supply Company
PO Box 896595
Charlotte, NC 28289-6595

Fireman's Fund Insurance Compan
Dept. CH 10284
Palatine, IL 60055

Fiske Union Water Systems, Inc.
PO BOX 336
Oak Grove, LA 71263

Hill Top Farms, Inc.
6341 Strickland's Crossroads Rd
Four Oaks, NC 27524

J & J Produce, Inc.
dba J & J Family of Farms
4003 Seminole Pratt Whitney Road
Loxahatchee, FL 33470

Giddy Up Incorporated
1401 Central Ave., Suite 200-B
Charlotte, NC 28205

Honeycutt Enterprise, Inc.
187 Hudsontown Rd.
Dunn, NC 28334

J & S Wholesale & Rentals, LLC
PO Box 1104
Asheboro, NC 27204

Glen Rose Transportation Management
PO Drawer 3269 1601
Glen Rose, TX 76043

Howell Farming Co., Inc.
164 Frankies Lane
Goldsboro, NC 27530

J C Pallet Company, Inc.
PO Box 277
Barhamsville, VA 23011-0277

Global Sensors
P.O. BOX 750
Belmont, NC 28012

Independent Container Line, LTD.
5620 Cox Road
Glen Allen, VA 23060

J.H. Rose Logistics, LLC
Dept 3127
PO Box 123127
Dallas, TX 75312-3127

Hagan Electronics, Inc.
PO Box 17385
Reno, NV 89511

Industrial Power, Inc.
703 Whitfield Street
Fayetteville, NC 28306

John Bean Technologies Corp.
7009 Solutions Center
Chicago, IL 60677-7000

Hanover Electric Motor & Supply,Inc
602 Wellington Avenue
Wilmington, NC 28401

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

John Deere Financial
P.O. Box 4450
Carol Stream, IL 60197-4450

Harvey Farms
360 Bill Smith Road
Kinston, NC 28501

Internal Revenue Service
Alamance Building, Mail Stop 24
4905 Koger Blvd.
Greensboro, NC 27407-2734

John Deere Financial
6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131-6600

Heiden & Associates, LLC
107 Poplar Ridge Drive
Goldsboro, NC 27534

International Paper
Lock Box 0644095
Pittsburgh, PA 15264-4095

John Edwards Co., Inc.
5030 Smith Farm Road
P.O. Box 118
Indian Trail, NC 28079

Herc Rentals
P.O. Box 936257
Atlanta, GA 31193

iTrade Network, Inc.
PO Box 935209
Atlanta, GA 31193-5209

John S. Connor, Inc.
PO Box 791384
Baltimore, MD 21279-1384

Johnny Hope
305 Malpass Farm Lane
Clinton, NC 28328

Le Bleu Central of Raleigh
PO Box 98479
Raleigh, NC 27624-8479

Moore & Van Allen PLLC
430 Davis Drive, Suite 500
PO Box 13706
Research Triangle Park, NC 27709

Joshua Bailey
2450 HWY 403 & 50
Faison, NC 28341

Lewis Systems & Service Co., Inc.
140 N.Busines Court
Rocky Mount, NC 27804

Morris & Associates
803 Morris Drive
Garner, NC 27529

Jowat Corporation
PO Box 1368
High Point, NC 27261

Little Creek Produce
8003 Hwy 222
Walstonburg, NC 27888

Nature's Way Farms Inc.
7795 Suttontown Road
Faison, NC 28341-7267

Keith Smith
2515 Lakewood Road
Four Oaks, NC 27524

Major Foy Ivey, Jr.
340 Daniel Chestnutt Road
Mount Olive, NC 28365

NC Sweet Potato Commission
700 E. Parrish Dr., Suite C
Benson, NC 27504

Kenansville-Duplin County Chamber
of Commerce
PO Box 358
Kenansville, NC 28349

Matthew Rhodes
1015 Crocker's Nub Rd.
Middlesex, NC 27557

North Carolina Dept. of Commerce
Div. of Employment Security
P.O. Box 26504
Raleigh, NC 27611-6504

Kevin J. Lee
383 Hinson Road
Dunn, NC 28334

MegaCorp
PO Box 1050
Wrightsville Beach, NC 28480

North Carolina Dept. of Revenue
Office Services Div-Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Key Risk - StarNet Insurance Co.
PO Box 18746
Greensboro, NC 27419-8746

Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109

Office Depot
PO Box 1413
Charlotte, NC 28201-1413

Kornegay Family Produce, LLC
610 Worley Road
Princeton, NC 27569

Michael Godwin
5904 Timothy Road
Dunn, NC 28334

Patricia Linares
714 W. Main St.
Faison, NC 28341

Land Management Group, Inc.
3805 Wrightsville Avenue, Suite 15
Wilmington, NC 28403

