**Fill in this information to identify the case:**

Debtor name **Southern Produce Distributors, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NORTH CAROLINA**

Case number (if known) **18-02010-5**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 22, 2018__          X __/s/ Randy S. Swartz__
                                          Signature of individual signing on behalf of debtor

                                          **Randy S. Swartz**
                                          Printed name

                                          **President & CEO**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Southern Produce Distributors, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **18-02010-5**

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Southern Bank | checking | 3295 | $4,138.00 |
| 3.2. | Southern Bank | payroll | 3316 | $5,518.00 |
| 3.3. | PNC operating | checking | 3664 | $568,493.00 |
| 3.4. | Wells Fargo | lockbox | 5171 | $136,555.00 |
| 3.5. | BB&T Profit Sharing Plan | checking | 5171 | $6,312.00 |
| 3.6. | Southern Bank escrow Barra Farm | savings | 5448 | $22,439.00 |

4.    Other cash equivalents *(Identify all)*

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Southern Produce Distributors, Inc.**                           Case number *(if known)*  **18-02010-5**
_____Name_____

| | | |
|---|---|---|
| 5. | **Total of Part 1.** | $743,455.00 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:   Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | John Beam Technologies Corp. security deposit | $15,000.00 |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | Workers Comensation insurance (NC Policy #KEY0137321) | $11,823.25 |
| 8.2. | Workers Compensation insurance (LA Policy #KEY0137320) | $83.59 |
| 8.3. | Officer Liability & Employment insurance (BB&T policy) | $493.34 |
| 8.4. | Ocean/Inland Marine insurance (BB&T policy) | $3,750.00 |
| 8.5. | Commercial Liability insurance (Fireman's Fund policy) | $12,168.09 |
| 8.6. | Property, Equipment, Auto & EMB insurance (BB&T policy) | $4,166.67 |
| 8.7. | Product Liability insurance (BB&T policy) | $2,500.00 |

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | $49,984.94 |
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:   Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

Debtor    **Southern Produce Distributors, Inc.**                     Case number *(if known)*  **18-02010-5**
_____Name_____

| 11a. 90 days old or less: | **4,987,209.00** | - | **0.00** | =.... | **$4,987,209.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **409,948.00** | - | **0.00** | =.... | **$409,948.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                                                    | **$5,397,157.00** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials Sweet Potatoes | 08/31/2017 | $6,561,039.00 | Contract pricing | $6,561,039.00 |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale Goods held for resale - Packed Sweet Potatoes | 03/31/2018 | $487,637.00 | Direct cost | $487,637.00 |
| 22. | Other inventory or supplies Packing Materials, Cardboard Boxing | 08/31/2017 | $466,659.00 | Invoice pricing | $466,659.00 |
| | Sweet Potato Sprouts | 08/31/17 | $108,715.00 | Invoice pricing | $108,715.00 |

23. **Total of Part 5.**                                                                                    | **$7,624,050.00** |

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value        **186506**  Valuation method    **Invoice pricing**  Current Value    **186506**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  __Southern Produce Distributors, Inc.__        Case number *(if known)*  __18-02010-5__
Name

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Office furniture, fixtures, and equip. - Owned Desks, Office Furniture, Computers, Servers **(valuation: book-straight line depreciation)** | $9,168.00 | Book | $9,168.00 |
| 40. | Office fixtures **(see #39 above)** | $0.00 | | $0.00 |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software **(see #39 above)** | $0.00 | | $0.00 |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.   **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                                    | $9,168.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Southern Produce Distributors, Inc.**    Case number *(If known)*  **18-02010-5**
Name

47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| | | | |
|---|---|---|---|
| 47.1. | **1993 International, VIN 1HVBDPLN9PH485208 (no lienholder)** | $0.00 | $1,000.00 |
| 47.2. | **1994 Ford Truck, VIN 1FDXJ75C2RVA15182 (no lienholder)** | $0.00 | $1,000.00 |
| 47.3. | **1993 International, VIN 1HVBDPLN5PH485223 (no lienholder)** | $0.00 | $1,000.00 |
| 47.4. | **1979 Chevrolet Truck, VIN C16DA9V137137 (no lienholder)** | $0.00 | $1,000.00 |
| 47.5. | **2000 Cadillac Escalade, VIN 1GYEK635YR198640 (no lienholder)** | $0.00 | $3,154.00 |
| 47.6. | **2008 Chevrolet Tahoe C1500, VIN 1GNFC13J58J211820 (no lienholder)** | $0.00 | $11,200.00 |
| 47.7. | **1997 International 3000, VIN 1HVBBABP6VH510925 (no lienholder)** | $0.00 | $1,000.00 |
| 47.8. | **2009 Chevrolet Silverado Truck, VIN 1GBHC43K59F104075 (no lienholder)** | $0.00 | $13,479.00 |
| 47.9. | **2011 Dodge Ram Truck, VIN 3D7JB1EP9BG559125 (no lienholder)** | $0.00 | $20,000.00 |
| 47.10 | **2013 Chevrolet MP, VIN 1GNSCJE04DR109939 (no lienholder)** | $0.00 | $18,757.00 |
| 47.11 | **2014 Ford LGT Conventional Truck, VIN 1FTFX1EF9EFB82519 (no lienholder)** | $0.00 | $14,143.00 |
| 47.12 | **1992 THMS School Bus, VIN 1T79R3B22N1112655 (no lienholder)** | $0.00 | $1,000.00 |
| 47.13 | **1998 International 3000, VIN 1HVBBABN0WH636388 (no lienholder)** | $0.00 | $1,000.00 |
| 47.14 | **1998 Internationial 3000, VIN 1HVBJABN4WA086494 (no lienholder)** | $0.00 | $1,000.00 |
| 47.15 | **2000 Ford Excursion, VIN 1FMNU40L6YED54627 (no lienholder)** | $0.00 | $5,577.00 |

| Debtor | **Southern Produce Distributors, Inc.** | Case number *(If known)* **18-02010-5** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.16 | **2000 Cadillac Escalade, VIN 1GYEK13R0YR144861 (no lienholder)** | $0.00 | | $3,154.00 |
| 47.17 | **2016 Cadillac Escalade, VIN 1GYS4CKJ8GR181448 (no lienholder)** | $0.00 | | $52,692.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Packing Lines, Conveyors, Storage Racks, Bins**        $2,608,284.00   FMV        $3,939,388.00

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.        $4,089,544.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:        Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2434 N. NC 50 & 403 Faison, NC 28341 Duplin County PIN #02-2559 9.94 acres (Warehouse 1)** | Fee Simple | $0.00 | Tax value | $3,361,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor   **Southern Produce Distributors, Inc.**

