**Fill in this information to identify the case:**

Debtor name: **Southern Produce Distributors, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known): **18-02010-5**

☒ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **For prior year:**<br>From **9/01/2017** to **Filing Date** | ☒ Operating a business<br>☐ Other | $21,907,927.00 |
    | **For year before that:**<br>From **9/01/2016** to **8/31/2017** | ☒ Operating a business<br>☐ Other | $35,376,563.00 |
    | **For the fiscal year:**<br>From **9/01/2015** to **8/31/2016** | ☒ Operating a business<br>☐ Other | $45,990,522.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|---|
    | **For prior year:**<br>From **9/01/2017** to **Filing Date** | Rental income, misc. sales | $40,184.00 |
    | **For year before that:**<br>From **9/01/2016** to **8/31/2017** | Rental income, misc. sales, sale of assets | $463,944.00 |
    | **For the fiscal year:**<br>From **9/01/2015** to **8/31/2016** | Rental income, misc. sales, sale of assets | $472,677.00 |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

| Debtor | Southern Produce Distributors, Inc. | Case number (if known) | 18-02010-5 |
|---|---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. (See Attachment for Question 3.1) | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. (See Attachment for Question 4.1) | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor  Southern Produce Distributors, Inc.                              Case number *(if known)* 18-02010-5

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☐ None

   |  | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|---|
   | 9.1. | Senator Brent Jackson<br>1270 Warren Mill Road<br>Newton Grove, NC 28366 | Campaign fundraiser | 11/28/2017 | $2,000.00 |
   |  | Recipients relationship to debtor<br>SWP supplier | | | |
   | 9.2. | NC SweetPotato Commission Foundation<br>700 E. Parrish Dr., Suite C<br>Benson, NC 27504 | ROT Research | 06/13/2016 | $5,000.00 |
   |  | Recipients relationship to debtor<br>Association Member | | | |

## Part 5:  Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ☐ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
    |---|---|---|---|
    | Water damage, Dobbersville labor camp | pending | Feb. 2018 | Unknown |
    | Water damage, Clinton warehouse office area | $22,968.51 | Jan. 2018 | $22,968.51 |
    | Auto collision, 2008 Chevrolet Tahoe totaled | $3,922.00 | June 2017 | $0.00 |

## Part 6:  Certain Payments or Transfers

11. Payments related to bankruptcy
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|

Debtor  Southern Produce Distributors, Inc.                          Case number (if known) 18-02010-5

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Nicholls & Crampton, P.A<br>P.O. Box 18237<br>Raleigh, NC 27619 | (see also Compensation Statement of Attorneys for Debtor filed with the Court on 4/20/2018 and incorporated herein by reference) | 04/20/2018 | $51,717.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

### 13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | 403 Faison Bay at Land, LLC<br>2 Wisteria Lane<br>Lake Grove, NY 11755 | 10.86 acre tract, Sampson County, NC PIN #13034368007 "Eldon Thornton Road Site" (sale for $500,000) | 06/21/2017 | $500,000.00 |
| | Relationship to debtor<br>none | | | |

## Part 7: Previous Locations

### 14. Previous addresses
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor  **Southern Produce Distributors, Inc.**  Case number *(if known)* **18-02010-5**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

Name of plan: **Southern Produce Distributors, Inc. 401k Plan**

Employer identification number of the plan
EIN: **56-0793360**

Has the plan been terminated?
■ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Bernie Langdon<br>P O Box 848<br>Selma, NC 27576 | Bernie Langdon | 2,233 bins sweet potatoes | ☐ No<br>■ Yes |

Debtor   Southern Produce Distributors, Inc.   Case number (if known) 18-02010-5

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Brian & Marcus Lee<br>758A Shaws Pond Road<br>Four Oaks, NC 27524 | Brian Lee | 200 bins sweet potatoes | ☐ No<br>■ Yes |
| D & T Farms Inc.<br>8008 NC Hwy 96 S<br>Benson, NC 27504 | Timmy McLamb | 4,286 bins sweet potatoes | ☐ No<br>■ Yes |
| Robert Fann Farming<br>220 Oscar Tate Road<br>Salemburg, NC 28385 | Robert Fann | 960 bins sweet potatoes | ☐ No<br>■ Yes |
| Harvey Farms<br>360 Bill Smith Road<br>Kinston, NC 28501 | John Harvey | 246 bins sweet potatoes | ☐ No<br>■ Yes |
| Keith Smith<br>2515 Lakewood Road<br>Four Oaks, NC 27524 | Keith Smith | 3,000 bins sweet potatoes | ☐ No<br>■ Yes |
| Kevin J. Lee<br>383 Hinson Road<br>Dunn, NC 28334 | Kevin Lee | 843 bins sweet potatoes | ☐ No<br>■ Yes |
| Kornegay Family Produce, LLC<br>610 Worley Road<br>Princeton, NC 27569 | Danny Kornegay | 140 bins sweet potatoes | ☐ No<br>■ Yes |
| Sharp Farms, Inc.<br>5161 NC Hwy 581<br>Sims, NC 27880 | Pender Sharp | 200 bins sweet potatoes | ☐ No<br>■ Yes |
| T & J Farms<br>2866 Maxwell Road<br>Autryville, NC 28318 | Terrell Williams | 110 bins sweet potatoes | ☐ No<br>■ Yes |
| Willie Lee Raynor & Sons<br>209 N. Johnson Street<br>Newton Grove, NC 28366 | Willie Raynor | 167 bins sweet potatoes | ☐ No<br>■ Yes |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor  Southern Produce Distributors, Inc.                                    Case number (if known) 18-02010-5

similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

   | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

   ■ No.
   ☐ Yes. Provide details below.

   | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. Has the debtor notified any governmental unit of any release of hazardous material?

   ■ No.
   ☐ Yes. Provide details below.

   | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. Other businesses in which the debtor has or has had an interest
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

   | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |

26. Books, records, and financial statements
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

   | Name and address | | Date of service<br>From-To |
   |---|---|---|
   | 26a.1. | Wayne A. Hildebrandt<br>3899 Bonnie Walters Road<br>La Grange, NC 28551 | 03/2017 to present |
   | 26a.2. | Kenneth J. Lee<br>475 Baker Chapel Church Road<br>Mount Olive, NC 28365 | 04/2013 to present |
   | 26a.3. | Sarah Courtney Brewer<br>701 Fellowship Church Road<br>Princeton, NC 27569 | 10/2017 to present |
   | 26a.4. | Judy P. Brogden<br>P.O. Box 466<br>Mount Olive, NC 28365 | 03/2012 to present |

Debtor   Southern Produce Distributors, Inc.                                Case number (if known) 18-02010-5

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.5. | Jorge Alberto Rodriguez<br>116 E. Park Ave.<br>Mount Olive, NC 28365 | 01/2011 to present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | Black, Chestnut & Johnson, P.A.<br>P.O. Box 588<br>Clinton, NC 28329 | 2015 to present |
| 26b.2. | Ares Management, LLC<br>800 Corporate Pointe, 4th Floor<br>Los Angeles, CA 90230 | 2013 to present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Southern Produce Distributors, Inc. | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address | |
|---|---|---|
| 26d.1. | Ares Management, LLC<br>800 Corporate Pointe, 4th Floor<br>Los Angeles, CA 90230 | |
| 26d.2. | Byline Bank<br>500 W. Elm Grove Road, Suite 104<br>Elm Grove, WI 53122 | |

27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | Sterling Cook & Howard Fisackerly | 08/31/2017 | $4,772,981.00 (contract & packout) |

| | Name and address of the person who has possession of inventory records | | |
|---|---|---|---|
| | Debtor | | |

Debtor   Southern Produce Distributors, Inc.                                    Case number (if known) 18-02010-5

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Randy Swartz | Southern Produce Distributors, Inc.<br>P.O. Box 130<br>Faison, NC 28341 | President & CEO | |
| Estate of David Stewart Precythe | John C. Hine, Executor<br>P.O. Box 916<br>Goldsboro, NC 27533-0916 | Board Member | 100% |
| Kelley S. Precythe | Southern Produce Distributors, Inc.<br>P.O. Box 130<br>Faison, NC 28341 | Chairman of the Board | |
| Brenda Oglesby | P.O. Box 446<br>Benson, NC 27504 | Secretary | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| David Stewart Presythe (deceased) | Southern Produce Distributors, Inc.<br>P.O. Box 130<br>Faison, NC 28341 | President/CEO | Prior to 2000 to 04/20/2017 |
| Kelley S. Precythe | Southern Produce Distributors, Inc.<br>P.O. Box 130<br>Faison, NC 28341 | President | 4/20/2017 to 4/09/2018 |
| Sterling Cook | 608 Caicos Court<br>Wilmington, NC 28405 | CFO | 08/07/2018 to 02/21/2018 |
| Howard Fisackerly | 109 Lintel Road<br>Columbus, MS 39701 | COO | 01/01/2009 to 01/10/18 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor  Southern Produce Distributors, Inc.　　　　　　　　　　　Case number *(if known)* 18-02010-5

- [ ] No
- [x] Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Brenda Oglesby<br>P.O. Box 446<br>Benson, NC 27504 | $133,174.10 | Apr. 2017 -<br>Apr. 2018 | Salary |
| | Relationship to debtor<br>Secretary | | | |
| 30.2 | Kelley S. Precythe<br>Southern Produce Distributors, Inc.<br>P.O. Box 130<br>Faison, NC 28341 | $191,460.47 | Apr. 2017 -<br>Apr. 2018 | Salary |
| | Relationship to debtor<br>Director, former President | | | |
| 30.3 | Sterling Cook<br>608 Caicos Court<br>Wilmington, NC 28405 | $165,943.45 | Apr. 2017 -<br>Feb. 2018 | Salary |
| | Relationship to debtor<br>former CFO, former CEO | | | |
| 30.4 | Howard Fisackerly<br>109 Lintel Road<br>Columbus, MS 39701 | $128,614.96 | Apr. 2017 -<br>Jan. 2018 | Salary |
| | Relationship to debtor<br>former CFO | | | |
| 30.5 | David Stewart Presythe (deceased)<br>Southern Produce Distributors, Inc.<br>P.O. Box 130<br>Faison, NC 28341 | $8,957.62 | Apr. 2017 | Salary |
| | Relationship to debtor<br>former President, former Director | | | |
| 30.6 | Randy Swartz<br>Southern Produce Distributors, Inc.<br>P.O. Box 130<br>Faison, NC 28341 | $30,769.28 | Feb. 2018 -<br>Apr. 2018 | Salary |
| | Relationship to debtor<br>President & CEO, Director | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

| Debtor | Southern Produce Distributors, Inc. | Case number (if known) | 18-02010-5 |
|---|---|---|---|

■ No
☐ Yes. Identify below.

**Name of the parent corporation**

**Employer identification number of the parent corporation**

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

**Name of the pension fund**

**Employer identification number of the parent corporation**

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 22, 2018**

**/s/ Randy S. Swartz**                         **Randy S. Swartz**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **President & CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes