**Fill in this information to identify the case:**

Debtor name   **Southern Produce Distributors, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   **18-02010-5**

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 22, 2018**          X **/s/ Randy S. Swartz**
                                        Signature of individual signing on behalf of debtor

                                        **Randy S. Swartz**
                                        Printed name

                                        **President & CEO**
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Southern Produce Distributors, Inc.
United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA
Case number (if known): 18-02010-5

■ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Blueview Farms<br>122 Dairy Road<br>Dunn, NC 28334 | Miles Jackson<br>bvjack4@gmail.com<br>910-590-6346 | Trade Debt | | | | $401,200.00 |
| D & T Farms Inc.<br>8008 NC Hwy 96 S<br>Benson, NC 27504 | Timmy McLamb<br>jdfarmer8520@aol.com<br>919-207-8148 | Trade Debt | | | | $400,848.39 |
| Warren Farming Partnership<br>PO Box 223<br>Newton Grove, NC 28366 | George Warren<br>warrenfarms@embarqmail.com<br>910-594-1701 | Trade Debt | | | | $358,147.56 |
| Robert Fann Farming<br>220 Oscar Tate Road<br>Salemburg, NC 28385 | Robert Fann<br>fannfarms@gmail.com<br>910-249-2339 | Trade Debt | | | | $317,046.99 |
| Bass Boyz Family Farm<br>618 Emmett Jackson Road<br>Faison, NC 28341 | Mark Bass<br>910-590-7950 | Trade Debt | | | | $261,394.22 |
| Keith Smith<br>2515 Lakewood Road<br>Four Oaks, NC 27524 | Keith Smith<br>keithsmithfarms@aol.com<br>919-730-7692 | Trade Debt | | | | $256,707.40 |
| Independent Container Line, LTD.<br>5620 Cox Road<br>Glen Allen, VA 23060 | Sophie Brown<br>sophie.brown@icl-ltd.com<br>704-651-3789 | Trade Debt | | | | $234,134.00 |

Debtor  **Southern Produce Distributors, Inc.**                                           Case number *(if known)*  **18-02010-5**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CMS Farms Strickland Organics 891 Country Club Road Salemburg, NC 28385 | Brandon Strickland brandon.strickland82@gmail.com 910-249-3559 | Trade Debt | | | | $190,127.11 |
| Dewitt Produce PO Box 129 Morven, GA 31638 | April Dewitt april@dewittproduce.com 229-263-5000 | Trade Debt | | | | $152,443.22 |
| Strickland Farming Partnership 671 Hollingsworth Road Mount Olive, NC 28365 | Reggie Strickland reggie@sfgnc.net 910-594-0011 | Trade Debt | | | | $143,954.89 |
| Bernie Langdon P O Box 848 Selma, NC 27576 | Bernie Langdon berniesfarm48@gmail.com 919-291-8162 | Trade Debt | | | | $136,725.32 |
| John S. Connor, Inc. PO Box 791384 Baltimore, MD 21279-1384 | Paige Thornton paiget@jsconnor.com 757-627-3910 | Trade Debt | | | | $118,795.00 |
| Total Quality Logisitics PO Box 634558 Cincinnati, OH 45263-4558 | Kendall Johnson kjjohnson@tql.com 630-750-2831 | Trade Debt | | | | $103,467.00 |
| Johnny Hope 305 Malpass Farm Lane Clinton, NC 28328 | Johnny Hope lhope@intrstar.net 910-590-8990 | Trade Debt | | | | $98,734.88 |
| Scott Farms, Inc. 7965-A Simpson Rd. Lucama, NC 27851 | Sonny Scott kim@scottfarms.com 919-284-4030 | Trade Debt | | | | $93,816.00 |
| William Gary Adams 1075 Adams Road Benson, NC 27504 | Gary Adams tammydadams62@gmail.com 919-894-2920 | Trade Debt | | | | $78,656.40 |
| John Bean Technologies Corp. 7009 Solutions Center Chicago, IL 60677-7000 | 863-683-5411 | Trade Debt | | | | $68,481.82 |

Debtor  **Southern Produce Distributors, Inc.**  Case number *(if known)*  **18-02010-5**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hagan Electronics, Inc.<br>PO Box 17385<br>Reno, NV 89511 | Jim Hagan<br>hagan2_pyramid@att.net<br>775-853-5100 | Trade Debt | | | | $64,450.95 |
| Woody Thornton<br>395 Noah Road<br>Benson, NC 27504 | Woody Thornton<br>woody.thornton@yahoo.com<br>919-291-7246 | Trade Debt | | | | $63,984.30 |
| Rankin Truck Brokers, LLC<br>159 Point South Drive<br>Yemassee, SC 29945 | Brenda<br>rankintruckbrokers@gmail.com<br>843-726-4306 | Trade Debt | | | | $63,965.75 |