# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Southern Produce Distributors, Inc.**                                    Case No.   **18-02010-5**
                                                              Debtor(s)            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President & CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 22, 2018**                        **/s/ Randy S. Swartz**
                                                  **Randy S. Swartz/President & CEO**
                                                  Signer/Title

AAA Scale Company
PO Box 7056
Wilson, NC 27895-7056

ACF FinCo I LP
580 White Plains Road, 6th Floor
Tarrytown, NY 10591

Aflac
1932 Wynnton Road
Columbus, GA 31993-0797

Ag America Lending
P.O. Box 933076
Cleveland, OH 44193

AG- Pak, Inc.
8416 State Street
PO Box 304
Gasport, NY 14067

Agriculture Program Services, Inc.
PO Box 801
Warsaw, NC 28398

Allco Electric, Inc.
PO Box 427
La Grange, NC 28551

Alvis & Mary Lou Denning
200 Shepherd St.
Raleigh, NC 27607

Alvis and Mary Lou Denning
200 Shepherd Street
Raleigh, NC 27607

American Industries, Inc.
PO Box 1405
Lumberton, NC 28359-1405

Ares Management, successor to
FCC, LLC d/b/a First Capital
800 Corporate Pointe, 4th Floor
Los Angeles, CA 90230

AT&T
PO Box 105262
Atlanta, GA 30348-5262

Atlantic Coast Toyota Lift
PO Box B
High Point, NC 27261

Axis Corrugated Container, LLC
201 Industrial Drive
Butner, NC 27509

B. C. Roberts Electric Company Inc.
411 Bill Clifton Road
Faison, NC 28341

Bass Boyz Family Farm
618 Emmett Jackson Road
Faison, NC 28341

Bernie Langdon
P O Box 848
Selma, NC 27576

Black, Chestnut & Johnson, P.A.
PO Box 588
Clinton, NC 28329

Blake Gary Adams
247 Five Points Road
Benson, NC 27504

Blueview Farms
122 Dairy Road
Dunn, NC 28334

Boone Hall Plantation & Gardens
1235 Long Point Road
Mount Pleasant, SC 29464

Brian & Marcus Lee
758A Shaws Pond Road
Four Oaks, NC 27524

Byline Bank, successor
to Ridgestone Bank
500 W. Elm Grove Road, Suite 104
Elm Grove, WI 53122

Can-Am Pepper Company LP
52999 John Wise Line
Aylmer, Ontario N5H 2R5

Cape Fear Farm Credit ACA
P.O. Box 558
Clinton, NC 28329-0558

Carolina Eastern-Benson, Inc.
8858 NC 96 South
Benson, NC 27504

Carolina Vegetables, Inc.
c/o John C. Hine, Executor
P.O. Box 916
Goldsboro, NC 27533-0916

Caroplast, Inc.
PO Box 668405
Charlotte, NC 28266

Crop Production Services-Albertson
2954 North NC 111 & 903 Hwy
Albertson, NC 28508-9634

Dillon Supply Company
PO Box 896595
Charlotte, NC 28289-6595

Carr, Riggs & Ingram, LLC
2805 North Park Drive
PO Box 10588
Goldsboro, NC 27532-0588

Cumberland County Tax Administrator
P.O. Box 449
Fayetteville, NC 28302

Duplin County Tax Administrator
P.O. Box 968
Kenansville, NC 28349

Centraal Justitieel Incassobureau
Postbus 1794
8901 CB Leeuwarden

CW Hendrix Farms
21715 Cartagena Drive
Boca Raton, FL 33428

East Coast AGRI-Technologies, Inc
3164 Gov. Moore Rd.
Clinton, NC 28328

Century Link
PO Box 4300
Carol Stream, IL 60197-4300

D & T Farms Inc.
8008 NC Hwy 96 S
Benson, NC 27504

Edward Myrick Produce, Inc.
1255 West Atlantic Blvd., Suite 320
Pompano Beach, FL 33069

CHEP
8517 South Park Circle
Orlando, FL 32819

D&B Welding Supplies
6274 NC 403 West
Mount Olive, NC 28365

Electric Supply CO of NC, Inc.
PO Box 1968
Wilson, NC 27894

City of Duplin Economic Development
P.O. Box 910
Kenansville, NC 28349

Daniel H. Slate
Buchalter
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730

Estate of David Stewart Precythe
John C. Hine, Executor
P.O. Box 916
Goldsboro, NC 27533-0916

Clegg's Terminte & Pest Control,LLC
PO Box 3089
Durham, NC 27715-3089

David Pennington Construction
6274 NC 403 West
Mount Olive, NC 28365

Eticon Consultants Limited
298 Gienroy Gilbert Drive, Suite 32
Ottawa, Ontario K2J 5W2
Canada

CMS Farms
Strickland Organics
891 Country Club Road
Salemburg, NC 28385

Del Al Associates, Inc.
880 Flordon Dr.
Charlottesville, VA 22901

Farm Credit Leasing Services Cor
NW-9675
P.O. Box 1450
Minneapolis, MN 55485

Convergent Technologies, Inc.
PO Box 513
Pfafftown, NC 27040-0513

Dewitt Produce
PO Box 129
Morven, GA 31638

Fastener Supply of Goldsboro
1219 South US Hwy 117
PO Box 1597
Goldsboro, NC 27533

Fireman's Fund Insurance Companies
Dept. CH 10284
Palatine, IL 60055

Herc Rentals
P.O. Box 936257
Atlanta, GA 31193

iTrade Network, Inc.
PO Box 935209
Atlanta, GA 31193-5209

Fiske Union Water Systems, Inc.
PO BOX 336
Oak Grove, LA 71263

Hill Top Farms, Inc.
6341 Strickland's Crossroads Rd
Four Oaks, NC 27524

J & J Produce, Inc.
dba J & J Family of Farms
4003 Seminole Pratt Whitney Road
Loxahatchee, FL 33470

Giddy Up Incorporated
1401 Central Ave., Suite 200-B
Charlotte, NC 28205

Honeycutt Enterprise, Inc.
187 Hudsontown Rd.
Dunn, NC 28334

J & S Wholesale & Rentals, LLC
PO Box 1104
Asheboro, NC 27204

Glen Rose Transportation Management
PO Drawer 3269 1601
Glen Rose, TX 76043

Howell Farming Co., Inc.
164 Frankies Lane
Goldsboro, NC 27530

J C Pallet Company, Inc.
PO Box 277
Barhamsville, VA 23011-0277

Global Sensors
P.O. BOX 750
Belmont, NC 28012

Independent Container Line, LTD.
5620 Cox Road
Glen Allen, VA 23060

J.H. Rose Logistics, LLC
Dept 3127
PO Box 123127
Dallas, TX 75312-3127

Hagan Electronics, Inc.
PO Box 17385
Reno, NV 89511

Industrial Power, Inc.
703 Whitfield Street
Fayetteville, NC 28306

John Bean Technologies Corp.
7009 Solutions Center
Chicago, IL 60677-7000

Hanover Electric Motor & Supply, Inc
602 Wellington Avenue
Wilmington, NC 28401

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

John Deere Financial
P.O. Box 4450
Carol Stream, IL 60197-4450

Harvey Farms
360 Bill Smith Road
Kinston, NC 28501

Internal Revenue Service
Alamance Building, Mail Stop 24
4905 Koger Blvd.
Greensboro, NC 27407-2734

John Deere Financial
6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131-6600

Heiden & Associates, LLC
107 Poplar Ridge Drive
Goldsboro, NC 27534

International Paper
Lock Box 0644095
Pittsburgh, PA 15264-4095

John Edwards Co., Inc.
5030 Smith Farm Road
P.O. Box 118
Indian Trail, NC 28079

John S. Connor, Inc.
PO Box 791384
Baltimore, MD 21279-1384

Land Management Group, Inc.
3805 Wrightsville Avenue, Suite 15
Wilmington, NC 28403

Mobile FarmWare, LLC
3164C Governor Moore Road
Clinton, NC 28328

Johnny Hope
305 Malpass Farm Lane
Clinton, NC 28328

Le Bleu Central of Raleigh
PO Box 98479
Raleigh, NC 27624-8479

Moore & Van Allen PLLC
430 Davis Drive, Suite 500
PO Box 13706
Research Triangle Park, NC 27709

Joshua Bailey
2450 HWY 403 & 50
Faison, NC 28341

Lewis Systems & Service Co., Inc.
140 N.Busines Court
Rocky Mount, NC 27804

Morris & Associates
803 Morris Drive
Garner, NC 27529

Jowat Corporation
PO Box 1368
High Point, NC 27261

Little Creek Produce
8003 Hwy 222
Walstonburg, NC 27888

Nature's Way Farms Inc.
7795 Suttontown Road
Faison, NC 28341-7267

Keith Smith
2515 Lakewood Road
Four Oaks, NC 27524

Major Foy Ivey, Jr.
340 Daniel Chestnutt Road
Mount Olive, NC 28365

NC Sweet Potato Commission
700 E. Parrish Dr., Suite C
Benson, NC 27504

Kenansville-Duplin County Chamber
of Commerce
PO Box 358
Kenansville, NC 28349

Matthew Rhodes
1015 Crocker's Nub Rd.
Middlesex, NC 27557

North Carolina Dept. of Commerce
Div. of Employment Security
P.O. Box 26504
Raleigh, NC 27611-6504

Kevin J. Lee
383 Hinson Road
Dunn, NC 28334

MegaCorp
PO Box 1050
Wrightsville Beach, NC 28480

North Carolina Dept. of Revenue
Office Services Div-Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Key Risk - StarNet Insurance Co.
PO Box 18746
Greensboro, NC 27419-8746

Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109

Office Depot
PO Box 1413
Charlotte, NC 28201-1413

Kornegay Family Produce, LLC
610 Worley Road
Princeton, NC 27569

Michael Godwin
5904 Timothy Road
Dunn, NC 28334

Patricia Linares
714 W. Main St.
Faison, NC 28341

Precythe Properties, LLC
c/o John C. Hine, Executor
P.O. Box 916
Goldsboro, NC 27533-0916

Professional Produce of Florida,Inc
2991 NW 112th Ave.
Coral Springs, FL 33065-3545

Race-West Company
Philip L. Cutler Building
600 South State Street
Clarks Summit, PA 18411

Rankin Truck Brokers, LLC
159 Point South Drive
Yemassee, SC 29945

ReedTMS Logistics
615 S. Ware Blvd.
Tampa, FL 33619

Roadrunner Truckload Plus
PO Box 95000
Chicago, IL 60694-5000

Robert Fann Farming
220 Oscar Tate Road
Salemburg, NC 28385

Rocky Mount Electric Motor
PO Box 1063
Rocky Mount, NC 27802

Ryder Transportation Services
P.O. Box 402366
Atlanta, GA 30384-2366

S & E Farms, LLC
5075 Godwin Lake Road
Benson, NC 27504

Sampson County Tax Administrator
P.O. Box 207
Clinton, NC 28329

Scotlynn USA Division, Inc.
1150 Vittoria Road
Vittoria, ON N0E 1W0
Canada

Scott Farms, Inc.
7965-A Simpson Rd.
Lucama, NC 27851

Select Bank & Trust
863 Tilgham Dr.
Dunn, NC 28334

Sharp Farms, Inc
5161 NC Hwy 581
Sims, NC 27880

Shred-it USA
28883 Network Place
Chicago, IL 60673-1288

Southeast Produce Council, Inc.
315 Hwy 17 North
Millen, GA 30442

Southern Bank - Ending in 4316
PO Box 63001
Charlotte, NC 28263-3001

Southern Bank - Ending in 5687
PO Box 63001
Charlotte, NC 28263-3001

Steven C. Johnson
5417 US 13 South
Mount Olive, NC 28365

Strickland Farming Partnership
671 Hollingsworth Road
Mount Olive, NC 28365

TenPlus Systems
PO Box 33490
Raleigh, NC 27636

Tew Farms
4210 North NC 903
Albertson, NC 28508

The Hop Ice Cream Cafe
640 Merrimon Ave. Suite 103
Asheville, NC 28805

Thermal Techniques
1409 East Blvd.
Charlotte, NC 28203

Tires Inc.
317 South East Blvd.
Clinton, NC 28328-3625

Tony D. Lee
957 White Oak Road
Four Oaks, NC 27524

Total Quality Logisitics
PO Box 634558
Cincinnati, OH 45263-4558

Toyota Industries Commercial Financ
P.O. Box 660926
Dallas, TX 75266-0926

TRAFFIX
1-375 Wheelabrator Way
Milton, ON L9T 3C1
Canada

Transit Transportation Services
616 Industrial Ave,
Mount Pleasant, MI 48858

Tri-Lift, NC Inc.
2905 Manufacturers Road
Greensboro, NC 27406

TriEast Irrigation
PO Box 1147
Darlington, SC 29540-1147

Trinity Fresh Fruits
6064 Deep Branch Road
Pembroke, NC 28372

Tyrrel County Tax Collector
PO Box 449
Columbia, NC 27925-0449

U.S. Security Associates, Inc.
PO Box 931703
Atlanta, GA 31193-1703

VWM, LLC
PO Box 418
Four Oaks, NC 27524

Warren Farming Partnership
PO Box 223
Newton Grove, NC 28366

Waste Industries
PO Box 791519
Baltimore, MD 21279

Waters Agricultural Labs. Inc.
257 Newton Hwy.
P.O. Box 382
Camilla, GA 31730

Wayne E. Bailey Produce Co.
PO Box 467
Chadbourn, NC 28431

West Carroll Parish Tax Assessor
P.O. Box 610
Oak Grove, LA 71263

West Farms
255 Old Huntsville Road
Fayetteville, TN 37334

Westmark Industries, Inc.
6701 SW McEwan Road
Lake Oswego, OR 97035

WestRock CP, LLC
PO Box 409813
Atlanta, GA 30384-9813

William Gary Adams
1075 Adams Road
Benson, NC 27504

Woody Thornton
395 Noah Road
Benson, NC 27504