## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

**In re:**

**SOUTHERN PRODUCE DISTRIBUTORS, INC.,**

**Debtor.**

**CHAPTER 11**

**Case Number: 18-02010-5-SWH**

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Federal Rule of Bankruptcy Procedure 9010(b), notice is hereby given of the appearance of the undersigned as counsel of record in this case with regard to the commercial obligations owed Byline Bank ("Creditor").

Pursuant to Federal Rule of Bankruptcy Procedure 2002 and other applicable provisions of the Bankruptcy Code and Rules, request is hereby made that copies of all notices, pleadings and other papers required to be served or mailed (whether electronically or otherwise) in this case be sent to the undersigned, as counsel of record with regard to the obligations owed to Creditor, at the following address:

> Brian C. Fork
> 1700 Wells Fargo Capitol Center
> 150 Fayetteville Street
> Raleigh, North Carolina 27601
> Telephone: (919) 882-2468
> Facsimile: (336) 232-9148
> bfork@brookspierce.com

This Notice of Appearance and Request for Notices, any subsequent appearance, pleading claim, proof of claim, document, suit, motion or any other writing or conduct shall not constitute a waiver of any of Creditor's rights in this case or any other proceeding related to this case, including, without limitation, the following rights:

1. Creditor's right to receive service of complaints, summons or other pleadings or documents required to be served in accordance with Bankruptcy Rule 7004. The undersigned counsel is expressly not authorized to accept service of a summons and complaint or any other pleading in adversary proceedings and other litigation without express written permission from Creditor;

2. Creditor's right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

3. Creditor's right to trial by jury in any proceeding as to any and all matters so triable, whether or not such proceedings be designated legal or equitable, core or non-core proceedings;

4. Creditor's right to seek withdrawal of the reference of this proceeding or any contested matter or adversary proceeding filed within this proceeding by the United States District Court in any contested matter or proceeding subject to mandatory or discretionary withdrawal; and

5. Creditor's other rights, claims, actions defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements, at law or in equity under the United States Constitution, United States statute, or applicable state or common law.

All of the above rights are expressly reserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these proceedings.

This the 25th day of April, 2018.

BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, LLP

By:  _/s/ Brian C. Fork_____
Brian C. Fork
N.C. State Bar. No. 33922
1700 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, North Carolina 27601
Post Office Box 1800 (27602)
Telephone: (919) 882-2468
Facsimile: (336) 232-9148
bfork@brookspierce.com
*Attorneys for Byline Bank*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing *Notice of Appearance and Request for Notices* was filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for such electronic service and by United States Mail, first class for those entities not registered for electronic service.

Steven C. Newton, II
Nicholls & Crampton, P.A.
Post Office Box 18237
Raleigh, North Carolina 27619
*Attorney for Debtor*
*Via CM/ECF*


      This the 25th day of April, 2018.


                                                                          /s/ Brian C. Fork
                                                                        Brian C. Fork