IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| SOUTHERN PRODUCE DISTRIBUTORS, INC., | CASE NO. 18-02010-5-SWH |
| Debtor. | |

MOTION FOR PRIVATE SALE OF REAL PROPERTY
FREE AND CLEAR OF LIENS

NOW COMES Southern Produce Distributors, Inc., Chapter 11 Debtor-in-Possession herein ("Debtor"), and hereby moves the Court, pursuant to 11 U.S.C. § 363, for entry of an Order authorizing and allowing the private sale of certain real property, plus all improvements and all rights appurtenant thereto, owned by the Debtor, consisting of real property located in Oak Grove and Forest, West Carroll Parish, Louisiana, free and clear of liens or encumbrances (except for ad valorem taxes which will be pro rated to date of closing), to Mike Thompson, Purchaser.  In support of this Motion, the Debtor respectfully shows the Court the following:

1. The Debtor filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on April 20, 2018 ("Petition Date") and has been operating as a Debtor-in-Possession since that date.

2. The Debtor owns parcels of real property consisting of:  (i) approximately 234 acres, more or less, Sections 26 & 27, Township 21N, Range 10E, crop land known as Allsbrook Farm located in Oak Grove, West Carroll Parish, Louisiana (the "Allsbrook Farm Property"), further identified by Parcel No. 0300244750; and (ii) three lots, and all improvements, located at 8207 Highway 17, Forest, West Carroll Parish, Louisiana, further identified by Parcel No. 0300269855 (the "Forest Lots") (collectively, the "Real Property").

3. Upon information and belief, the Real Property is unencumbered. The Real Property is not presently used in Debtor's business operations and is not necessary to Debtor's continued business operations.

4. The Debtor has received an offer ("Offer") to purchase the Real Property from Mike Thompson, P.O. Box 340, Hartley, Texas 79044, or his assigns, ("Purchaser"), for a purchase price of one million one hundred thousand dollars ($1,100,000.00) (the "Purchase Price"), subject to: ( i) ad valorem taxes for the subject property, (ii) reasonable and normal costs of closing, including, without limitation, reasonable costs or expenses of sale required to be paid by the Reorganized Debtor as the seller pursuant to the respective sale contract. The net sale proceeds received from the sale shall be subject to the following uses: (i) Quarterly Fees generated by the sale when and as applicable, (ii) reasonable attorney fees relating to the sale and closing, and (iii) applicable capital gain taxes when and if applicable.  The sale and Purchase Price are

subject to a real estate broker commission. A copy of the Contract to Buy and Sell is attached to this Motion as <u>Exhibit 1</u>.

5. The Allsbrook Farm Property was appraised for John C. Hine, Executor of the Estate of David Stewart Precythe, by Don Lockard, Louisiana Certified General Real Estate Appraiser, on April 11, 2018 at a farm value, and for estate purposes, approximating $608,000.00. The Forest Lots was appraised for John C. Hine, Executor of the Estate of David Stewart Precythe, by Don Lockard, Louisiana Certified General Real Estate Appraiser, on April 20, 2018 for estate purposes, approximating $44,600.00.

6. The sale of Debtor's Real Property is actually a "package" sale of two unencumbered parcels owned by the Debtor in Louisiana, and five other parcels located in Louisiana owned or controlled by the Estate of David Stewart Precythe, deceased, for a total purchase price of $4.6 million. Of that total purchase price, the allocated purchase price for the Debtor is $1.1 million. The Purchaser wants to effectuate an exchange qualifying Under Internal Revenue Code Section 1031, at no cost to Seller, with a requested closing date of May 31, 2018.

7. The consummation of the entire $4.6 million package sale (involving two parcels owned by the Debtor and approximately five other parcels owned or controlled by the Estate of David Stewart Precythe will also result in the reduction of a Debtor owed indebtedness to Byline Bank of approximately $1.8 million from non-debtor, third party collateral.

8. Debtor intends to set aside the net sale proceeds received from the closing on the Offer, and preserve such funds for use and application pursuant to its Plan of Reorganization.

9. The best interests of the Debtor, its creditors and the estate will be served by the allowance of this Motion.

WHEREFORE, the Debtor respectfully requests the Court for entry of an Order:

1. Allowing and approving of this Motion.

2. Approving, authorizing, and directing the sale of the Real Property, plus all improvements and all rights appurtenant thereto, to Mike Thompson or his assigns, as Purchaser, free and clear of liens or encumbrances (except for ad valorem taxes which will be pro rated to date of closing), subject to (i) ad valorem taxes for the subject property, and (ii) reasonable and normal costs of closing, including, without limitation, reasonable costs or expenses of sale required to be paid by the Debtor as the seller pursuant to the respective sale contract. The net sale proceeds received from the sale shall be subject to the following uses: (i) Quarterly Fees generated by the sale when and as applicable, (ii) reasonable attorney fees relating to the sale and closing, and (iii) applicable capital gain taxes when and if applicable.

3. For such other and further relief as the Court may deem appropriate.

Respectfully submitted this 11th day of May, 2018.

*s/Gregory B. Crampton*
Gregory B. Crampton
State Bar No. 991
Kevin L. Sink
State Bar No. 21041
Steven C. Newton, II
State Bar No. 44656
NICHOLLS & CRAMPTON, P.A.
Post Office Box 18237
Raleigh, North Carolina  27619
Telephone:  (919) 781-1311
Attorneys for Debtor

## CONTRACT TO BUY AND SELL

BE IT KNOWN AND REMEMBERED that on the dates hereinafter set forth and before the undersigned competent witnesses and Notaries Public, personally came and appeared:

1. Estate of David Stewart Precythe represented by its duly authorized executor, John Hine, and Southern Produce Distributers, Inc., represented by its Vice President, John Hine, hereinafter referred to as SELLER; and

2. Mike Thompson, a resident of Hartley County, Texas, with an address of P.O. Box 340, Hartley, TX 79044, or his assigns, hereinafter referred to as BUYER,

who declare and acknowledge that they have and do by these presents enter into a "Contract to Buy and Sell" ("Agreement") as follows, to-wit:

Seller agrees to sell to Buyer and Buyer agrees to buy from Seller for the price and consideration and upon the terms and conditions hereinafter set forth the following described Property situated in West Carroll Parish, Louisiana ("Property"), to-wit:

## SEE ATTACHED EXHIBIT "A"

The price and consideration for which this sale and purchase shall be made and the terms and conditions thereupon which the same shall be consummated are set forth as follows, to-wit:

a) The consideration for this sale is the sum of FOUR MILLION SIX HUNDRED THOUSAND AND NO/100 ($4,600,000.00) DOLLARS, which is to be paid in cash on the closing date to be not later than March 29, 2018. Upon execution of this Contract to Buy and Sell by both parties, Buyer shall deposit the sum of $50,000.00 into the Cotton & Bolton Trust Account to be held to be applied toward the purchase price on date of closing.

b) Title curative work, if any be necessary shall be paid by Seller, and Seller shall provide deed.

c) Seller shall provide to Buyer all existing plats of surveys of the Property in its possession. Seller acknowledges that the portion of the property herein described and known as Whatley Farm is landlocked and agrees to provide a dedicated access easement to Buyer and its successors and assigns at closing. Should Seller be unable to provide such, then Buyer may, if so elected, terminate this contract, with full refund of deposit.

d) The parties agree that Seller shall lease the farmland on the Property for 2018 and Seller agrees to disclose the terms of the lease or leases to Buyer. All lease proceeds attributable to the farmland for 2018 shall be prorated between Buyer and Seller. Seller authorizes Buyer to access the Property post-closing in a manner which will not adversely affect the operations of tenant of Seller. Buyer shall take possession of the Property at closing subject to leases on certain portions of the property.

e) The Seller warrants that it owns a good and merchantable title in and to the Property and agrees to deliver title without any mortgages, liens and encumbrances of any nature or kind; except recorded servitudes, easements and rights-of-way, including but not limited to the Agricultural Leases disclosed to Buyer and referenced above.

f) Within thirty (30) days of the execution of this Agreement, Buyer shall have the title of the hereinabove Property examined by an attorney and a written opinion rendered thereon. If curative work, as to title, is deemed necessary, a copy of said written title opinion shall be furnished Seller, and in the event that such requirements cannot be reasonably fulfilled by the Seller, then this contract may be terminated with all parties hereunto being relieved of all obligations hereunder. In the event that such requirements are not fulfilled within forty-five (45) days after receipt of requirements by Buyer's attorney, the Buyer may, if so elected, terminate this contract, with full refund of deposit.

g) The Act of Sale shall be with full and general warranty of title on a standard Louisiana Warranty Deed.

h) It is agreed between the parties that the taxes for 2018 shall be prorated between Seller and Buyer.

i) Seller expressly disclaims any obligation after the date of closing to maintain or repair the Property, which Property shall be expressly transferred "AS IS" and "WHERE IS" and without any warranties or representations as to suitability and fitness for intended use.

j) Buyer shall perform all due diligence, investigation, and inspections regarding the Property, including but limited to title work, determination of property and other applicable taxes, access to public roads and utilities, and all other matters and circumstances of significance to Buyer, within thirty (30) days of the execution of this Agreement. Buyer acknowledges that Seller has not nor will be called upon to make any warranties or representations regarding any matter, fact, or circumstance except as expressly provided in Section (g) above. During the due diligence period, the Buyer may cancel this contract for any reason deemed necessary by the Buyer. If Buyer cancels for any reason other than issues of title or access, Seller shall retain the deposit.

k) The parties agree that this sale shall be by means of an exchange of "like-kind" property and desire that this transaction qualify as such under Section 1031 of the Internal Revenue Code of 1986 and regulations thereunder, as amended. Seller and Buyer shall cooperate in the execution of such documents as are reasonably necessary to effectuate an exchange qualifying under Internal Revenue Code Section 1031, at no cost to Seller.

l) Seller shall retain rights to minerals in and under the Property but agrees to exercise its rights in the manner least intrusive to Buyer's use and enjoyment of the surface of the property.

m) Covenant One Realty represents both Buyer and Seller as broker in this transaction.

Seller and Buyer and each of them are expressly granted the right of specific performance herein, and this agreement shall be binding upon the Seller and Buyer, and their respective heirs, legatees, and assigns.

*The remainder of this page is intentionally left blank.*

STATE OF NORTH CAROLINA

COUNTY OF __Wayne__

THUS DONE AND SIGNED as to the Seller in the presence of the undersigned Notary Public and competent witnesses on the __9th__ day of __Feb__, 2018.

WITNESSES:

_Denise M. Allison_
Denise M. Allison
Print Name

_Debra J. Pender_
Debra J. Pender
Print Name

The Estate of David Stewart Precythe, Seller

BY: John Hine, Executor

Southern Produce Distributors, Inc., Seller

BY: John Hine, Vice President

_Rebecca Wall_
Notary Public

My Commission Expires: 1-19-2021

[Seal: REBECCA WALL, NOTARY PUBLIC, WAYNE COUNTY, N.C.]

STATE OF LOUISIANA:

PARISH OF RICHLAND:

THUS DONE AND SIGNED as to the Buyer in the presence of the undersigned competent witnesses and Notary Public on the _5_ day of _February_, 2018.

WITNESSES:

_Cathy Cooper_

Cathy Cooper
Printed Name

_Riley Bridges_

Riley Bridges
Printed Name

_____
MIKE THOMPSON, BUYER

_____
NOTARY PUBLIC

OFFICIAL SEAL
THOMAS E. ALLEN
LSBA NO. 21992
NOTARY PUBLIC NO. 40473
STATE OF LOUISIANA
PARISH OF MOREHOUSE
My Commission is for Life

# Exhibit A

Farms List

(5) **Witcher Farm - 216 Acres**
135 Acres Irrigated Land Formed
50 Acres Non-irrigated
33 Non-tillable
2 wells
Includes Refrigeration building, packing house, office, storage warehouse, machine shed

(4) ✓ **Alsbrook Farm - 249 Acres** (SFD)
110 Acres Irrigated by pivot belonging to farmer
102 Acres Non-irrigated
37 Non-tillable
1 well

(3) ✓ **Whatley Farm - 65 Acres**
52 Acres Irrigated 54 Precision Leveled
4 Acres Non-irrigated
9 Non-tillable
1 wells

(2) ✓ **Roberts/Mcintosh Farm - 162 Acres**
137.7 Non-irrigated acres
24.5 Non-tillable

(6) ✓ **Bevins Farm - 408 Acres**
200 Acres Irrigated 160 Row Fall
116.8 Acres Non-irrigated
91.2 Non-tillable
2 wells

(6) — 8207 HWY 17 Forest, LA 71242
2 Lots and all improvements

(1) ✓ — 6433 Hwy 2 Oak Grove, LA
9 acres and all improvements

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing **MOTION FOR PRIVATE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS** was served this day by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

*VIA CM/ECF E-MAIL SERVICE ONLY*
Brian Behr
Office of the Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601


This the 11th day of May, 2018.

                *s/Phyllis Hill*
                Phyllis Hill
                Paralegal

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| SOUTHERN PRODUCE DISTRIBUTORS, INC., | CASE NO. 18-02010-5-SWH |
| Debtor. | |

### NOTICE OF MOTION AND HEARING

**NOTICE IS HEREBY GIVEN** of the MOTION FOR PRIVATE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS ("Motion") filed simultaneously herewith by Southern Produce Distributors, Inc., Chapter 11 Debtor-in-Possession herein ("Debtor"), seeking the entry of an Order authorizing and allowing the private sale of certain real property, plus all improvements and all rights appurtenant thereto, owned by the Debtor, consisting of: (i) approximately 234 acres, more or less, Sections 26 & 27, Township 21N, Range 10E, crop land known as Allsbrook Farm located in Oak Grove, West Carroll Parish, Louisiana (the "Allsbrook Farm Property"), further identified by Parcel No. 0300244750, West Carroll Parish Registry; and (ii) three lots, and all improvements, located at 8207 Highway 17, Forest, West Carroll Parish, Louisiana, further identified by Parcel No. 0300269855 (the "Forest Lots") (collectively, the "Real Property"), free and clear of liens or encumbrances (except for ad valorem taxes which will be pro rated to date of closing), to Mike Thompson, or his assigns, for a purchase price of $1,100,000.00, with such purchase being subject to a real estate broker commission.

**FURTHER NOTICE IS HEREBY GIVEN** that **any objection to the Motion must be filed** with the Clerk, United States Bankruptcy Court, P.O. Box 791, NC 27602, with a copy served on the Debtor's counsel whose names appear at the bottom of this Notice, **on or before 5:00 pm on May 29, 2018** *[the applicable Notice Period was reduced to a eighteen day period, inclusive of the three days for mailing, by Order entered May 11, 2018]*; and

**FURTHER NOTICE IS HEREBY GIVEN** that if an objection is filed, **a hearing** on the Motion for Private Sale of Real Property Free and Clear of Liens and any responses thereto, **shall be held** at **10:00 a.m., May 30, 2018** in the United States Bankruptcy Court, Eastern District of North Carolina, 300 Fayetteville Street, Second Floor Courtroom, Raleigh, North Carolina 27602.

| | |
|---|---|
| DATE OF NOTICE: May 11 , 2018. | *s/Gregory B. Crampton* |
| | Gregory B. Crampton, State Bar No. 991 |
| | Kevin L. Sink, State Bar No. 21041 |
| | Steven C. Newton, II, State Bar No. 44656 |
| | NICHOLLS & CRAMPTON, P.A. |
| | Post Office Box 18237 |
| | Raleigh, North Carolina  27619 |
| | Telephone:  (919) 781-1311 |
| | Attorneys for Debtor |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

IN RE:  CHAPTER 11

**SOUTHERN PRODUCE DISTRIBUTORS, INC.,**  CASE NO. 18-02010-5-SWH

    Debtor.

## CERTIFICATE OF MAILING

I, Phyllis Hill of Nicholls & Crampton, P.A., Post Office Box 18237, Raleigh, North Carolina 27619, certify:

That on the 11th day of May, 2018, I mailed copies of the **NOTICE OF MOTION AND NOTICE OF HEARING** with regard to the MOTION FOR PRIVATE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS to each party appearing in this case file as shown on the attached mailing matrix by CM/ECF electronic e-mail service or by placing said copy in the United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

This 11th day of May, 2018.

                                    *s/Phyllis W. Hill*
                                    Phyllis W. Hill
                                    Paralegal
                                    NICHOLLS & CRAMPTON, P.A.
                                    Post Office Box 18237
                                    Raleigh, North Carolina  27619
                                    Telephone:  (919) 781-1311

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

AAA Scale Company
PO Box 7056
Wilson, NC 27895-7056

ACF FinCo I LP
580 White Plains Road, 6th Floor
Tarrytown, NY 10591-5153

Aflac
1932 Wynnton Road
Columbus, GA 31993-0797

Ag America Lending
P.O. Box 933076
Cleveland, OH 44193-0034

AG- Pak, Inc.
8416 State Street
PO Box 304
Gasport, NY 14067-0304

Agriculture Program Services, Inc.
PO Box 801
Warsaw, NC 28398-0801

Allco Electric, Inc.
PO Box 427
La Grange, NC 28551-0427

Alvis & Mary Lou Denning
200 Shepherd St.
Raleigh, NC 27607-4030

American Industries, Inc.
PO Box 1405
Lumberton, NC 28359-1405

Ares Management, successor to
FCC, LLC d/b/a First Capital
800 Corporate Pointe, 4th Floor
Los Angeles, CA 90230-7667

AT&T
PO Box 105262
Atlanta, GA 30348-5262

Atlantic Coast Toyota Lift
PO Box B
High Point, NC 27261-1919

Axis Corrugated Container, LLC
201 Industrial Drive
Butner, NC 27509-2511

B. C. Roberts Electric Company Inc.
411 Bill Clifton Road
Faison, NC 28341-8729

Bankruptcy Administrator
Two Hannover Square, Ste. 640
434 Fayetteville Street
Raleigh, NC 27601-1701

Bass Boyz Family Farm
618 Emmett Jackson Road
Faison, NC 28341-7518

Bernie Langdon
P O Box 848
Selma, NC 27576-0848

Black, Chestnut & Johnson, P.A.
PO Box 588
Clinton, NC 28329-0588

Blake Gary Adams
247 Five Points Road
Benson, NC 27504-7031

Blueview Farms
122 Dairy Road
Dunn, NC 28334-1650

Boone Hall Plantation & Gardens
1235 Long Point Road
Mount Pleasant, SC 29464-9020

Brian & Marcus Lee
758A Shaws Pond Road
Four Oaks, NC 27524-9152

VIA CM/ECF EMAIL SERVICE ONLY
Brian Behr
Bankruptcy Administrator, EDNC
434 Fayetteville Street, Suite 640
Raleigh, NC 27601-1888

VIA CM/ECF EMAIL SERVICE ONLY
Brian C. Fork
Brooks Pierce McLendon Humphrey Leonard
PO Box 1800
Raleigh, NC 27602-1800

VIA CM/ECF EMAIL SERVICE ONLY
Brian D. Darer
Parker, Poe, Adams, Bernstein, LLP
PO Box 389
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601-2172

Byline Bank, successor
to Ridgestone Bank
500 W. Elm Grove Road, Suite 104
Elm Grove, WI 53122-2546

Can-Am Pepper Company LP
52999 John Wise Line
Aylmer, Ontario N5H 2R5

Cape Fear Farm Credit ACA
P.O. Box 558
Clinton, NC 28329-0558

Cape Fear Farm Credit, ACA
Nexsen Pruet
4141 Parklake Avenue, Suite 200
Raleigh, NC 27612-2333

Carolina Eastern-Benson, Inc.
8858 NC 96 South
Benson, NC 27504

Carolina Vegetables, Inc.
c/o John C. Hine, Executor
P.O. Box 916
Goldsboro, NC 27533-0916

Caroplast, Inc.
PO Box 668405
Charlotte, NC 28266-8405

Carr, Riggs & Ingram, LLC
2805 North Park Drive
PO Box 10588
Goldsboro, NC 27532-0588

VIA CM/ECF EMAIL SERVICE ONLY
Catherine G. Clodfelter
Parker Poe Adams & Bernstein LLP
PO Box 389
Raleigh, NC 27602-0389

Century Link
PO Box 4300
Carol Stream, IL 60197-4300

CHEP
8517 South Park Circle
Orlando, FL 32819-9062

City of Duplin Economic Development
P.O. Box 910
Kenansville, NC 28349-0910

Clegg's Terminte & Pest Control,LLC
PO Box 3089
Durham, NC 27715-3089

CMS Farms
Strickland Organics
891 Country Club Road
Salemburg, NC 28385-9442

Convergent Technologies, Inc.
PO Box 513
Pfafftown, NC 27040-0513

County of Duplin
P.O. Box 966
Kenansville, NC 28349-0966

Crop Production Services-Albertson
2954 North NC 111 & 903 Hwy
Albertson, NC 28508-9634

Cumberland County Tax Administrator
P.O. Box 449
Fayetteville, NC 28302-0449

CW Hendrix Farms
21715 Cartagena Drive
Boca Raton, FL 33428-2857

D & T Farms Inc.
8008 NC Hwy 96 S
Benson, NC 27504-7222

D&B Welding Supplies
6274 NC 403 West
Mount Olive, NC 28365

VIA CM/ECF EMAIL SERVICE ONLY
David A. Garland
Moore Clarke DuVall & Rodgers, P.C.
PO Drawer 71727
Albany, GA 31708-1727

David Pennington Construction
6274 NC 403 West
Mount Olive, NC 28365

Del Al Associates, Inc.
880 Flordon Dr.
Charlottesville, VA 22901-7810

Dewitt Produce
PO Box 129
Morven, GA 31638-0129

Dillon Supply Company
PO Box 896595
Charlotte, NC 28289-6595

VIA CM/ECF EMAIL SERVICE ONLY
Douglas R. Ghidina
Moore & Van Allen, PLLC
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202-4003

Duplin County Tax Administrator
P.O. Box 968
Kenansville, NC 28349-0968

East Coast AGRI-Technologies, Inc.
3164 Gov. Moore Rd.
Clinton, NC 28328-9585

Edward Myrick Produce, Inc.
1255 West Atlantic Blvd., Suite 320
Pompano Beach, FL 33069-2945

Electric Supply CO of NC, Inc.
PO Box 1968
Wilson, NC 27894-1968

Employment Security Commission
PO Box 26504
Raleigh, NC 27611-6504

Estate of David Stewart Precythe
John C. Hine, Executor
P.O. Box 916
Goldsboro, NC 27533-0916

Eticon Consultants Limited
298 Gienroy Gilbert Drive, Suite 32
Ottawa, Ontario K2J 5W2
Canada

| | | |
|---|---|---|
| ETICON CONSULTANTS LTD<br>298 Glenroy Gilbert Drive, Suite 302<br>Ottawa, ON.  K2J 5W2<br>CANADA | Farm Credit Leasing Services Corp.<br>NW-9675<br>P.O. Box 1450<br>Minneapolis, MN 55485-1450 | Fastener Supply of Goldsboro<br>1219 South US Hwy 117<br>PO Box 1597<br>Goldsboro, NC 27533-1597 |
| Fasteners Supply Of Goldsboro<br>P.O. Box  1597<br>Goldsboro,  NC  27533, NC 27533-1597 | Fireman's Fund Insurance Companies<br>Dept. CH 10284<br>Palatine, IL 60055-0001 | Fiske Union Water Systems, Inc.<br>PO BOX 336<br>Oak Grove, LA 71263-0336 |
| Giddy Up Incorporated<br>1401 Central Ave., Suite 200-B<br>Charlotte, NC 28205-5366 | Glen Rose Transportation Management<br>PO Drawer 3269 1601<br>Glen Rose, TX 76043-3269 | Global Sensors<br>P.O. BOX 750<br>Belmont, NC 28012-0750 |
| Hagan Electronics, Inc.<br>PO Box 17385<br>Reno, NV 89511-7385 | Hanover Electric Motor & Supply,Inc<br>602 Wellington Avenue<br>Wilmington, NC 28401-7699 | Hanover Electric Motors & Supply Inc.<br>602 Wellington Ave<br>Wilmington, NC 28401-7699 |
| Harvey Farms<br>360 Bill Smith Road<br>Kinston, NC 28501-9514 | Heiden & Associates, LLC<br>107 Poplar Ridge Drive<br>Goldsboro, NC 27534-7805 | Herc Rentals<br>P.O. Box 936257<br>Atlanta, GA 31193-6257 |
| Hill Top Farms, Inc.<br>6341 Strickland's Crossroads Rd<br>Four Oaks, NC 27524-9560 | Honeycutt Enterprise, Inc.<br>187 Hudsontown Rd.<br>Dunn, NC 28334-7500 | Howell Farming Co., Inc.<br>164 Frankies Lane<br>Goldsboro, NC 27530-9510 |
| Independent Container Line, LTD.<br>5620 Cox Road<br>Glen Allen, VA 23060-9266 | Industrial Power, Inc.<br>703 Whitfield Street<br>Fayetteville, NC 28306-1617 | Internal Revenue Service<br>Alamance Building, Mail Stop 24<br>4905 Koger Blvd.<br>Greensboro, NC 27407-2734 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | International Paper<br>Lock Box 0644095<br>Pittsburgh, PA 15264-4095 | iTrade Network, Inc.<br>PO Box 935209<br>Atlanta, GA 31193-5209 |
| J & J Produce, Inc.<br>dba J & J Family of Farms<br>4003 Seminole Pratt Whitney Road<br>Loxahatchee, FL 33470-3754 | J & S Wholesale & Rentals, LLC<br>PO Box 1104<br>Asheboro, NC 27204-1104 | J C Pallet Company, Inc.<br>PO Box 277<br>Barhamsville, VA 23011-0277 |
| VIA CM/ECF EMAIL SERVICE ONLY<br>J. Michael Fields<br>Ward and Smith, PA<br>PO Box 8088<br>Greenville, NC 27835-8088 | J.H. Rose Logistics, LLC<br>Dept 3127<br>PO Box 123127<br>Dallas, TX 75312-3127 | John Bean Technologies Corp.<br>7009 Solutions Center<br>Chicago, IL 60677-7000 |

| | | |
|---|---|---|
| John Deere Financial<br>6400 NW 86th Street<br>P.O. Box 6600<br>Johnston, IA 50131-6600 | John Deere Financial<br>P.O. Box 4450<br>Carol Stream, IL 60197-4450 | John Edwards Co., Inc.<br>5030 Smith Farm Road<br>P.O. Box 118<br>Indian Trail, NC 28079-0118 |
| John S. Connor, Inc.<br>PO Box 791384<br>Baltimore, MD 21279-1384 | Johnny Hope<br>305 Malpass Farm Lane<br>Clinton, NC 28328-6694 | VIA CM/ECF EMAIL SERVICE ONLY<br>Joseph J. Vonnegut<br>Hutchens, Senter, Kellam & Pettit, P.A.<br>PO Box 2505<br>Fayetteville, NC 28302-2505 |
| Joshua Bailey<br>2450 HWY 403 & 50<br>Faison, NC 28341 | Jowat Corporation<br>Coface North America Insurance Company<br>650 College Road East, Suite 2005<br>Princeton, NJ 08540-6779 | Jowat Corporation<br>PO Box 1368<br>High Point, NC 27261-1368 |
| Keith Smith<br>2515 Lakewood Road<br>Four Oaks, NC 27524-8332 | Kenansville-Duplin County Chamber<br>of Commerce<br>PO Box 358<br>Kenansville, NC 28349-0358 | Kevin J. Lee<br>383 Hinson Road<br>Dunn, NC 28334-9586 |
| Key Risk - StarNet Insurance Co.<br>PO Box 18746<br>Greensboro, NC 27419-8746 | Kornegay Family Produce, LLC<br>610 Worley Road<br>Princeton, NC 27569-8342 | Land Management Group, Inc.<br>3805 Wrightsville Avenue, Suite 15<br>Wilmington, NC 28403-8464 |
| Le Bleu Central of Raleigh<br>PO Box 98479<br>Raleigh, NC 27624-8479 | VIA CM/ECF EMAIL SERVICE ONLY<br>Leslie Lane Mize<br>Nelson,Mullins, Riley & Scarborough, LLP<br>4140 Parklake Avenue<br>GlenLake One, Suite 200<br>Raleigh, NC 27612-3723 | Lewis Systems & Service Co., Inc.<br>140 N.Busines Court<br>Rocky Mount, NC 27804-6546 |
| VIA CM/ECF EMAIL SERVICE ONLY<br>Lisa P. Sumner<br>Nexsen Pruet, PLLC<br>4141 Parklake Avenue, Suite 200<br>Raleigh, NC 27612-2333 | Little Creek Produce<br>8003 Hwy 222<br>Walstonburg, NC 27888 | Major Foy Ivey, Jr.<br>340 Daniel Chestnutt Road<br>Mount Olive, NC 28365-5259 |
| Matthew Rhodes<br>1015 Crocker's Nub Rd.<br>Middlesex, NC 27557-8757 | MegaCorp<br>PO Box 1050<br>Wrightsville Beach, NC 28480-1050 | Meuers Law Firm, P.L.<br>5395 Park Central Court<br>Naples, FL 34109-5932 |
| Michael Godwin<br>5904 Timothy Road<br>Dunn, NC 28334-7388 | Mobile FarmWare, LLC<br>3164C Governor Moore Road<br>Clinton, NC 28328 | Moore & Van Allen PLLC<br>430 Davis Drive, Suite 500<br>PO Box 13706<br>Research Triangle Park, NC 27709-3706 |
| Morris & Associates<br>803 Morris Drive<br>Garner, NC 27529-4037 | Nature's Way Farms Inc.<br>7795 Suttontown Road<br>Faison, NC 28341-7267 | NC Department of Revenue<br>Office Services Div., Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168 |

| | | |
|---|---|---|
| NC Sweet Potato Commission<br>700 E. Parrish Dr., Suite C<br>Benson, NC 27504-1759 | North Carolina Dept. of Commerce<br>Div. of Employment Security<br>P.O. Box 26504<br>Raleigh, NC 27611-6504 | North Carolina Dept. of Revenue<br>Office Services Div-Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 |
| Office Depot<br>6600 N. Military Trail- S413G<br>Boca Raton, FL 33496-2434 | Office Depot<br>PO Box 1413<br>Charlotte, NC 28201-1413 | VIA CM/ECF EMAIL SERVICE ONLY<br>Parker Worth Rumley<br>Bankruptcy Administrator, EDNC<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601-1888 |
| Patricia Linares<br>714 W. Main St.<br>Faison, NC 28341-7560 | Precythe Properties, LLC<br>c/o John C. Hine, Executor<br>P.O. Box 916<br>Goldsboro, NC 27533-0916 | Professional Produce of Florida Inc.<br>2991 NW 112th Ave.<br>Coral Springs, FL 33065-3545 |
| Race-West Company<br>Philip L. Cutler Building<br>600 South State Street<br>Clarks Summit, PA 18411-1740 | Randy S. Swartz<br>111 West Center Street N<br>Faison, NC 28341-6124 | Rankin Truck Brokers, LLC<br>159 Point South Drive<br>Yemassee, SC 29945-9003 |
| ReedTMS Logistics<br>615 S. Ware Blvd.<br>Tampa, FL 33619-4444 | Roadrunner Truckload Plus<br>PO Box 95000<br>Chicago, IL 60694-5000 | Robert Fann Farming<br>220 Oscar Tate Road<br>Salemburg, NC 28385-8646 |
| Rocky Mount Electric Motor<br>PO Box 1063<br>Rocky Mount, NC 27802-1063 | Ryder Transportation Services<br>P.O. Box 402366<br>Atlanta, GA 30384-2366 | RYDER TRUCK RENTAL INC<br>ATTN: JENNIFER MORRIS<br>6000 WINDWARD PARKWAY<br>ALPHARETTA, GA 30005-8882 |
| S & E Farms, LLC<br>5075 Godwin Lake Road<br>Benson, NC 27504-8520 | Sampson County Tax Administrator<br>P.O. Box 207<br>Clinton, NC 28329-0207 | Scotlynn USA Division, Inc.<br>1150 Vittoria Road<br>Vittoria, ON N0E 1W0<br>Canada |
| Scott Farms, Inc.<br>7965-A Simpson Rd.<br>Lucama, NC 27851-9371 | Select Bank & Trust<br>863 Tilgham Dr.<br>Dunn, NC 28334-5509 | Sharp Farms, Inc<br>5161 NC Hwy 581<br>Sims, NC 27880-9435 |
| Shred-it USA<br>28883 Network Place<br>Chicago, IL 60673-1288 | Southeast Produce Council, Inc.<br>315 Hwy 17 North<br>Millen, GA 30442-8119 | Southern Bank<br>PO Box 63001<br>Charlotte, NC 28263-3001 |
| Southern Produce Distributors, Inc.<br>111 West Center Street North<br>Faison, NC 28341-6124 | Steven C. Johnson<br>5417 US 13 South<br>Mount Olive, NC 28365-7675 | Strickland Farming Partnership<br>671 Hollingsworth Road<br>Mount Olive, NC 28365-8967 |

| | | |
|---|---|---|
| TenPlus Systems<br>PO Box 33490<br>Raleigh, NC 27636-3490 | VIA CM/ECF EMAIL SERVICE ONLY<br>Terri L. Gardner<br>Nelson Mullins Riley & Scarborough, LLP<br>4140 Parklake Avenue, Suite 200<br>Raleigh, NC 27612-3731 | Tew Farms<br>4210 North NC 903<br>Albertson, NC 28508-9545 |
| The Hop Ice Cream Cafe<br>640 Merrimon Ave. Suite 103<br>Asheville, NC 28804-3456 | Thermal Techniques<br>1409 East Blvd.<br>Charlotte, NC 28203-5817 | Tires Inc.<br>317 South East Blvd.<br>Clinton, NC 28328-3625 |
| Tony D. Lee<br>957 White Oak Road<br>Four Oaks, NC 27524-8158 | Total Quality Logisitics<br>PO Box 634558<br>Cincinnati, OH 45263-4558 | Toyota Industries Commercial Financ<br>P.O. Box 660926<br>Dallas, TX 75266-0926 |
| TRAFFIX<br>1-375 Wheelabrator Way<br>Milton, ON L9T 3C1<br>Canada | Transit Transportation Services<br>616 Industrial Ave,<br>Mount Pleasant, MI 48858-4642 | Tri-Lift, NC Inc.<br>2905 Manufacturers Road<br>Greensboro, NC 27406-4605 |
| TriEast Irrigation<br>PO Box 1147<br>Darlington, SC 29540-1147 | Trinity Fresh Fruits<br>6064 Deep Branch Road<br>Pembroke, NC 28372-8734 | VIA CM/ECF EMAIL SERVICE ONLY<br>Tyler J. Russell<br>Ward and Smith<br>P.O. Box 8088<br>Greenville, NC 27835-8088 |
| Tyrrel County Tax Collector<br>PO Box 449<br>Columbia, NC 27925-0449 | U.S. Security Associates, Inc.<br>PO Box 931703<br>Atlanta, GA 31193-1703 | US Attorney<br>310 New Bern Avenue, Suite 800<br>Federal Building<br>Raleigh, NC 27601-1461 |
| VWM, LLC<br>PO Box 418<br>Four Oaks, NC 27524-0418 | Warren Farming Partnership<br>PO Box 223<br>Newton Grove, NC 28366-0223 | Waste Industries<br>PO Box 791519<br>Baltimore, MD 21279-1519 |
| Waters Agricultural Labs. Inc.<br>257 Newton Hwy.<br>P.O. Box 382<br>Camilla, GA 31730-0382 | Wayne E. Bailey Produce Co.<br>PO Box 467<br>Chadbourn, NC 28431-0467 | West Carroll Parish Tax Assessor<br>P.O. Box 610<br>Oak Grove, LA 71263-0610 |
| West Farms<br>255 Old Huntsville Road<br>Fayetteville, TN 37334-6031 | Westmark Industries, Inc.<br>6701 SW McEwan Road<br>Lake Oswego, OR 97035-7815 | WestRock CP, LLC<br>PO Box 409813<br>Atlanta, GA 30384-9813 |
| William Gary Adams<br>1075 Adams Road<br>Benson, NC 27504-9576 | Woody Thornton<br>395 Noah Road<br>Benson, NC 27504-7225 | |