**SO ORDERED.**

**SIGNED this 1 day of June, 2018.**

_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| SOUTHERN PRODUCE DISTRIBUTORS, INC. | 18-02010-5-SWH |
| DEBTOR(S) | CHAPTER 11 |

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. Sections 1102(a) and 1102(b)(1), the following creditors of the above-named debtor being among those holding the largest unsecured claims, are representative of the different kinds of claims to be represented, and who are willing to serve, are appointed to the committee of unsecured creditors:

1. * Keith Smith
   Keith Smith Farms
   2515 Lakewood Road
   Four Oaks, NC 27524
   919-730-7692
   keithsmithfarms@aol.com

2. Miles Jackson
   Blueview Farms
   122 Dairy Road
   Dunn, NC 28334
   910-590-6346
   Bvjack4@gmail.com

3. Timmy McLamb
   D&T Farms, Inc.
   8008 NC Hwy 96 S
   Benson, NC 27504
   919-207-8148

Jdfarmer8520@aol.com

4. George Warren
   Warren Farming Partnership
   PO Box 223
   Newton Grove, NC 28366
   910-594-1701
   Warrenfarms@embarqmail.com

5. Robert Fann
   Robert Fann Farming
   220 Oscar Tate Road
   Salemburg, NC 28385
   910-249-2339
   robertfannfarming@gmail.com

6. Bernie Langdon
   PO Box 848
   Selma, NC 27576
   919-291-8162
   Berniesfarm48@gmail.com

7. William Gary Adams
   1075 Adams Road
   Benson, NC 27504
   919-894-2920
   919-669-4794
   Tammydadams62@gmail.com

8. Timmy Leonard
   5790 Aldridge Store Road
   LaGrange, NC 28551
   252-566-5335
   timleonard@allcoelectric.net

9. Matthew Rhodes
   1015 Crocker's Nub Road
   Middlesex, NC 27557
   919-279-7218
   Mzrhodes88@gmail.com

   * Chairperson

**END OF DOCUMENT**