Mobile FarmWare, LLC
3164C Governor Moore Road
Clinton, NC 28328

Precythe Properties, LLC
c/o John C. Hine, Executor
P.O. Box 916
Goldsboro, NC 27533-0916

Professional Produce of Florida,Inc
2991 NW 112th Ave.
Coral Springs, FL 33065-3545

Sampson County Tax Administrator
P.O. Box 207
Clinton, NC 28329

Steven C. Johnson
5417 US 13 South
Mount Olive, NC 28365

Race-West Company
Philip L. Cutler Building
600 South State Street
Clarks Summit, PA 18411

Scotlynn USA Division, Inc.
1150 Vittoria Road
Vittoria, ON N0E 1W0
Canada

Strickland Farming Partnership
671 Hollingsworth Road
Mount Olive, NC 28365

Rankin Truck Brokers, LLC
159 Point South Drive
Yemassee, SC 29945

Scott Farms, Inc.
7965-A Simpson Rd.
Lucama, NC 27851

TenPlus Systems
PO Box 33490
Raleigh, NC 27636

ReedTMS Logistics
615 S. Ware Blvd.
Tampa, FL 33619

Select Bank & Trust
863 Tilgham Dr.
Dunn, NC 28334

Tew Farms
4210 North NC 903
Albertson, NC 28508

Roadrunner Truckload Plus
PO Box 95000
Chicago, IL 60694-5000

Sharp Farms, Inc
5161 NC Hwy 581
Sims, NC 27880

The Hop Ice Cream Cafe
640 Merrimon Ave. Suite 103
Asheville, NC 28805

Robert Fann Farming
220 Oscar Tate Road
Salemburg, NC 28385

Shred-it USA
28883 Network Place
Chicago, IL 60673-1288

Thermal Techniques
1409 East Blvd.
Charlotte, NC 28203

Rocky Mount Electric Motor
PO Box 1063
Rocky Mount, NC 27802

Southeast Produce Council, Inc.
315 Hwy 17 North
Millen, GA 30442

Tires Inc.
317 South East Blvd.
Clinton, NC 28328-3625

Ryder Transportation Services
P.O. Box 402366
Atlanta, GA 30384-2366

Southern Bank - Ending in 4316
PO Box 63001
Charlotte, NC 28263-3001

Tony D. Lee
957 White Oak Road
Four Oaks, NC 27524

S & E Farms, LLC
5075 Godwin Lake Road
Benson, NC 27504

Southern Bank - Ending in 5687
PO Box 63001
Charlotte, NC 28263-3001

Total Quality Logisitics
PO Box 634558
Cincinnati, OH 45263-4558

Toyota Industries Commercial Financ
P.O. Box 660926
Dallas, TX 75266-0926

Warren Farming Partnership
PO Box 223
Newton Grove, NC 28366

Woody Thornton
395 Noah Road
Benson, NC 27504

TRAFFIX
1-375 Wheelabrator Way
Milton, ON L9T 3C1
Canada

Waste Industries
PO Box 791519
Baltimore, MD 21279

Transit Transportation Services
616 Industrial Ave,
Mount Pleasant, MI 48858

Waters Agricultural Labs. Inc.
257 Newton Hwy.
P.O. Box 382
Camilla, GA 31730

Tri-Lift, NC Inc.
2905 Manufacturers Road
Greensboro, NC 27406

Wayne E. Bailey Produce Co.
PO Box 467
Chadbourn, NC 28431

TriEast Irrigation
PO Box 1147
Darlington, SC 29540-1147

West Carroll Parish Tax Assessor
P.O. Box 610
Oak Grove, LA 71263

Trinity Fresh Fruits
6064 Deep Branch Road
Pembroke, NC 28372

West Farms
255 Old Huntsville Road
Fayetteville, TN 37334

Tyrrel County Tax Collector
PO Box 449
Columbia, NC 27925-0449

Westmark Industries, Inc.
6701 SW McEwan Road
Lake Oswego, OR 97035

U.S. Security Associates, Inc.
PO Box 931703
Atlanta, GA 31193-1703

WestRock CP, LLC
PO Box 409813
Atlanta, GA 30384-9813

VWM, LLC
PO Box 418
Four Oaks, NC 27524

William Gary Adams
1075 Adams Road
Benson, NC 27504

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   __Southern Produce Distributors, Inc.__

Debtor(s)

Case No.

Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Southern Produce Distributors, Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April 20, 2018__

Date

/s/ Gregory B. Crampton

**Gregory B. Crampton**

Signature of Attorney or Litigant

Counsel for   **Southern Produce Distributors, Inc.**

**Nicholls & Crampton, PA**

**3700 Glenwood Avenue**
**Suite 500**
**Raleigh, NC 27612**
**919-781-1311 Fax:919-782-0465**
**gcrampton@nichollscrampton.com**