Name

Case number *(If known)*   **18-02010-5**

| | | | |
|---|---|---|---|
| 55.2. | **2436 N. NC 50 & 403**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-629**<br>**11.13 acres**<br>**(Warehouse 2)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | $280,000.00 |
| 55.3. | **Highway 403**<br>**Faison, NC 28341**<br>**Duplin County PIN**<br>**#02-643**<br>**56.24 acres**<br>**(Warehouse 3)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | $350,000.00 |
| 55.4. | **Off 403**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-638**<br>**1.12 acres**<br>**(value - estimate**<br>**considering tax**<br>**value)**<br>**(Warehouse 4)** | Fee Simple | $0.00 | $10,000.00 |
| 55.5. | **111 N. West Center**<br>**Faison, NC 28341**<br>**Duplin County PIN**<br>**#02-1844**<br>**(Office Building)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | $60,000.00 |
| 55.6. | **108 N. Sampson**<br>**Street**<br>**Faison, NC 28341**<br>**Duplin County PIN**<br>**#02-2280**<br>**(Vacan Lot, Behind**<br>**Office)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | $5,000.00 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Southern Produce Distributors, Inc.**                    Case number *(if known)*  **18-02010-5**
Name

| | | | | |
|---|---|---|---|---|
| 55.7. | 109 W. Center Street<br>Faison, NC 28341<br>Duplin County<br>PIN #02-70<br>(Office Building)<br>(value - estimate<br>considering tax<br>value) | Fee Simple | $0.00 | $10,000.00 |
| 55.8. | Warren Road &<br>Solomon Street<br>Faison, NC 28341<br>Duplin County<br>PIN #02-2502<br>2.6 acres<br>(value - estimate<br>considering tax<br>value) | Fee Simple | $0.00 | $15,000.00 |
| 55.9. | 2435 N. NC 50 & 403<br>Faison, NC 28341<br>Duplin County<br>PIN #02-927<br>15.05 acres<br>(value - estimate<br>considering tax<br>value)<br>(Ellis Farm near<br>warehouse) | Fee Simple | $0.00 | $100,000.00 |
| 55.10 | Hwy 117<br>Faison, NC 28341<br>Duplin County<br>PIN #02-2278<br>104.3 acres<br>(Carroll Jackson<br>Farm)<br>(value - estimate<br>considering tax<br>value) | Fee Simple | $0.00 | $250,000.00 |
| 55.11 | 159 Park Circle<br>Faison, NC 28341<br>Duplin County<br>PIN #02-1842<br>(Log Cabin)<br>(value - estimate<br>considering tax<br>value) | Fee Simple | $0.00 | $50,000.00 |

Debtor    **Southern Produce Distributors, Inc.**                    Case number *(If known)* **18-02010-5**
_____Name_____

| | | | | |
|---|---|---|---|---|
| 55.12 | **Off Hwy 117**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-706**<br>**70.69 acres**<br>**(value - estimate**<br>**considering tax**<br>**value)**<br>**(Woodland)** | Fee Simple | $0.00 | $100,000.00 |
| 55.13 | **417 N. Faison Drive**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-196**<br>**1.52 acres**<br>**(Mobile Home)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | $10,000.00 |
| 55.14 | **Corner Warren &**<br>**Solomon**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-2516**<br>**7.62 acres**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | $30,000.00 |
| 55.15 | **306 W. College Street**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-610**<br>**1.13 acres**<br>**(Denning House)** | Fee Simple | $0.00 | $56,700.00 |
| 55.16 | **108 N. E. Center**<br>**Street**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-2562**<br>**(equipment storage)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | $0.00 |
| 55.17 | **1890 N. NC 50 & 117**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-727**<br>**21.4 acres**<br>**(Mobile Home &**<br>**Horse Stable)**<br>**(Newhart)**<br>**[Deed of Trust - Cape**<br>**Fear]** | Fee Simple | $0.00 | Tax value | $162,100.00 |

Debtor    **Southern Produce Distributors, Inc.**
Name

Case number *(If known)*  **18-02010-5**

| | | | | | |
|---|---|---|---|---|---|
| 55.18 | **Lot 5 Coptsias Tract**<br>**6906 Doe Hill Rd.**<br>**Cumberland County**<br>**PIN #0493-25-3619**<br>**25.37 acres**<br>**(Woodland)**<br>**(value - estimate**<br>**considering tax**<br>**value)** | Fee Simple | $0.00 | | $50,000.00 |
| 55.19 | **Spencer Road**<br>**Sampson County**<br>**PIN #13014124004**<br>**154.03 acres**<br>**(Brown Farm)** | Fee Simple | $0.00 | Est. of value | $130,000.00 |
| 55.20 | **8207 Hwy. 17**<br>**Forest, LA 71263**<br>**West Carroll Parish**<br>**(Allsbrook Farm)** | Fee Simple | $0.00 | Est. of value | $1,500,000.00 |
| 55.21 | **Spencer Road**<br>**Sampson County**<br>**PIN #13094960010**<br>**1.45 acres** | Fee Simple | $0.00 | Est. of value | $85,000.00 |
| 55.22 | **214 Armory Road**<br>**Clinton, NC**<br>**Sampson County**<br>**PIN #12011309201**<br>**19.45 acres**<br>**(Warehouse)** | Fee Simple | $0.00 | Est. of value | $1,395,992.00 |

56.  **Total of Part 9.**                                                                                                      | **$8,010,792.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| **General description** | **Net book value of**<br>**debtor's interest**<br>**(Where available)** | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|

60.    **Patents, copyrights, trademarks, and trade secrets**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Southern Produce Distributors, Inc.** | Case number *(if known)* **18-02010-5** |
| | Name | |

61.    Internet domain names and websites

62.    Licenses, franchises, and royalties

63.    Customer lists, mailing lists, or other compilations

64.    **Other intangibles, or intellectual property**
Trademarks -
Southern Produce
Pointer Brand (A Pointer on Quality), Serial
#73511812
Chef's Pride, Serial #75468523
Southern's Cajun Supreme (Southern's Cajun
Supreeme), Serial #75468373 ............................... $0.00          Unknown

65.    Goodwill

66.    **Total of Part 10.**                                                                      $0.00

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 11:** | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor     __Southern Produce Distributors, Inc.__          Case number *(if known)*  __18-02010-5__
                     Name

        **Interest in $1,200,000 life insurance proceeds payable to**
        **the Debtor, in which Byline Bank has asserted a**
        **security interest, which funds are presently held in**
        **escrow by Byline Bank.**                                                                    **$1,200,000.00**

| | |
|---|---|
| 78. **Total of Part 11.** | **$1,200,000.00** |
| Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor  **Southern Produce Distributors, Inc.**                Case number *(If known)*  **18-02010-5**
          Name

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $743,455.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $49,984.94 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,397,157.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,624,050.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,168.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,089,544.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $8,010,792.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,200,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $19,113,358.94 | + 91b. $8,010,792.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $27,124,150.94 |

**Fill in this information to identify the case:**

Debtor name __**Southern Produce Distributors, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __**18-02010-5**__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Alvis and Mary Lou Denning**<br>Creditor's Name<br><br><br>**200 Shepherd Street**<br>**Raleigh, NC 27607**<br>Creditor's mailing address<br><br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2013**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**306 W. College Street**<br>**Faison, NC 28341**<br>**Duplin County**<br>**PIN #02-610**<br>**1.13 acres**<br>**(Denning House)**<br><br>**Describe the lien**<br>**Deed of Trust, Book 1747, Page 353**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,168.24 | $56,700.00 |
| **2.2** **Ares Management, successor to**<br>Creditor's Name<br>**FCC, LLC d/b/a First Capital**<br>**800 Corporate Pointe, 4th Floor**<br>**Los Angeles, CA 90230**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known | **Describe debtor's property that is subject to a lien**<br>**(See Attachment to Sch. D)**<br><br><br><br>**Describe the lien**<br>**Loan #1 - Revolver**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | $7,633,770.00 | $16,960,595.00 |

SOUTHERN PRODUCE DISTRIBUTORS, INC.
**Attachment to Schedule D: Creditors Who Have Claims Secured by Property**

2.2

*Creditor's Name*
**Ares Management**, successor to FCC, LLC d/b/a First Capital and ACF FinCo I LP
800 Corporate Pointe, 4th Floor
Los Angeles, CA 90230

**Loan #1-Revolver**

*Amount of Claim*
$7,633,770.00

*Value of Collateral owned by the Debtor*
**$16,960,595.00**:
(1) $5,397,157 - Accounts.  See Asset #12;
(2) $7,624,050 - Inventory.  See Asset #23;
(3) $3,939,388 - Other Machinery - See Asset #50.

*Describe the Lien*
UCC perfected security interest in accounts, inventory, and machinery.  First priority position pursuant to Intercreditor Agreement with Ridgestone/Byline Bank.

*Describe debtor's property that is subject to a lien*
•All personal property, including accounts, machinery, and equipment. (UCC 20130089792B, Assignment 20150048598).

*Collateral owned by Third Party*
•Also secured by Mortgage on condominium located at 400 S US Hwy 1, #504, Jupiter, Palm Beach County, FL, owned by Estate of David S. Precythe, having an appraised value of **$1,400,000** per statement of Lender account representative, Sean Spring.  Not included in total collateral value (Mortgage, Book 28425, Page 831).

*Value of Total Collateral Securing Loan #1-Revovler*
**$18,360,595.00**
($16,960,595.00- *Value of Collateral owned by the Debtor, plus* $1,400,000.00 Value of *Collateral owned by Third Party*).

*Do multiple creditors have an interest in the same property?*
YES
*Specify each creditor, including this creditor and its relative priority*
Byline Bank, successor to Ridgestone Bank.  Subject to Intercreditor Agreement.

Debtor    **Southern Produce Distributors, Inc.**                                Case number (if know)    **18-02010-5**
          Name

**Date debt was incurred**                              ☐ No
2013                                                    ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Ares Management, successor to** | Describe debtor's property that is subject to a lien **(See Attachment to Sch. D)** | $186,079.00 | $16,960,595.00 |

Creditor's Name

**FCC, LLC d/b/a First Capital**
**800 Corporate Pointe, 4th Floor**
**Los Angeles, CA 90230**
Creditor's mailing address

**Describe the lien**
**Loan #5**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Byline Bank, successor** | Describe debtor's property that is subject to a lien **(See Attachment to Sch. D)** | $4,297,721.00 | $21,831,595.00 |

Creditor's Name

**to Ridgestone Bank**
**500 W. Elm Grove Road, Suite 104**
**Elm Grove, WI 53122**
Creditor's mailing address

**Describe the lien**
**Loan #1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2011
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

<u>2.3</u>

*Creditor's Name*
**Ares Management**, successor to FCC, LLC d/b/a First Capital and ACF FinCo I LP
800 Corporate Pointe, 4th Floor
Los Angeles, CA 90230

**Loan #5**

*Amount of Claim*
$186,079.00

*Value of Collateral owned by Debtor*
**$16,960,595.00**:
(1) $5,397,157 - Accounts.  See Asset #12;
(2) $7,624,050 - Inventory.  See Asset #23;
(3) $3,939,388 - Other Machinery - See Asset #50.

*Describe the Lien*
UCC perfected security interest in accounts, inventory, and machinery.  First priority position pursuant to Intercreditor Agreement with Ridgestone/Byline Bank.

*Describe debtor's property that is subject to a lien*
•All personal property, including accounts, machinery, and equipment (UCC 20130089792B, Assignment 20150048598).

*Collateral owned by Third Party*
•Also secured by Mortgage on condominium located at 400 S US Hwy 1, #504, Jupiter, Palm Beach County, FL, owned by Estate of David S. Precythe, having an appraised value of **$1,400,000** per statement of Lender account representative, Sean Spring.  Not included in total collateral value (Mortgage, Book 28425, Page 831).

*Value of Total Collateral Securing Loan #5*
**$18,360,595.00**
($16,960,595.00- *Value of Collateral owned by the Debtor, plus* $1,400,000.00 Value of *Collateral owned by Third Party*).

*Do multiple creditors have an interest in the same property?*
YES
*Specify each creditor, including this creditor and its relative priority*
Byline Bank, successor to Ridgestone Bank.  Subject to Intercreditor Agreement.

2.4

*Creditor's Name*
**Byline Bank**, successor to Ridgestone Bank
500 W. Elm Grove Road, Suite 104
Elm Grove, WI 53122

**Loan #1**

*Amount of Claim*
$4,297,721.00

*Value of Collateral owned by Debtor*
**$21,831,595.00**:
(1)  $5,397,157 - Accounts.  See Asset #12;
(2)  $7,624,050 - Inventory.  See Asset #23;
(3)  $3,939,388 - Other Machinery - See Asset #50;
(4)  $3,361,000 - 1st Deed of Trust on Warehouse, 9.94 acres - See Asset #55.1;
(5)  $60,000 - 1st Deed of Trust on Office Building in Faison, NC.  See Asset #55.5;
(6)  $250,000 - 1st Deed of Trust on Carroll Jackson Farm - See Asset #55.10
(7)  $1,200,000 - proceeds of life insurance held in escrow by Byline Bank.

*Describe the Lien*
UCC perfected security interest in accounts, inventory, and machinery.  First real estate Deeds of Trust on Debtor owned property referenced below.

*Describe debtor's property that is subject to a lien*
•2434 N. NC 50 & 403, Faison, Duplin County, NC, 9.94 acres (Deed of Trust, Book 1701, Page 707).
•111 N West Center, Faison, Duplin County, NC (Office) .25 acre (Deed of Trust Book 1701, Page 707).
•Hwy 117, Faison, Duplin County, NC (Carroll Jackson Farm) 104.3acres (Modification Agreement to Deed of Trust Book 1802, Page 404).
•All personal property, including accounts, machinery, and equipment (UCC 20160004871M, Assignment 20170051381K).
•$1,200,000 proceeds of life insurance on D. Stewart Precythe, held in escrow by Byline Bank.

*Collateral owned by Third Party*
•Third Party Real Estate subject to first Deeds of Trust in favor of Byline Bank, having an approx. value of at least **$3,000,000** (not included in collateral value total):
(1)  1st Deed of Trust on Little Barra Farm, Cumberland County (owned by Precythe Properties, LLC);
(2)  1st Deed of Trust on 7960 Sutton Town Road, Faison, NC (owned by Precythe Properties, LLC and Estate of D. Stewart Precythe);
(3)  1st Deed of Trust on Sowell Farm, West Carroll Parish, LA (owned by Estate of D. Stewart Precythe);
(4)  1st Deed of Trust on Crosby Warehouse, Oak Grove, LA (owned by Estate of D. Stewart Precythe);
(5)  1st Deed of Trust on McIntosh Roberts Tract, McIntosh, LA (owned by Estate of D. Stewart Precythe);
(6)  1st Deed of Trust on Tracts 1, 2, 3 in Chicot, AZ (owned by Estate of D. Stewart Precythe);
(7)  1st Deed of Trust on 72 Junious Lucas Road, Faison, NC (owned by Carolina Vegetables, Inc.).

*Value of Total Collateral Securing Loan #1*
**$24,831,595.00**
($21,831,595.00- *Value of Collateral owned by Debtor*, plus $3,000,000.00 Value of Collateral Owned by Third Party).

*Do multiple creditors have an interest in the same property?*
YES
*Specify each creditor, including this creditor and its relative priority*
Ares Management, successor to FCC, LLC d/b/a First Capital and ACF FinCo I LP.  Subject to Intercreditor Agreement.

| Debtor | Southern Produce Distributors, Inc. | Case number (if know) | 18-02010-5 |
|---|---|---|---|
| | Name | | |

| 2.5 | **Byline Bank, successor** | Describe debtor's property that is subject to a lien | $2,453,411.00 | $23,047,587.00 |
|---|---|---|---|---|

Creditor's Name

**to Ridgestone Bank
500 W. Elm Grove Road,
Suite 104
Elm Grove, WI 53122**

Creditor's mailing address

**(See Attachment to Sch. D)**

Describe the lien
**Loan #2**

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**2016**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.6 | **Cape Fear Farm Credit ACA** | Describe debtor's property that is subject to a lien | $146,972.00 | $162,100.00 |
|---|---|---|---|---|

Creditor's Name

**1890 N. NC 50 & 117
Faison, NC 28341
Duplin County
PIN #02-727
21.4 acres
(Mobile Home & Horse Stable) (Newhart)
[Deed of Trust - Cape Fear]**

**P.O. Box 558
Clinton, NC 28329-0558**

Creditor's mailing address

Describe the lien
**Deed of Trust, Book 1778, Page 164**

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.7 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $6,341.00 | $8,100.00 |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131-6600**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**950M Zero Turn Radius Mower ID
#1TC950MCJFT040019**

Describe the lien
**UCC 20160037630K**

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

2.5

*Creditor's Name*
**Byline Bank**, successor to Ridgestone Bank
500 W. Elm Grove Road, Suite 104
Elm Grove, WI 53122

**Loan #2**

*Amount of Claim*
$2,453,411.00

*Value of Collateral owned by Debtor*
**$23,047,587.00**:
(1) $5,397,157 - Accounts.  See Asset #12;
(2) $7,624,050 - Inventory.  See Asset #23;
(3) $3,939,388 - Other Machinery - See Asset #50;
(4) $3,361,000 - 1st Deed of Trust on Warehouse, 9.94 acres - See Asset #55.1;
(5) $130,000 - 1st Deed of Trust on Brown Farm.  See Asset #55.19;
(6) $1,395,992 - 1st Deed of Trust on Wachovia in Clinton, NC, 19.45 acres.  See Asset #55.22;
(7) $1,200,000 - proceeds of life in insurance held in escrow by Byline Bank.

*Describe the Lien*
UCC perfected security interest in accounts, inventory, and machinery.  First real estate Deeds of Trust on Debtor owned property referenced below.

*Describe debtor's property that is subject to a lien*
•2434 N. NC 50 & 403, Faison, Duplin County, NC, 9.94 acres (Deed of Trust, Book 1815, Page 723).
•Spencer Road, Sampson County, (Brown Farm), 154.03 acres (Deed of Trust Book 1935, Page 384).
•214 Armory Road, Clinton, Sampson County, NC, (Warehouse) 19.45 acres (Deed of Trust Book 1953, Page 115 and Book 1953, Page 138)
•All personal property, including accounts, machinery, and equipment (UCC 20160004871M, Assignment 20170051381K).
•$1,200,000 proceeds of life insurance on D. Stewart Precythe, held in escrow by Byline Bank.

*Collateral owned by Third Party*
•Third Party Real Estate subject to first Deeds of Trust in favor of Byline Bank, having an approx. value of **$3,000,000** (not included in collateral value total):
(1)  1st Deed of Trust on 7960 Sutton Town Road, Faison, NC (owned by Precythe Properties, LLC and Estate of D. Stewart Precythe);
(2)  1st Deed of Trust on 72 Junious Lucas Road, Faison, NC (owned by Carolina Vegetables, Inc.);
(3)  1st Deed of Trust on Little Barra Farm, Cumberland County (owned by Precythe Properties, LLC);
(4)  1st Deed of Trust on Sowell Farm, West Carroll Parish, LA (owned by Estate of D. Stewart Precythe);
(5)  1st Deed of Trust on Crosby Warehouse, Oak Grove, LA (owned by Estate of D. Stewart Precythe);
(6)  1st Deed of Trust on McIntosh Roberts Tract, McIntosh, LA (owned by Estate of D. Stewart Precythe);
(7)  1st Deed of Trust on Tracts 1, 2, 3 in Chicot, AZ (owned by Estate of D. Stewart Precythe).

*Value of Total Collateral Securing Loan #2*
**$26,047,587.00**
($23,047,587.00- *Value of Collateral owned by the Debtor, plus* $3,00,000.00 Value of *Collateral owned by Third Party).*

*Do multiple creditors have an interest in the same property?*
YES
*Specify each creditor, including this creditor and its relative priority*
Ares Management, successor to FCC, LLC dba First Capital & to ACF FinCo 1 LP.  Subject to Intercreditor Agreement.

Debtor    **Southern Produce Distributors, Inc.**
_____    Case number (if know)    **18-02010-5**
Name

Date debt was incurred
**03/31/2016**

Last 4 digits of account number
**4270**

Do multiple creditors have an
interest in the same property?

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $14,740,462.24

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Fill in this information to identify the case:

Debtor name __Southern Produce Distributors, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __18-02010-5__

◼ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ◼ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |

**2.1**

Priority creditor's name and mailing address

**Cumberland County Tax Administrator**
P.O. Box 449
Fayetteville, NC 28302

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
◼ No
☐ Yes

Total claim $0.00   Priority amount $0.00

**2.2**

Priority creditor's name and mailing address

**Duplin County Tax Administrator**

P.O. Box 968
Kenansville, NC 28349

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
◼ No
☐ Yes

Total claim $0.00   Priority amount $0.00

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          35139          Best Case Bankruptcy

| Debtor | **Southern Produce Distributors, Inc.** | | Case number (if known) | **18-02010-5** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address
**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.4** Priority creditor's name and mailing address
**Internal Revenue Service**
Alamance Building, Mail Stop 24
4905 Koger Blvd.
Greensboro, NC 27407-2734

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.5** Priority creditor's name and mailing address
**North Carolina Dept. of Commerce
Div. of Employment Security**
P.O. Box 26504
Raleigh, NC 27611-6504

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.6** Priority creditor's name and mailing address
**North Carolina Dept. of Revenue
Office Services Div-Bankruptcy
Unit**
P.O. Box 1168
Raleigh, NC 27602-1168

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor **Southern Produce Distributors, Inc.**

Name

Case number (if known) **18-02010-5**

| | | |
|---|---|---|
| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $0.00 $0.00 |

**2.7**

Priority creditor's name and mailing address

**Sampson County Tax Administrator**
P.O. Box 207
Clinton, NC 28329

Date or dates debt was incurred

Last 4 digits of account number ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00        $0.00

---

**2.8**

Priority creditor's name and mailing address

**West Carroll Parish Tax Assessor**
P.O. Box 610
Oak Grove, LA 71263

Date or dates debt was incurred

Last 4 digits of account number ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Notice Purposes Only**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00        $0.00

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

Nonpriority creditor's name and mailing address

**AAA Scale Company**
PO Box 7056
Wilson, NC 27895-7056

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Inspection and Calibration of Weight Scales**

Is the claim subject to offset? ☑ No ☐ Yes

$765.34

---

**3.2**

Nonpriority creditor's name and mailing address

**ACF FinCo I LP**
580 White Plains Road, 6th Floor
Tarrytown, NY 10591

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.3**

Nonpriority creditor's name and mailing address

**Aflac**
1932 Wynnton Road
Columbus, GA 31993-0797

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

$3,019.12

---

| Debtor | **Southern Produce Distributors, Inc.** | Case number (if known) | **18-02010-5** |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Ag America Lending
P.O. Box 933076
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,058.16 |
|---|---|---|---|

AG- Pak, Inc.
8416 State Street
PO Box 304
Gasport, NY 14067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Repairs and Maintenance__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

Agriculture Program Services, Inc.
PO Box 801
Warsaw, NC 28398

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __NAP Insurance - Sweet Potatoes__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,079.00 |
|---|---|---|---|

Allco Electric, Inc.
PO Box 427
La Grange, NC 28551

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Parts/Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,168.24 |
|---|---|---|---|

Alvis & Mary Lou Denning
200 Shepherd St.
Raleigh, NC 27607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Property Purchase Payment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,007.09 |
|---|---|---|---|

American Industries, Inc.
PO Box 1405
Lumberton, NC 28359-1405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Production Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $167.26 |
|---|---|---|---|

AT&T
PO Box 105262
Atlanta, GA 30348-5262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Phone Service__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Produce Distributors, Inc.** | Case number (if known) | **18-02010-5** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,865.85 |
|---|---|---|---|
| | **Atlantic Coast Toyota Lift**<br>**PO Box B**<br>**High Point, NC 27261** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Forklift Rentals | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,703.36 |
|---|---|---|---|
| | **Axis Corrugated Container, LLC**<br>**201 Industrial Drive**<br>**Butner, NC 27509** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Cardboard Box Supplier | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,660.09 |
|---|---|---|---|
| | **B. C. Roberts Electric Company Inc.**<br>**411 Bill Clifton Road**<br>**Faison, NC 28341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Production Supplies | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261,394.22 |
|---|---|---|---|
| | **Bass Boyz Family Farm**<br>**618 Emmett Jackson Road**<br>**Faison, NC 28341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Sweet Potato Purchase | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,725.32 |
|---|---|---|---|
| | **Bernie Langdon**<br>**P O Box 848**<br>**Selma, NC 27576** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Sweet Potato Purchase | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,600.00 |
|---|---|---|---|
| | **Black, Chestnut & Johnson, P.A.**<br>**PO Box 588**<br>**Clinton, NC 28329** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  CPA Firm | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,226.48 |
|---|---|---|---|
| | **Blake Gary Adams**<br>**247 Five Points Road**<br>**Benson, NC 27504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Sweet Potato Purchase | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Southern Produce Distributors, Inc.**                                      Case number *(if known)*   **18-02010-5**
_____Name_____

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $401,200.00 |
|---|---|---|---|

**Blueview Farms**
**122 Dairy Road**
**Dunn, NC 28334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Sweet Potato Purchase

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Boone Hall Plantation & Gardens**
**1235 Long Point Road**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Pre Packed Sweet Potato Purchase

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,010.94 |
|---|---|---|---|

**Brian & Marcus Lee**
**758A Shaws Pond Road**
**Four Oaks, NC 27524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Sweet Potato Purchase

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,952.49 |
|---|---|---|---|

**Can-Am Pepper Company LP**
**52999 John Wise Line**
**Aylmer, Ontario N5H 2R5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Pepper Purchase

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

**Carolina Eastern-Benson, Inc.**
**8858 NC 96 South**
**Benson, NC 27504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Warehouse Lease

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,503.50 |
|---|---|---|---|

**Caroplast, Inc.**
**PO Box 668405**
**Charlotte, NC 28266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Repairs and Maintenance

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,981.40 |
|---|---|---|---|

**Carr, Riggs & Ingram, LLC**
**2805 North Park Drive**
**PO Box 10588**
**Goldsboro, NC 27532-0588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  CPA services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Southern Produce Distributors, Inc.**                         Case number (if known)    **18-02010-5**
          Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $456.74 |
|---|---|---|---|
| | **Centraal Justitieel Incassobureau**<br>Postbus 1794<br>8901 CB Leeuwarden | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Foreign License Fee | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,958.33 |
|---|---|---|---|
| | **Century Link**<br>PO Box 4300<br>Carol Stream, IL 60197-4300 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Internet/Phone Service | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,500.75 |
|---|---|---|---|
| | **CHEP**<br>8517 South Park Circle<br>Orlando, FL 32819 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Pallet Provider | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **City of Duplin Economic Development**<br>P.O. Box 910<br>Kenansville, NC 28349 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  For Notice Purposes Only | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.09 |
|---|---|---|---|
| | **Clegg's Termite & Pest Control,LLC**<br>PO Box 3089<br>Durham, NC 27715-3089 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Termite and Pest Control | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190,127.11 |
|---|---|---|---|
| | **CMS Farms**<br>**Strickland Organics**<br>891 Country Club Road<br>Salemburg, NC 28385 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Sweet Potato Purchase | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.72 |
|---|---|---|---|
| | **Convergent Technologies, Inc.**<br>PO Box 513<br>Pfafftown, NC 27040-0513 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Telephone Service | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Southern Produce Distributors, Inc. | | Case number (if known) | 18-02010-5 |
|---|---|---|---|---|
| | Name | | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|
| | Crop Production Services-Albertson<br>2954 North NC 111 & 903 Hwy<br>Albertson, NC 28508-9634 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Chemicals | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,270.00 |
|---|---|---|---|
| | CW Hendrix Farms<br>21715 Cartagena Drive<br>Boca Raton, FL 33428 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Pepper Purchase | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400,848.39 |
|---|---|---|---|
| | D & T Farms Inc.<br>8008 NC Hwy 96 S<br>Benson, NC 27504 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Sweet Potato Purchase | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,315.17 |
|---|---|---|---|
| | D&B Welding Supplies<br>6274 NC 403 West<br>Mount Olive, NC 28365 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Production Supplies | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|
| | David Pennington Construction<br>6274 NC 403 West<br>Mount Olive, NC 28365 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Construction of Well House | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,080.00 |
|---|---|---|---|
| | Del Al Associates, Inc.<br>880 Flordon Dr.<br>Charlottesville, VA 22901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Sprout Costs | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152,443.22 |
|---|---|---|---|
| | Dewitt Produce<br>PO Box 129<br>Morven, GA 31638 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Pepper Purchase | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Southern Produce Distributors, Inc.** | Case number (if known) | 18-02010-5 |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,191.59 |
|---|---|---|---|
| | **Dillon Supply Company** | ☐ Contingent | |
| | PO Box 896595 | ☐ Unliquidated | |
| | Charlotte, NC 28289-6595 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Production Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520.00 |
|---|---|---|---|
| | **East Coast AGRI-Technologies, Inc.** | ☐ Contingent | |
| | 3164 Gov. Moore Rd. | ☐ Unliquidated | |
| | Clinton, NC 28328 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Chemicals** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,661.80 |
|---|---|---|---|
| | **Edward Myrick Produce, Inc.** | ☐ Contingent | |
| | 1255 West Atlantic Blvd., Suite 320 | ☐ Unliquidated | |
| | Pompano Beach, FL 33069 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Pepper Purchase** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,020.08 |
|---|---|---|---|
| | **Electric Supply CO of NC, Inc.** | ☐ Contingent | |
| | PO Box 1968 | ☐ Unliquidated | |
| | Wilson, NC 27894 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Production Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $262.50 |
|---|---|---|---|
| | **Eticon Consultants Limited** | ☐ Contingent | |
| | 298 Gienroy Gilbert Drive, Suite 32 | ☐ Unliquidated | |
| | Ottawa, Ontario K2J 5W2 | ☐ Disputed | |
| | Canada | Basis for the claim:  **Consulting Fee** | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,562.00 |
|---|---|---|---|
| | **Farm Credit Leasing Services Corp.** | ☐ Contingent | |
| | NW-9675 | ☐ Unliquidated | |
| | P.O. Box 1450 | ☐ Disputed | |
| | Minneapolis, MN 55485 | Basis for the claim:  **Equipment Rental** | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,289.53 |
|---|---|---|---|
| | **Fastener Supply of Goldsboro** | ☐ Contingent | |
| | 1219 South US Hwy 117 | ☐ Unliquidated | |
| | PO Box 1597 | ☐ Disputed | |
| | Goldsboro, NC 27533 | Basis for the claim:  **Production Supplies** | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Southern Produce Distributors, Inc.**                    Case number (if known)    **18-02010-5**
_____ Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,461.92 |
| | **Fireman's Fund Insurance Companies** Dept. CH 10284 Palatine, IL 60055 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Insurance - Property** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.14 |
| | **Fiske Union Water Systems, Inc.** PO BOX 336 Oak Grove, LA 71263 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Water Bill** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,501.00 |
| | **Giddy Up Incorporated** 1401 Central Ave., Suite 200-B Charlotte, NC 28205 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Domestic Freight** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,300.00 |
| | **Glen Rose Transportation Management** PO Drawer 3269 1601 Glen Rose, TX 76043 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Domestic Freight** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,103.00 |
| | **Global Sensors** P.O. BOX 750 Belmont, NC 28012 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Production Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,450.95 |
| | **Hagan Electronics, Inc.** PO Box 17385 Reno, NV 89511 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Packing Line Suppliers/Repairs** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,920.36 |
| | **Hanover Electric Motor & Supply,Inc** 602 Wellington Avenue Wilmington, NC 28401 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Production Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Southern Produce Distributors, Inc.** | Case number (if known) | **18-02010-5** |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,666.81 |
|---|---|---|---|

**Harvey Farms**
**360 Bill Smith Road**
**Kinston, NC 28501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Sweet Potato Purchase

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,373.00 |
|---|---|---|---|

**Heiden & Associates, LLC**
**107 Poplar Ridge Drive**
**Goldsboro, NC 27534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Construction

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.84 |
|---|---|---|---|

**Herc Rentals**
**P.O. Box 936257**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Rental Costs

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,088.17 |
|---|---|---|---|

**Hill Top Farms, Inc.**
**6341 Strickland's Crossroads Rd**
**Four Oaks, NC 27524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Sweet Potato Purchase

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $397.90 |
|---|---|---|---|

**Honeycutt Enterprise, Inc.**
**187 Hudsontown Rd.**
**Dunn, NC 28334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Production Supplies

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,007.50 |
|---|---|---|---|

**Howell Farming Co., Inc.**
**164 Frankies Lane**
**Goldsboro, NC 27530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Sweet Potato Purchase

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234,134.00 |
|---|---|---|---|

**Independent Container Line, LTD.**
**5620 Cox Road**
**Glen Allen, VA 23060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  International Freight Forwarder

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Southern Produce Distributors, Inc.**                          Case number (if known)   **18-02010-5**
Name

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,673.83 |
|---|---|---|---|

**Industrial Power, Inc.**
**703 Whitfield Street**
**Fayetteville, NC 28306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Production Supplies**

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,128.86 |
|---|---|---|---|

**International Paper**
**Lock Box 0644095**
**Pittsburgh, PA 15264-4095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cardboard Box Supplier**

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,900.17 |
|---|---|---|---|

**iTrade Network, Inc.**
**PO Box 935209**
**Atlanta, GA 31193-5209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Computer Software Provider**

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,089.00 |
|---|---|---|---|

**J & J Produce, Inc.**
**dba J & J Family of Farms**
**4003 Seminole Pratt Whitney Road**
**Loxahatchee, FL 33470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pepper Purchase**

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,500.00 |
|---|---|---|---|

**J & S Wholesale & Rentals, LLC**
**PO Box 1104**
**Asheboro, NC 27204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Wharehouse Lease**

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,130.12 |
|---|---|---|---|

**J C Pallet Company, Inc.**
**PO Box 277**
**Barhamsville, VA 23011-0277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pallet Producer**

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,375.00 |
|---|---|---|---|

**J.H. Rose Logistics, LLC**
**Dept 3127**
**PO Box 123127**
**Dallas, TX 75312-3127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Domestic Freight**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Southern Produce Distributors, Inc. | Case number (if known) | 18-02010-5 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**John Bean Technologies Corp.**<br>**7009 Solutions Center**<br>**Chicago, IL 60677-7000** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$68,481.82** |
| | Date(s) debt was incurred __ | **Basis for the claim:**  Chemicals | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**John Deere Financial**<br>**P.O. Box 4450**<br>**Carol Stream, IL 60197-4450** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,341.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:**  Equipment Rental | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**John Edwards Co., Inc.**<br>**5030 Smith Farm Road**<br>**P.O. Box 118**<br>**Indian Trail, NC 28079** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,439.65** |
| | Date(s) debt was incurred __ | **Basis for the claim:**  Production Supplies | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**John S. Connor, Inc.**<br>**PO Box 791384**<br>**Baltimore, MD 21279-1384** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$118,795.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:**  International Freight Forwarder | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Johnny Hope**<br>**305 Malpass Farm Lane**<br>**Clinton, NC 28328** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$98,734.88** |
| | Date(s) debt was incurred __ | **Basis for the claim:**  Sweet Potato Purchase | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Joshua Bailey**<br>**2450 HWY 403 & 50**<br>**Faison, NC 28341** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$511.45** |
| | Date(s) debt was incurred __ | **Basis for the claim:**  Employee Reimbursement | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Jowat Corporation**<br>**PO Box 1368**<br>**High Point, NC 27261** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,487.16** |
| | Date(s) debt was incurred __ | **Basis for the claim:**  Production Supplies | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Southern Produce Distributors, Inc.**
Name

Case number (if known)    **18-02010-5**

| | | |
|---|---|---|
| 3.74 | Nonpriority creditor's name and mailing address | $256,707.40 |

**Keith Smith**
**2515 Lakewood Road**
**Four Oaks, NC 27524**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sweet Potato Purchase

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.75 | Nonpriority creditor's name and mailing address | $300.00 |

**Kenansville-Duplin County Chamber**
**of Commerce**
**PO Box 358**
**Kenansville, NC 28349**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  County Fees

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.76 | Nonpriority creditor's name and mailing address | $8,877.95 |

**Kevin J. Lee**
**383 Hinson Road**
**Dunn, NC 28334**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sweet Potato Purchase

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.77 | Nonpriority creditor's name and mailing address | $10,047.00 |

**Key Risk - StarNet Insurance Co.**
**PO Box 18746**
**Greensboro, NC 27419-8746**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Workers Comp Insurance

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.78 | Nonpriority creditor's name and mailing address | $17,666.00 |

**Kornegay Family Produce, LLC**
**610 Worley Road**
**Princeton, NC 27569**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sweet Potato Purchase

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.79 | Nonpriority creditor's name and mailing address | $371.25 |

**Land Management Group, Inc.**
**3805 Wrightsville Avenue, Suite 15**
**Wilmington, NC 28403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Farming Expense

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.80 | Nonpriority creditor's name and mailing address | $153.46 |

**Le Bleu Central of Raleigh**
**PO Box 98479**
**Raleigh, NC 27624-8479**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Office Water Cooler/Bottles

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Southern Produce Distributors, Inc.** | Case number (if known) | **18-02010-5** |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,139.61 |
|---|---|---|---|

**Lewis Systems & Service Co., Inc.**
140 N.Busines Court
Rocky Mount, NC 27804

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Repairs and Maintenance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,990.40 |
|---|---|---|---|

**Little Creek Produce**
8003 Hwy 222
Walstonburg, NC 27888

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sweet Potato Purchase

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,080.00 |
|---|---|---|---|

**Major Foy Ivey, Jr.**
340 Daniel Chestnutt Road
Mount Olive, NC 28365

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sweet Potato Purchase

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,737.00 |
|---|---|---|---|

**Matthew Rhodes**
1015 Crocker's Nub Rd.
Middlesex, NC 27557

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sweet Potato Purchase

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,544.00 |
|---|---|---|---|

**MegaCorp**
PO Box 1050
Wrightsville Beach, NC 28480

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Domestic Freight

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,791.02 |
|---|---|---|---|

**Meuers Law Firm, P.L.**
5395 Park Central Court
Naples, FL 34109

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lawyer Fees

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,400.00 |
|---|---|---|---|

**Michael Godwin**
5904 Timothy Road
Dunn, NC 28334

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sweet Potato Purchase

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Southern Produce Distributors, Inc.** | Case number *(if known)* | **18-02010-5** |
|---|---|---|---|
| | Name | | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Mobile FarmWare, LLC**
3164C Governor Moore Road
Clinton, NC 28328

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Software Training**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $962.50 |
|---|---|---|---|

**Moore & Van Allen PLLC**
430 Davis Drive, Suite 500
PO Box 13706
Research Triangle Park, NC 27709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trademark Renewal Legal Fee**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $358.92 |
|---|---|---|---|

**Morris & Associates**
803 Morris Drive
Garner, NC 27529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Repairs and Maintenance**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,833.00 |
|---|---|---|---|

**Nature's Way Farms Inc.**
7795 Suttontown Road
Faison, NC 28341-7267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Sweet Potato Purchase**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,426.23 |
|---|---|---|---|

**NC Sweet Potato Commission**
700 E. Parrish Dr., Suite C
Benson, NC 27504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Annual Commission Fees**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,659.89 |
|---|---|---|---|

**Office Depot**
PO Box 1413
Charlotte, NC 28201-1413

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Office Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $464,000.00 |
|---|---|---|---|

**Precythe Properties, LLC**
c/o John C. Hine, Executor
P.O. Box 916
Goldsboro, NC 27533-0916

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2013**

Basis for the claim:  **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Southern Produce Distributors, Inc.** | Case number (if known) | 18-02010-5 |
|---|---|---|---|
| | Name | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,027.50 |
|---|---|---|---|
| | **Professional Produce of Florida,Inc** | ☐ Contingent | |
| | **2991 NW 112th Ave.** | ☐ Unliquidated | |
| | **Coral Springs, FL 33065-3545** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Pepper Purchase | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,750.00 |
|---|---|---|---|
| | **Race-West Company** | ☐ Contingent | |
| | **Philip L. Cutler Building** | ☐ Unliquidated | |
| | **600 South State Street** | ☐ Disputed | |
| | **Clarks Summit, PA 18411** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  Sweet Potato Purchase | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,965.75 |
|---|---|---|---|
| | **Rankin Truck Brokers, LLC** | ☐ Contingent | |
| | **159 Point South Drive** | ☐ Unliquidated | |
| | **Yemassee, SC 29945** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Domestic Freight | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,750.00 |
|---|---|---|---|
| | **ReedTMS Logistics** | ☐ Contingent | |
| | **615 S. Ware Blvd.** | ☐ Unliquidated | |
| | **Tampa, FL 33619** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Domestic Freight | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,695.00 |
|---|---|---|---|
| | **Roadrunner Truckload Plus** | ☐ Contingent | |
| | **PO Box 95000** | ☐ Unliquidated | |
| | **Chicago, IL 60694-5000** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Domestic Freight | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $317,046.99 |
|---|---|---|---|
| | **Robert Fann Farming** | ☐ Contingent | |
| | **220 Oscar Tate Road** | ☐ Unliquidated | |
| | **Salemburg, NC 28385** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Sweet Potato Purchase | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,163.16 |
|---|---|---|---|
| | **Rocky Mount Electric Motor** | ☐ Contingent | |
| | **PO Box 1063** | ☐ Unliquidated | |
| | **Rocky Mount, NC 27802** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  Production Supplies | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Southern Produce Distributors, Inc.**
Name

Case number (if known)    18-02010-5

| | | |
|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address** <br> S & E Farms, LLC <br> 5075 Godwin Lake Road <br> Benson, NC 27504 <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Rent Storage** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$6,250.00** |
| 3.103 | **Nonpriority creditor's name and mailing address** <br> Scotlynn USA Division, Inc. <br> 1150 Vittoria Road <br> Vittoria, ON N0E 1W0 <br> Canada <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Domestic Freight** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$2,000.00** |
| 3.104 | **Nonpriority creditor's name and mailing address** <br> Scott Farms, Inc. <br> 7965-A Simpson Rd. <br> Lucama, NC 27851 <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Sweet Potato Purchase** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$93,816.00** |
| 3.105 | **Nonpriority creditor's name and mailing address** <br> Select Bank & Trust <br> 863 Tilgham Dr. <br> Dunn, NC 28334 <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.106 | **Nonpriority creditor's name and mailing address** <br> Sharp Farms, Inc <br> 5161 NC Hwy 581 <br> Sims, NC 27880 <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Sweet Potato Purchase** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$51,783.41** |
| 3.107 | **Nonpriority creditor's name and mailing address** <br> Shred-it USA <br> 28883 Network Place <br> Chicago, IL 60673-1288 <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Document Shredding Service** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$92.60** |
| 3.108 | **Nonpriority creditor's name and mailing address** <br> Southeast Produce Council, Inc. <br> 315 Hwy 17 North <br> Millen, GA 30442 <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Annual Commission Fees** <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$17,995.00** |

Debtor    **Southern Produce Distributors, Inc.**
Name

Case number (if known)    18-02010-5

| | | |
|---|---|---|
| 3.109 | Nonpriority creditor's name and mailing address | $2,502.96 |
| | **Southern Bank - Ending in 4316** | |
| | **PO Box 63001** | |
| | **Charlotte, NC 28263-3001** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Employee Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.110 | Nonpriority creditor's name and mailing address | $29.24 |
| | **Southern Bank - Ending in 5687** | |
| | **PO Box 63001** | |
| | **Charlotte, NC 28263-3001** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Employee Reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.111 | Nonpriority creditor's name and mailing address | $50,000.00 |
| | **Steven C. Johnson** | |
| | **5417 US 13 South** | |
| | **Mount Olive, NC 28365** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Sweet Potato Purchase**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.112 | Nonpriority creditor's name and mailing address | $143,954.89 |
| | **Strickland Farming Partnership** | |
| | **671 Hollingsworth Road** | |
| | **Mount Olive, NC 28365** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Sweet Potato Purchase**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.113 | Nonpriority creditor's name and mailing address | $6,502.50 |
| | **TenPlus Systems** | |
| | **PO Box 33490** | |
| | **Raleigh, NC 27636** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **IT Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.114 | Nonpriority creditor's name and mailing address | $2,500.00 |
| | **Tew Farms** | |
| | **4210 North NC 903** | |
| | **Albertson, NC 28508** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Sweet Potato Purchase**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.115 | Nonpriority creditor's name and mailing address | $226.12 |
| | **The Hop Ice Cream Cafe** | |
| | **640 Merrimon Ave. Suite 103** | |
| | **Asheville, NC 28805** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Promotional Service**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Southern Produce Distributors, Inc.**                       Case number (if known)    **18-02010-5**
_____Name_____

| | 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,177.00 |

**3.116** Nonpriority creditor's name and mailing address
**Thermal Techniques**
1409 East Blvd.
Charlotte, NC 28203

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,177.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electrical Components Inspection**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** Nonpriority creditor's name and mailing address
**Tires Inc.**
317 South East Blvd.
Clinton, NC 28328-3625

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$50.61**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tractor Tires**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** Nonpriority creditor's name and mailing address
**Tony D. Lee**
957 White Oak Road
Four Oaks, NC 27524

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$28,458.04**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sweet Potato Purchase**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** Nonpriority creditor's name and mailing address
**Total Quality Logistics**
PO Box 634558
Cincinnati, OH 45263-4558

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$103,467.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Domestic Freight**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** Nonpriority creditor's name and mailing address
**Toyota Industries Commercial Financ**
P.O. Box 660926
Dallas, TX 75266-0926

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$13,670.96**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Forklift Rentals**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** Nonpriority creditor's name and mailing address
**TRAFFIX**
1-375 Wheelabrator Way
Milton, ON L9T 3C1
Canada

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$3,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Domestic Freight**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** Nonpriority creditor's name and mailing address
**Transit Transportation Services**
616 Industrial Ave,
Mount Pleasant, MI 48858

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$11,012.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Domestic Freight**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Southern Produce Distributors, Inc.**        Case number (if known)   **18-02010-5**
Name

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,138.84 |
|---|---|---|---|

**Tri-Lift, NC Inc.**
2905 Manufacturers Road
Greensboro, NC 27406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Repairs and Maintenance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,872.62 |
|---|---|---|---|

**TriEast Irrigation**
PO Box 1147
Darlington, SC 29540-1147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Irrigation Equipment Costs**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,272.50 |
|---|---|---|---|

**Trinity Fresh Fruits**
6064 Deep Branch Road
Pembroke, NC 28372

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Sweet Potato Purchase**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,287.08 |
|---|---|---|---|

**Tyrrel County Tax Collector**
PO Box 449
Columbia, NC 27925-0449

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **County Taxes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,779.20 |
|---|---|---|---|

**U.S. Security Associates, Inc.**
PO Box 931703
Atlanta, GA 31193-1703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Security Officers**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,028.68 |
|---|---|---|---|

**VWM, LLC**
PO Box 418
Four Oaks, NC 27524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Shipping Supplies**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $358,147.56 |
|---|---|---|---|

**Warren Farming Partnership**
PO Box 223
Newton Grove, NC 28366

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Sweet Potato Purchase**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Southern Produce Distributors, Inc.**
Name

Case number (if known)    18-02010-5

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.00 |
|---|---|---|---|
| | **Waste Industries** | ☐ Contingent | |
| | PO Box 791519 | ☐ Unliquidated | |
| | Baltimore, MD 21279 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trash Collection** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,963.00 |
|---|---|---|---|
| | **Waters Agricultural Labs. Inc.** | ☐ Contingent | |
| | 257 Newton Hwy. | ☐ Unliquidated | |
| | P.O. Box 382 | ☐ Disputed | |
| | Camilla, GA 31730 | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Soil Sample Cost** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,160.00 |
|---|---|---|---|
| | **Wayne E. Bailey Produce Co.** | ☐ Contingent | |
| | PO Box 467 | ☐ Unliquidated | |
| | Chadbourn, NC 28431 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Sweet Potato Purchase** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,600.00 |
|---|---|---|---|
| | **West Farms** | ☐ Contingent | |
| | 255 Old Huntsville Road | ☐ Unliquidated | |
| | Fayetteville, TN 37334 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Sweet Potato Purchase** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,393.56 |
|---|---|---|---|
| | **Westmark Industries, Inc.** | ☐ Contingent | |
| | 6701 SW McEwan Road | ☐ Unliquidated | |
| | Lake Oswego, OR 97035 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Printer Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,211.83 |
|---|---|---|---|
| | **WestRock CP, LLC** | ☐ Contingent | |
| | PO Box 409813 | ☐ Unliquidated | |
| | Atlanta, GA 30384-9813 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Cardboard Box Supplier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,656.40 |
|---|---|---|---|
| | **William Gary Adams** | ☐ Contingent | |
| | 1075 Adams Road | ☐ Unliquidated | |
| | Benson, NC 27504 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Sweet Potato Purchase** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Southern Produce Distributors, Inc. | Case number (if known) | 18-02010-5 |
|---|---|---|---|
| | Name | | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,984.30 |
|---|---|---|---|

**Woody Thornton**
**395 Noah Road**
**Benson, NC 27504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Sweet Potato Purchase

Is the claim subject to offset? ☑ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 5,222,165.34 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 5,222,165.34 |

**Fill in this information to identify the case:**

Debtor name  **Southern Produce Distributors, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    **18-02010-5**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

    **2. List all contracts and unexpired leases**                State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease (2015 GMC Sierra Truck, 2015 GMC 2500 Truck, 2016 Cadillac Escalade, Newtec computerized weigher, Hagan packing line, SWP bins, Carolina Base-PAC sweet potato crates and block pallets, Louisburg Hardwood potato boxes) | |
|---|---|---|---|
| | State the term remaining | | **Farm Credit Leasing Services Corp.** |
| | | | **NW-9675** |
| | List the contract number of any government contract | | **P.O. Box 1450** |
| | | | **Minneapolis, MN 55485** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease (1 forklift) | |
|---|---|---|---|
| | State the term remaining | | **Herc Rentals** |
| | | | **P.O. Box 936257** |
| | List the contract number of any government contract | | **Atlanta, GA 31193** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease (Caterpillar forklift) | |
|---|---|---|---|
| | State the term remaining | | **John Deere Financial** |
| | | | **P.O. Box 4450** |
| | List the contract number of any government contract | | **Carol Stream, IL 60197-4450** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease (2 tractor trucks) | **Ryder Transportation Services** |
|---|---|---|---|
| | | | **P.O. Box 402366** |
| | | | **Atlanta, GA 30384-2366** |

Debtor 1   **Southern Produce Distributors, Inc.**
     First Name        Middle Name       Last Name               Case number *(if known)*   **18-02010-5**

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

State the term remaining

List the contract number of any government contract    _____

---

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease (20 forklifts)** |
| | State the term remaining | |
| | List the contract number of any government contract | **Toyota Industries Commercial Financ**<br>**P.O. Box 660926**<br>**Dallas, TX 75266-0926** |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Southern Produce Distributors, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __**18-02010-5**__

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Carolina Vegetables, Inc. | c/o John C. Hine, Executor P.O. Box 916 Goldsboro, NC 27533-0916 | Byline Bank, successor | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.2 | Carolina Vegetables, Inc. | c/o John C. Hine, Executor P.O. Box 916 Goldsboro, NC 27533-0916 | Byline Bank, successor | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.3 | Estate of David Stewart Precythe | John C. Hine, Executor P.O. Box 916 Goldsboro, NC 27533-0916 | Byline Bank, successor | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.4 | Estate of David Stewart Precythe | John C. Hine, Executor P.O. Box 916 Goldsboro, NC 27533-0916 | John Deere Financial | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Southern Produce Distributors, Inc.** | Case number *(if known)* | **18-02010-5** |
| --- | --- | --- | --- |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                    Column 2: Creditor

| 2.5 | Estate of David<br>Stewart Precythe | John C. Hine, Executor<br>P.O. Box 916<br>Goldsboro, NC 27533-0916 | Byline Bank,<br>successor | ■ D  **2.5**<br>☐ E/F ____<br>☐ G ____ |

| 2.6 | Estate of David<br>Stewart Precythe | John C. Hine, Executor<br>P.O. Box 916<br>Goldsboro, NC 27533-0916 | Ares Management,<br>successor to | ■ D  **2.2**<br>☐ E/F ____<br>☐ G ____ |

| 2.7 | Estate of David<br>Stewart Precythe | John C. Hine, Executor<br>P.O. Box 916<br>Goldsboro, NC 27533-0916 | Ares Management,<br>successor to | ■ D  **2.3**<br>☐ E/F ____<br>☐ G ____ |

| 2.8 | Precythe<br>Properties, LLC | c/o John C. Hine, Executor<br>P.O. Box 916<br>Goldsboro, NC 27533-0916 | Byline Bank,<br>successor | ■ D  **2.4**<br>☐ E/F ____<br>☐ G ____ |

| 2.9 | Precythe<br>Properties, LLC | c/o John C. Hine, Executor<br>P.O. Box 916<br>Goldsboro, NC 27533-0916 | Alvis and Mary Lou<br>Denning | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |